**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, | § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 2:13-cv-259-RSP |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | | |
| Defendant. | | |

**MEMORANDUM ORDER**

Before the Court is MTEL's Motion for Relief from Exclusion Order (Dkt. 69, the "Motion"). MTEL asks this Court to permit introduction of the "NFR" document that it failed to timely disclose. For the reasons set forth in the Court's prior rulings on this issue, MTEL's request is **DENIED**. (10/20 Tr. at 41:1-21; 11/7 Tr. at 50:18-21.) The Court notes, however, that it may revisit its ruling if Samsung opens the door to the topic. (*See, e.g.*, 11/7 Tr. at 50:18-21.)

**Signed this date.**

**Dec 11, 2014**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE