UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, | § § § § | |
| Plaintiff, | § | Case No. 2:13-cv-00259-JRG-RSP |
| v. | § § | JURY TRIAL REQUESTED |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | § § § | |
| Defendant | § § | |

**MTEL'S NOTICE OF MOTION FOR JUDGMENT
AS A MATTER OF LAW AS TO VALIDITY UNDER RULE 50(A)**

Plaintiff Mobile Telecommunications Technologies, LLC ("MTel") files the attached Motion for Judgment as a Matter of Law as to Validity Under Rule 50(A) as Exhibit 1.

751333v.1

| | |
|---|---|
| Dated:  December 18, 2014 | Respectfully Submitted, |
| | */s/ Daniel R. Scardino* |
| | Daniel R. Scardino |
| | Texas State Bar No. 24033165 |
| | Craig S. Jepson |
| | Texas State Bar No. 24061364 |
| | Henning Schmidt |
| | Texas State Bar No. 24060569 |
| | Debra L. Dennett |
| | Texas State Bar No. 00793610 |
| | Raymond W. Mort |
| | Texas State Bar No. 00791308 |
| | Dustin L. Taylor |
| | Texas State Bar No. 24088510 |
| | Brian L. King |
| | Texas State Bar No. 24055776 |
| | Anthony D. Seach |
| | Texas State Bar No. 24051897 |
| | REED & SCARDINO LLP |
| | 301 Congress Avenue, Suite 1250 |
| | Austin, TX 78701 |
| | Tel. (512) 474-2449 |
| | Fax (512) 474-2622 |
| | dscardino@reedscardino.com |
| | cjepson@reedscardino.com |
| | hschmidt@reedscardino.com |
| | ddennett@reedscardino.com |
| | rmort@reedscardino.com |
| | dtaylor@reedscardino.com |
| | bking@reedscardino.com |
| | aseach@reedscardino.com |
| | |
| | Deron Dacus |
| | Texas State Bar No. 00790553 |
| | Shannon Dacus |
| | Texas State Bar No. 00791004 |
| | THE DACUS FIRM, P.C. |
| | 821 ESE Loop 323, Suite 430 |
| | Tyler, Texas 75701 |
| | 903-705-1117 (phone & fax) |
| | ddacus@dacusfirm.com |
| | sdacus@dacusfirm.com |
| | |
| | **ATTORNEYS FOR PLAINTIFF** |
| | **MOBILE TELECOMMUNICATIONS** |
| | **TECHNOLOGIES, LLC** |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2014, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Daniel R. Scardino*
Daniel R. Scardino