**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § | |
| v. | § § | Case No. 2:13-cv-259-RSP |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | § § § | |
| Defendant. | § | |

---

## JUDGMENT

This matter having come before the Court for trial by jury on December 15, 2014, and the jury having rendered a unanimous verdict on December 18, 2014,

IT IS HEREBY ORDERED AND ADJUDGED that:

1.   Defendant Samsung Telecommunications America, LLC is found not to have infringed Claim 1 of United States Patent No. 5,754,946 ("the '946 Patent) and Claims 8 and 19 of United States Patent No. 5,894,506 ("the '506 Patent"); and

2.   Claim 1 of the '946 Patent and Claims 8 and 19 of the '506 Patent are found not invalid.

3.   All motions not otherwise addressed herein are denied.

**SIGNED this 18th day of December, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE