**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 18 2014

DAVID J. MALAND, CLERK
BY
DEPUTY _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC,<br>　　　　　Plaintiff,<br>v.<br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC<br>　　　　　Defendant. | Case No. 2:13-cv-259-RSP |

## VERDICT FORM

In answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below. As used herein, "MTel" means Mobile Telecommunications Technologies, LLC. As used herein, "Samsung" means Samsung Telecommunications America, LLC.

We, the jury, unanimously agree to the answers to the following questions:

## I. INFRINGEMENT

In answering Questions below, answer "Yes" or "No" for each listed asserted claim in the space provided.

**Question No. 1:** Do you find that MTel has proven by a preponderance of the evidence that Samsung directly infringes the following asserted claim of the '946 Patent?

    **Claim 1:** Yes _____ No ✓_____

**Question No. 2:** Do you find that MTel has proven by a preponderance of the evidence that Samsung directly infringes any of the following asserted claims of the '506 Patent?

    **Claim 8:** Yes _____ No ✓_____

    **Claim 19:** Yes _____ No ✓_____

NOTE: YOU MUST ANSWER EACH QUESTION IN THE FOLLOWING SECTION II REGARDLESS OF YOUR ANSWERS TO THE QUESTIONS IN SECTION I:

## II. VALIDITY

In answering the Questions below, answer "Yes" or "No" for each listed asserted claim in the space provided

**Question No. 3:** Do you find that Samsung has proven by clear and convincing evidence that the following asserted claim of the **'946 Patent** is invalid by enablement?

    **Claim 1:** Yes _____ No ✓_____

**Question No. 4:** Do you find that Samsung has proven by clear and convincing evidence that any of the following asserted claims of the **'506 Patent** are invalid by anticipation?

    **Claim 8:** Yes _____ No ✓_____

    **Claim 19:** Yes _____ No ✓_____

3

NOTE:  ANSWER THE FOLLOWING TWO QUESTIONS IN SECTION III AND IV BELOW ONLY IF YOU FOUND AT LEAST ONE CLAIM LISTED IN SECTION I DIRECTLY INFRINGED AND FOUND THAT CLAIM NOT INVALID IN SECTION II; OTHERWISE DO NOT ANSWER THESE QUESTIONS.

### III. DAMAGES

**Question No. 5:** What sum of money, if paid now in cash, do you find is adequate to compensate MTel for the conduct you found to infringe?

Damages:  $_____

### IV. WILLFUL INFRINGEMENT

**Question No. 6:** Do you find that MTel has proven by clear and convincing evidence that Samsung willfully infringed the following patents?

'946 patent: Yes _____ No _____

'506 patent: Yes _____ No _____

I certify that the foregoing answers each represent the unanimous decision of the trial jury.