<u>**Mobile Telecommunications Technologies, LLC v.**</u>
<u>**Samsung Telecommunications America, LLC**</u>
**13-cv-259 RSP**

# ITEMIZED BREAKDOWN OF BILL OF COSTS AND SUPPORTING INVOICES

# MTel, LLC v. Samsung Telecommunications America, LLC
## Case No. 13-cv-259 RSP
## STA's Itemized Breakdown of its Bill of Costs
## <u>TOTAL COSTS REQUESTED</u>

| Date | Description | Amount |
|---|---|---|
| | **TRANSCRIPT FEES** | |
| 6/17/2014 | Court transcript fees for 2/16/2014 hrg. | $69.60 |
| 3/19/2014 | Court transcript fees for claim construction hrg. | $170.40 |
| 4/22/2014 | Court transcript fees for 4/16/14 hrg. | $623.15 |
| 10/20/2014 | Court transcript fees for 10/20/2014 hrg. | $207.60 |
| 10/30/2014 | Court transcript fees for 10/30/2014 hrg. | $777.80 |
| 12/8/2014 | Court transcript fees for 12/8/14 PTC Hrg. | $453.12 |
| 12/3/2014 | Court transcript fees for Trial Transcripts | $10,500.00 |
| 6/16/2014 | Deposition of Ackerman, D. | $1,226.76 |
| 9/12/2014 | Deposition of Beckmann, W. | $1,734.60 |
| 4/14/2014 | Deposition of Bhagat, J. | $1,727.54 |
| 9/28/2014 | Deposition of Bratic, W. | $3,574.95 |
| 4/3/2014 | Deposition of Cameron, D. | $1,621.46 |
| 4/15/2014 | Deposition of Carper, M. | $4,522.50 |
| 7/22/2014 | Deposition of Choi, Y | $230.75 |
| 6/19/2014 | Deposition of Couey, R. | $3,691.27 |
| 5/29/2014 | Deposition of Diaz, S. | $511.15 |
| 3/28/2014 | Deposition of Fitton, A. | $1,266.85 |
| 6/2/2014 | Deposition of Garahi, M. | $1,189.50 |
| 6/16/2014 | Deposition of Hale, J. | $1,177.29 |
| 6/16/2014 | Deposition of Hays, W. | $4,075.94 |
| 7/23/2014 | Deposition of Hyungil, L. | $355.25 |
| 7/21/2014 | Deposition of Jang, W. | $373.40 |
| 9/5/2014 | Deposition of Kesan, J. | $4,917.35 |
| 6/24/2014 | Deposition of Kohatkar, S. | $1,245.90 |
| 9/3/2014 | Deposition of Nettleton, R. | $4,195.47 |
| 5/19/2014 | Deposition of Petrovic, R. | $954.25 |
| 5/23/2014 | Deposition of Pinter, G. (4/23/2014) | $1,168.65 |
| 11/14/2014 | Deposition of Pinter, G. (11/4/2014) | $1,127.70 |
| 9/23/2014 | Deposition of Vigil, R. | $2,651.83 |
| | **TOTAL** | **$56,342.03** |
| | **EXEMPLIFICATION FEES** | |
| 5/24/2013 | Micropatent File History DL | $76.80 |
| 5/24/2013 | Micropatent File History DL | $254.40 |
| 5/28/2013 | Micropatent File History DL | $91.20 |
| 12/10/2014 | Warp9 Trial Exhibit Preparation Costs | $6,526.41 |
| 4/2/2014 | Patpro: Certified copies of patent file history | $780.00 |
| 9/15/2014 | Parcels re: Amendment for N.Am. IP Holdings | $73.00 |

| | | |
|---|---|---|
| 6/10/2014 | Color printing for 30(b)(6) depositions | $1,242.00 |
| 6/17/2014 | Printing charges for 30(b)(6) depositions | $511.81 |
| 7/10/2014 | Exemplification charges for material for 30(b)(6) depositions | $5,993.36 |
| 10/31/2014 | Exemplification charges for trial preparation materials | $14,107.75 |
| 2/28/2014 | UBIC Production to MTel | $137.67 |
| 3/31/2014 | UBIC Production to MTel | $143.46 |
| 12/31/2013 | UBIC Production to MTel | $1,036.28 |
| 1/31/2014 | UBIC Production to MTel | $358.33 |
| 5/31/2014 | UBIC Production to MTel | $16,287.19 |
| 6/31/2014 | UBIC Production to MTel | $1,375.14 |
| 7/31/2014 | UBIC Production to MTel | $474.89 |
| 3/31/2014 | Trial Graphix Services for Markman and Court-ordered Tech Tutorial | $2,109.19 |
| 1/31/2014 | Trial Graphix Services for Markman and Court-ordered Tech Tutorial | $24,261.43 |
| 2/28/2014 | Trial Graphix Services for Markman and Court-ordered Tech Tutorial | $8,558.24 |
| | **TOTAL** | **$84,398.55** |

### COURT-APPOINTED TECHNICAL ADVISOR FEES

| | | |
|---|---|---|
| 5/8/2014 | Court-appointed technical expert fee (J. Keyzer) | $8,519.30 |
| | **TOTAL** | $8,519.30 |

### TRANSLATORS' FEES

| | | |
|---|---|---|
| 7/23/2014 | Translation services for Korean Depositions | $2,017.43 |
| 7/31/2014 | Translation services for Korean Depositions | $6,496.08 |
| 12/11/2014 | Translation Services for Dr. Jang's testimony at trial | $16,057.60 |
| 12/13/2014 | Lodging for Ann Park, Translator for Dr. Jang | $492.68 |
| | **TOTAL** | **$25,063.79** |

### WITNESS FEES

| | | |
|---|---|---|
| 12/17/2014 | Lodging for Dr. Jang | $862.19 |
| 12/17/2014 | Expenses for Dr. Jang | $2,022.92 |
| 12/17/2014 | Statutory Witness Fee ($40/day x 3 days) | $120.00 |
| 12/17/2014 | Lodging for Dr. Beckmann | $1,231.70 |
| 12/17/2014 | Expenses for Dr. Beckmann | $2,184.16 |
| 12/17/2014 | Statutory Witness Fee ($40/day x 3 days) | $120.00 |
| 12/18/2014 | Lodging for Dr. Vigil | $1,320.86 |
| 12/18/2014 | Expenses for Dr. Vigil | $1,202.30 |
| 12/18/2014 | Statutory Witness Fee ($40/day x 4 days) | $160.00 |
| | **TOTAL** | **$9,224.13** |

| | | |
|---|---|---|
| | **TOTAL OF ALL REQUESTED FEES:** | **$183,547.80** |

# Mobile Telecommunications Technologies, LLC v. Samsung Telecommunications America, LLC
## 13-cv-259 RSP

# TRANSCRIPT INVOICES

085697.011100

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

72-10241480?

V#8435

| INVOICE | NUMBER |
|---------|--------|

TO: Greenberg Traurig

MAKE CHECK PAYABLE TO:

Tonya Jackson
300 Willow, Suite 239
Beaumont TX 77701

PHONE: (949) 732-6809

PHONE: (409) 654-2833

FAX:

## TRANSCRIPTS

| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED 10/24/2014 | DATE DELIVERED 10/24/2014 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
MTel vs. Apple/Samsung

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL |  |
| Ordinary |  |  | 0.00 |  |  | 0.00 |  |  | 0.00 | 0.00 |
| 14-Day |  |  | 0.00 |  |  | 0.00 |  |  | 0.00 | 0.00 |
| Expedited |  |  | 0.00 |  |  | 0.00 |  |  | 0.00 | 0.00 |
| Daily |  |  | 0.00 | 173 | 1.20 | 207.60 |  |  | 0.00 | 207.60 |
| Hourly |  |  | 0.00 |  |  | 0.00 |  |  | 0.00 | 0.00 |
| Realtime |  |  | 0.00 |  |  | 0.00 |  |  |  | 0.00 |

| For proceedings on (Date): | | TOTAL | 207.60 |
|---|---|---|---|
| Final Pretrial Conference - 10/20/2014 | LESS DISCOUNT FOR LATE DELIVERY | | |
| | ADD AMOUNT OF DEPOSIT | | |
| | AMOUNT DUE (OR REFUND) | | 207.60 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| /s/ Tonya Jackson | 10/24/2014 |

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

# Shelly Holmes, CSR

**Official Court Reporter**
**United States District Court**
**Eastern District of Texas**
**Marshall Division**
**100 East Houston Street**
**Marshall, Texas 75670**
**Phone (903) 923-7464  Fax (903) 935-2295**
**Shelly_Holmes@txed.uscourts.gov**

| DATE |
|------|
| 12/3/14 |



RECEIVED
A/P-ORAN

| BILL TO |
|---------|
| Mr. Richard A Edlin |
| Greenberg Traurig, LLP |
| Metlife Building |
| 200 Park Avenue, 15th Floor |
| New York, NY 10166 |

7212041410S

| DESCRIPTION | AMOUNT |
|---|---|
| 2:13-CV-259-RSP:  Mobile Telecommunications Technologies, LLC, vs. Samsung Telecommunications America, LLC, before United States Magistrate Judge Roy Payne | |
| Defendant's Portion of Bill for 4-Day Daily Copy Trial (estimate) | $10,500.00 |

## INVOICE DUE BY <u>DECEMBER 10, 2014</u>

GT-ORANGE COUNTY (72)-AP
Vendor # 63512
G/L#_____ DEPT# 1601
C/M #_____

Approval: x _____
Print Name: R. Tiche  Signature ___
                  TKPR#
Sales/Use Tax Copy Made:  ☐ YES ☐ N/A
Capital Expense Copy Made:  ☐ YES ☐ N/A

| | TOTAL | $10,500.00 |
|---|---|---|

**Shelly Holmes, CSR-TCRR**
**Official Court Reporter**
**United States District Court**
**Eastern District of Texas**
**Marshall Division**
**100 East Houston Street**
**Marshall, Texas 75670**
**Phone (903) 923-7464 Fax (903) 935-2295**
Shelly_Holmes@txed.uscourts.gov

| DATE |
| --- |
| 12/8/2014 |

| BILL TO |
| --- |
| Mr. Richard A Edlin<br>Greenberg Traurig, LLP<br>Metlife Building<br>200 Park Avenue, 15th Floor<br>New York, NY 10166 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| 2:13-CV-259-JRG-RSP:  MTel vs. Samsung, before United States<br>Magistrate Judge Roy Payne | |
| Pretrial Hearing 12/9/14<br>(125 pages) | $453.12 |
| **(DUE UPON RECEIPT)** | |

I, Shelly Holmes, Official Reporter, do certify that the transcript fees charged and the
page format used comply with the requirements of this court and the Judicial
Conference of the United States.

Shelly Holmes, CSR-TCRR
Official Reporter

| | TOTAL | **$453.12** |
| --- | --- | --- |

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| INVOICE | NUMBER 2014-50 |
|---|---|

TO:  Alexis Kovacs

MAKE CHECK PAYABLE TO:

**Tonya Jackson**
**300 Willow, Suite 239**
**Beaumont TX 77701**

PHONE: _____

PHONE:   **(409) 654-2833**

FAX: _____

## TRANSCRIPTS

| ☐ CRIMINAL | ☑ CIVIL | DATE ORDERED 06/17/2014 | DATE DELIVERED 06/17/2014 |
|---|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 58 | 1.20 | 69.60 | | | 0.00 | | | 0.00 | 69.60 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | TOTAL | 69.60 |
|---|---|---|
| Motions Hearing - 2/16/2014 | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 69.60 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER /s/ Tonya B. Jackson | DATE 06/17/2014 |
|---|---|

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR


105818408

# CHECK REQUEST

**REGULAR ACCOUNT:** ☒   **RETAINER ACCOUNT:** ☐

| | FILE NUMBER | CLIENT-FILE NAME | PAYMENT DESCRIPTION** | AMOUNT | CODE* | ACCOUNTING ONLY |
|---|---|---|---|---|---|---|
| 1 | 085697.011100 | Samsung Telecommunication America | Claim Construction Hearing Transcript | $170.40 | 22 | (1) _____ |
| 2 | | | | | | (2) _____ |
| 3 | | | | | | (3) _____ |
| 4 | | | | | | (4) _____ |
| 5 | | | | | | (5) _____ |

**This description will print on client invoice when using Code 18   **TOTAL**   170.40 ~~$0.00~~

**Payee:**  Tonya Jackson

300 Willow, Suite 239

Beaumont, TX  77701

(Fill in address if window envelope will be used)

**Mail to Payee:** Yes ☐ No ☒

**Special Instructions and/or Remarks:**

**Return to:**  Alexis

_____ Attorney's/Secretary's Initials

Signature: _~Tâché~_

Printed Name: J. Rick Taché

*DISBURSEMENT CODES

(1) Telephone charges
(2) Messenger
(3) Reproduction charges
(4) Word Processing
(5) Witness fees
(6) Info & Research
(7) Title policies

(8) Court Fees\Filing fees
(9) Recording charges
(10) Minute books, seal & stock cert
(11) Travel & Lodging-Out of Town
(12) Printing charges
(13) Transportation-Local Travel
(14) Postage

(15) Publication charges
(16) Legal expert & professional
(17) Special Clerical Services
(18) Other Disbursements
(19) Certified Copies
(20) Service Company changes
(21) Court reporter/Depo

(22) Transcript charges
(23) Subpoena Fees
(24) Govt. Agency reports
(25) Business Meals
(26) Copies from Courthouse
(27) Abstract, title & survey chg
(28) Facsimile

(29) Federal Express
(30) Local Counsel
(31) Arbitrator/Mediators
(32) Private Investigators
(33) Exhibits
(34) Lit Sup Vendors

**ACCOUNTING ONLY**

Payee Code: _8543S_

Ck#: _____

Date: _3/19/14_

Session   # 387755
Schedule # 185446
Request # Donal TO Process

( 7203191417 0 )

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| INVOICE NO: 20140054 | |
|---|---|

**MAKE CHECKS PAYABLE TO:**

Alexis Kovacs
Greenberg Traurig
77 West Wacker Drive
Suite 3100
Chicago, IL 60601

Phone:

kovacsa@gtlaw.com

CHRISTINA L. BICKHAM, RMR, CRR
Federal Official Reporter
300 Willow Street, Suite 221
Beaumont, TX 77701

Phone:   (409) 654-2891
FAX      (409) 654-6280
Tax ID:   45-0469815
chris.bickham@yahoo.com

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 04-22-2014 | DATE DELIVERED: |
|---|---|---|

**Case Style:** 2:13CV832, Mobile Telecommunications Tech v Sprint Nextel Corporation

Transcript of 4-16-2014 Motion Hearing

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 103 | 6.05 | 623.15 | | | | | | | 623.15 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |

| | |
|---|---|
| TOTAL: | 623.15 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $623.15 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 04-22-2014 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

# INVOICE

Sunbelt Reporting & Litigation Services
100 E. Ferguson, Suite 900
Tyler, TX 75702
Phone:903.593.3213   Fax:903.593.2573

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 306079 | 11/10/2014 | 198901 |

| Job Date | Case No. | |
|---|---|---|
| 10/30/2014 | 2:12-CV-832 | |

| Case Name | | |
|---|---|---|
| MTel v. Sprint | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

J. Rick Tache
Greenberg Traurig, LLP
3161 Michelson Dr., Suite 1000
Irvine, CA 92612

Charge for E-Transcript of the Transcript of:
   Patent Hearing

     777.80

**TOTAL DUE >>>**     **$777.80**

AFTER 12/10/2014 PAY     $824.47

Thank you. We appreciate your business.

Tax ID: 46-4363191

*Please detach bottom portion and return with payment.*

J. Rick Tache
Greenberg Traurig, LLP
3161 Michelson Dr., Suite 1000
Irvine, CA 92612

| | | | |
|---|---|---|---|
| Job No. | : 198901 | BU ID | : TYL-SB-R |
| Case No. | : 2:12-CV-832 | | |
| Case Name | : MTel v. Sprint | | |
| Invoice No. | : 306079 | Invoice Date | : 11/10/2014 |

**Total Due**   : **$777.80**

AFTER 12/10/2014 PAY $824.47

Remit To:    **Sunbelt Reporting & Litigation Services**
           **13101 NW Freeway, Suite 210**
           **Houston, TX 77040**

**PAYMENT WITH CREDIT CARD**    AMEX   MC   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# VERITEXT
## Veritext
## Western Regional Headquarters
LEGAL SOLUTIONS

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

Bill To:   Josh Raskin
           Greenberg Traurig LLP
           3161 Michelson Dr.
           Suite 1000
           Irvine, CA, 92612-4410

| | |
|---|---|
| Invoice #: | CA2027166 |
| Invoice Date: | 5/17/2014 |
| Balance Due: | $1,034.18 |

Vendor #: _____ BT-ORANGE COUNTY (72)-AP
G/L #: _____
C/M #: _____   DEPT #: KEO1
Approval: X _____ Signature
Print Name: R. Teche   TKPR #: KTV
Sales/Use Tax Copy Made:   ☐ YES ☐ N/A
Capital Expense Copy Made:   ☐ YES ☐ N/A

Case:       Mtel v. Samsung Telecommunications
Job #:      1830208 | Job Date: 4/21/2014 | Delivery: Normal
Billing Atty:  Josh Raskin
Location:   Greenberg Traurig LLP - 333 Avenue of the Americas
            333 Avenue of the Americas | Suite 4400 | Miami,, FL 33131-3238
Sched Atty: Josh Raskin | Greenberg Traurig LLP

085697₀ 011100

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Transcript - Split Between Parties/Your Share | Page | 161.00 | $2.43 | $391.23 |
| | Attendance Fee - Split Among Parties/Your Share | 1 | 1.00 | $50.25 | $50.25 |
| | Exhibits | Per Page | 46.00 | $0.50 | $23.00 |
| David W. Ackerman | Realtime Services | Page | 161.00 | $1.45 | $233.45 |
| | Rough Draft | Page | 161.00 | $1.25 | $201.25 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $61.00 | $61.00 |
| | Production & Processing | 1 | 1.00 | $46.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 | $28.00 |

Notes:  Your 33.5% share of O&2 and attendance

| | |
|---|---|
| Invoice Total: | $1,034.18 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,034.18 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

$743.93

## To pay online, go to
## www.Veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | CA2027166 |
| Job #: | 1830208 |
| Invoice Date: | 5/17/2014 |
| Balance: | $1,034.18 |



## Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**VERITEXT**
LEGAL SOLUTIONS

**Bill To:** Alexis Kovacs
Greenberg Traurig LLP
2375 E. Camelback Rd.
Suite 700
Phoenix, AZ, 85016-9000

65697.011100

| | |
|---|---|
| Invoice #: | CA2048410 |
| Invoice Date: | 6/16/2014 |
| Balance Due: | $503.94 |

| | |
|---|---|
| **Case:** | Miel v. Samsung Telecommunications |
| **Job #:** | 1830208 | Job Date: 4/21/2014 | Delivery: Normal |
| **Billing Atty:** | Josh Raskin |
| **Location:** | Greenberg Traurig LLP - 333 Avenue of the Americas |
| | 333 Avenue of the Americas | Suite 4400 | Miami,, FL 33131-3238 |
| **Sched Atty:** | Josh Raskin | Greenberg Traurig LLP |

**Client Matter #:** 085697.011100

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Video - Services | | 5.75 | $346.73 |
| David W. Ackerman | Video - Transcript Synchronization | Per hour | 3.25 | $136.11 |
| | Shipping & Handling | Package | 1.00 | $21.11 |

**Notes:** Split billing - Greenberg 33.5 % & Weil Gotshal 66.5%

| | |
|---|---|
| Invoice Total: | $503.94 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $503.94 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/as-services/service-information

$482.83

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42850

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| Invoice #: | CA2048410 |
| Job #: | 1830208 |
| Invoice Date: | 6/16/2014 |
| Balance: | $503.94 |

# INVOICE



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 75513 | 9/18/2014 | 58749 |
| **Job Date** | **Case No.** | |
| 9/12/2014 | | |
| **Case Name** | | |
| Mobile Telecommunications Tech., LLC, vs. Sprint Nextel Corp., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Greenberg Traurig Accounts Payable
Greenberg Traurig LLP
PO Box 90790
Pasadena, CA 91109-0790

---

1 COPY OF TRANSCRIPT OF:
    William H. Beckmann, Ph.D.
                                                      1,359.60

                                       **TOTAL DUE >>>**    **$1,359.60**

Ordered By  : Mark G. Davis, Esq.
             Greenberg Traurig LLP
             2101 L Street NW
             Suite 1000
             Washington, DC 20037

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

Tax ID: 31-1763752

Phone:    Fax:

---

*Please detach bottom portion and return with payment.*

Greenberg Traurig Accounts Payable
Greenberg Traurig LLP
PO Box 90790
Pasadena, CA 91109-0790

Job No.    : 58749        BU ID    :Texas
Case No.   :
Case Name : Mobile Telecommunications Tech., LLC, vs.
               Sprint Nextel Corp., et al.

Invoice No. : 75513        Invoice Date :9/18/2014
**Total Due  : $ 1,359.60**

Remit To: **Huseby, Inc.**
        **P.O. Box 602928**
        **Charlotte, NC 28260-2928**

**PAYMENT WITH CREDIT CARD**

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# INVOICE



**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 75698 | 9/16/2014 | 58750 |
| **Job Date** | **Case No.** | |
| 9/12/2014 | | |
| **Case Name** | | |
| Mobile Telecommunications Tech., LLC, vs. Sprint Nextel Corp., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Greenberg Traurig Accounts Payable
Greenberg Traurig LLP
PO Box 90790
Pasadena, CA 91109-0790

DVD Sync
    William H. Beckmann,.Ph.D.                    –375.00

                                     **TOTAL DUE >>>**      **$375.00**

Ordered By   : Mark G. Davis, Esq.
                Greenberg Traurig LLP
                2101 L Street NW
                Suite 1000
                Washington, DC 20037

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID: 31-1763752**                                            Phone:     Fax:

*Please detach bottom portion and return with payment.*

Greenberg Traurig Accounts Payable
Greenberg Traurig LLP
PO Box 90790
Pasadena, CA 91109-0790

Job No.     : 58750           BU ID      :Texas
Case No.    :
Case Name  : Mobile Telecommunications Tech., LLC, vs.
                  Sprint Nextel Corp., et al.

Invoice No. : 75698         Invoice Date :9/16/2014
Total Due  : $ 375.00

Remit To: **Huseby, Inc.**
          **P.O. Box 602928**
          **Charlotte, NC 28260-2928**

**PAYMENT WITH CREDIT CARD**

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:



**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| | | | | |
|---|---|---|---|---|
| **Bill To:** | Alexis Kovacs | | **Invoice #:** | CA2059609 |
| | Greenberg Traurig LLP | | **Invoice Date:** | 6/16/2014 |
| | 3161 Michelson Dr. | | **Balance Due:** | $1,549.95 |
| | Suite 1000 | | | |
| | Irvine, CA, 92612-4410 | | | |

O85697.011100

| | | | |
|---|---|---|---|
| **Case:** | Miel v. Samsung Telecommunications | **Client Matter #:** | 085697.011100 |
| **Job #:** | 1839382 | Job Date: 4/14/2014 | Delivery: Normal | | |
| **Billing Atty:** | J. Rick Tache, Esq | | |
| **Location:** | Veritext | | |
| | 550 West C Street | Suite 800 | San Diego, CA 92101 | | |
| **Sched Atty:** | J. Rick Tache, Esq | Greenberg Traurig LLP | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Transcript - Split Between Parties/Your Share | Page | 187.00 | $510.51 |
| | Exhibits | Per Page | 783.00 | $391.50 |
| Jai Bhagat | Realtime Services | Page | 187.00 | $271.15 |
| | Rough Draft | Page | 187.00 | $235.75 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $61.00 |
| | Production & Processing | 1 | 1.00 | $46.00 |
| | Parking Expense | Per hour | 1.00 | $8.04 |
| | Shipping & Handling | Package | 1.00 | $26.00 |

| | | |
|---|---|---|
| **Notes:** Your 33.5% share of the O & 2 | **Invoice Total:** | $1,549.95 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,549.95 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

$1,219.16

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CA2059609 |
| **Job #:** | 1839382 |
| **Invoice Date:** | 6/16/2014 |
| **Balance:** | $1,549.95 |

42860



(10)

# Veritext
# Western Regional Headquarters

**VERITEXT**
LEGAL SOLUTIONS

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

085497.011100

| | | |
|---|---|---|
| **Bill To:** Alexis Kovacs | **Invoice #:** | CA2060479 |
| Greenberg Traurig LLP | **Invoice Date:** | 6/16/2014 |
| 3161 Michelson Dr. | **Balance Due:** | $533.51 |
| Suite 1000 | | |
| Irvine, CA, 92612-4410 | | |

| | | | |
|---|---|---|---|
| **Case:** | Mtol v. Samsung Telecommunications | **File No.:** | 15096.0091 |
| **Job #:** | 1839382 | Job Date: 4/14/2014 | Delivery: Normal | | |
| **Billing Atty:** | J. Rick Tache, Esq | | |
| **Location:** | Veritext | | |
| | 550 West C Street | Suite 800 | San Diego, CA 92101 | | |
| **Sched Atty:** | J. Rick Tache, Esq | Greenberg Traurig LLP | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Video - Services | | 6.00 | $361.80 |
| | Video - Transcript Synchronization | Per hour | 3.50 | $146.58 |
| Jai Bhagat | Parking Expense | Per hour | 1.00 | $4.02 |
| | Shipping & Handling - Video Media | Package | 1.00 | $21.11 |

| Notes: | Split billing - Greenberg 33.5% & Weil Gotchal 66.5% | | |
|---|---|---|---|
| | | **Invoice Total:** | $533.51 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $533.51 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

$508.38

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CA2060479 |
| **Job #:** | 1839382 |
| **Invoice Date:** | 6/16/2014 |
| **Balance:** | $533.51 |

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
|---|---|---|---|
| | Greenberg Traurig LLC | **Invoice #:** | CA2147669 |
| | PO Box 90790 | **Invoice Date:** | 10/7/2014 |
| | Pasadena, CA, 91109 | **Balance Due:** | $1,620.25 |

| | | | |
|---|---|---|---|
| **Case:** | Mtel v. Samsung Telecommunications | **File No.:** | 085697.011100 |
| **Job #:** | 1932067 \| Job Date: 9/23/2014 \| Delivery: Expedited | | |
| **Billing Atty:** | Alexis Kovacs | | |
| **Location:** | OverMont Consulting | | |
| | 3100 Welayan \| Suite 340 \| Houston, TX 77027 | | |
| **Sched Atty:** | Mark G Davis \| Greenberg Traurig LLC | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Video - Services | | 7.50 | $1,350.00 |
| V. Walter Bratic | Video - Services Expedited | | 4.25 | $242.25 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $28.00 |

**Notes:** ** DVT+LEF/SBF delivered to GT, Irvine CA

| | |
|---|---|
| **Invoice Total:** | $1,620.25 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,620.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

$ 1350.⁰⁰

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | CA2147669 |
|---|---|
| **Job #:** | 1932067 |
| **Invoice Date:** | 10/7/2014 |
| **Balance:** | $1,620.25 |

42660

U85497—011100

V# 49994

A/P ORANGE

# Veritext
# Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569




**VERITEXT**
LEGAL SOLUTIONS

| | |
|---|---|
| **Invoice #:** | CA2139305 |
| **Invoice Date:** | 9/28/2014 |
| **Balance Due:** | $2,588.20 |

**Bill To:** Mark G Davis
Greenberg Traurig LLC
3161 Michelson Dr.
Suite 1000
Irvine, CA, 92612-4410

| | | | |
|---|---|---|---|
| **Case:** | Mtel v. Samsung Telecommunications | **File No.:** | 085697.011100 |
| **Job #:** | 1932067 | Job Date: 9/23/2014 | Delivery: Daily | | |
| **Billing Atty:** | Mark G Davis | | |
| **Location:** | OverMont Consulting | | |
| | 3100 Welayan | Suite 340 | Houston, TX 77027 | | |
| **Sched Atty:** | Mark G Davis | Greenberg Traurig LLC | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 209.00 | $1,692.90 |
| | Attendance Fee | Hour | 2.00 | $100.00 |
| | Exhibits | Per Page | 166.00 | $83.00 |
| | Realtime Services | Page | 209.00 | $303.05 |
| V. Walter Bratic | Rough Draft | Page | 209.00 | $261.25 |
| | Exhibits - Linked (SBF, PTZ, LEF) | Per CD | 1.00 | $35.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

| | | |
|---|---|---|
| **Notes:** | **Invoice Total:** | $2,588.20 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,588.20 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/at-services/service-information

$2224.95

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CA2139305 |
| **Job #:** | 1932067 |
| **Invoice Date:** | 9/28/2014 |
| **Balance:** | $2,588.20 |

42660



## Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**Bill To:** Alexis Kovacs
Greenberg Traurig LLP
3161 Michelson Dr.
Suite 1000
Irvine, CA, 92612-4410

 085697.011100

| | |
|---|---|
| **Invoice #:** | CA2059605 |
| **Invoice Date:** | 6/16/2014 |
| **Balance Due:** | $1,321.47 |

| | |
|---|---|
| Case: | Mtel v. Samsung Telecommunications |
| Job #: | 1830162 \| Job Date: 4/3/2014 \| Delivery: Normal |
| Billing Atty: | J. Rick Tache, Esq |
| Location: | Reed & Scardino LLP |
| | 301 Congress Avenue \| Suite 1250 \| Austin, TX 78701 |
| Sched Atty: | J. Rick Tache, Esq \| Greenberg Traurig LLP |

**Client Matter #:** 085697.011100

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Transcript - Split Between Parties/Your Share | Page | 194.00 | $490.82 |
| | Attendance Fee - Split Among Parties/Your Share | 1 | 1.00 | $33.50 |
| | Exhibits | Per Page | 270.00 | $135.00 |
| | Realtime Services | Page | 194.00 | $281.30 |
| Dennis Cameron | Rough Draft | Page | 194.00 | $242.50 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $91.00 |
| | Production & Processing | 1 | 1.00 | $46.00 |
| | Parking Expense | Per hour | 1.00 | $3.35 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

Notes: Your 33.5% share of O & 2

| | |
|---|---|
| **Invoice Total:** | $1,321.47 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,321.47 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

$ 986.62

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42850

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CA2059605 |
| **Job #:** | 1830162 |
| **Invoice Date:** | 6/16/2014 |
| **Balance:** | $1,321.47 |



## Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



**Bill To:** Alexis Kovacs
Greenberg Traurig LLP
3161 Michelson Dr.
Suite 1000
Irvine, CA, 92612-4410

D85797.011100

| | |
|---|---|
| **Invoice #:** | CA2060472 |
| **Invoice Date:** | 6/16/2014 |
| **Balance Due:** | $640.87 |

| | | | |
|---|---|---|---|
| Case: | Mtel v. Samsung Telecommunications | **File No.:** | 15096.0091 |
| Job #: | 1830162 | Job Date: 4/3/2014 | Delivery: Normal | | |
| Billing Atty: | J. Rick Taché, Esq | | |
| Location: | Reed & Scardino LLP | | |
| | 301 Congress Avenue | Suite 1250 | Austin, TX 78701 | | |
| Sched Atty: | J. Rick Taché, Esq | Greenberg Traurig LLP | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Video - Services | | 7.75 | $467.33 |
| Dennis Cameron | Video - Transcript Synchronization | Per hour | 4.00 | $167.52 |
| | Parking Expense | Per hour | 1.00 | $6.03 |

| Notes: Split billing - Greenberg 33.5% & Well Gotcha! 66.5% | |
|---|---|
| **Invoice Total:** | $640.87 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $640.87 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

$ 634.84

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42360

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CA2060472 |
|---|---|
| Job #: | 1830162 |
| Invoice Date: | 6/16/2014 |
| Balance: | $640.87 |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 220486 | 4/24/2014 | 122207 |

| Job Date | Case No. |
|---|---|
| 4/15/2014 | |

| Case Name |
|---|
| Mobile Telecommunications Technologies, LLC v. Sprint Nextel Corp., et al. |

| Payment Terms |
|---|
| Due upon receipt |

## US Legal Support
### The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

Joshua L. Raskin, Equire
Greenberg Traurig, LLP
200 Park Avenue
New York, NY  10166

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Michael Carper | 315.00 | Pages | 1,244.25 |
| Exhibit | 382.00 | Pages | 114.60 |
| Reporter Appearance - Hourly | 2.00 | Hours | 90.00 |
| Rough Draft ASCII | 315.00 | Pages | 362.25 |
| Expedite - 5-day | 315.00 | Pages | 519.75 |
| Condensed Transcript - Complimentary | | | 0.00 |
| E-Transcript - Complimentary | | | 0.00 |
| Handling/Processing - Expedited | | | 55.00 |
| Shipping - Complimentary | | | 0.00 |

**TOTAL DUE  >>>**  **$2,385.85**
AFTER 6/8/2014 PAY  $2,624.44

*$1448.85*

Videotaped deposition held in New York, NY

Thank you for your business !

**Tax ID:** 76-0523238

Phone: 212-801-3050   Fax:

*Please detach bottom portion and return with payment.*

Joshua L. Raskin, Equire
Greenberg Traurig, LLP
200 Park Avenue
New York, NY  10166

Invoice No.    :  220486
Invoice Date  :  4/24/2014
**Total Due**     :  **$ 2,385.85**
AFTER 6/8/2014 PAY  $2,624.44

Remit To:  **U.S. Legal Support**
**P.O. Box 3724**
**New York, NY  10008-3724**

Job No.      :  122207
BU ID        :  31-VIP
Case No.     :
Case Name    :  Mobile Telecommunications Technologies,
                 LLC v. Sprint Nextel Corp., et al.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 220489 | 4/24/2014 | 122207 |

| Job Date | Case No. | |
|---|---|---|
| 4/15/2014 | | |

| Case Name | | |
|---|---|---|
| Mobile Telecommunications Technologies, LLC v. Sprint Nextel Corp., et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

**US LEGAL SUPPORT**
The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

Joshua L. Raskin, Equire
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

| | | | |
|---|---|---|---|
| Michael Carper (Day 1) - Video | | | 295.00 |
| Video - First 2 hrs | | | |
| Video - Add'l Hrs | 7.00 | Hours | 665.00 |
| Video - Text Sync - Complimentary | 8.00 | Hours | 0.00 |
| Video - MPEG conversion | | | 35.00 |
| Processing & Handling | | | 25.00 |
| Shipping - Complimentary | | | 0.00 |

**TOTAL DUE >>>** **$1,020.00**
AFTER 6/8/2014 PAY $1,122.00

$ 995.00

Videotaped deposition held in New York, NY

Thank you for your business !

Tax ID: 76-0523238

Phone: 212-801-3050   Fax:

Joshua L. Raskin, Equire
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Invoice No.    :  220489
Invoice Date  :  4/24/2014
**Total Due**    :  **$ 1,020.00**
AFTER 6/8/2014 PAY $1,122.00

Remit To: **U.S. Legal Support**
**P.O. Box 3724**
**New York, NY 10008-3724**

Job No.      :  122207
BU ID        :  31-VIP
Case No.     :
Case Name    :  Mobile Telecommunications Technologies,
LLC v. Sprint Nextel Corp., et al.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 220496 | 4/24/2014 | 122208 |

| Job Date | Case No. | |
|---|---|---|
| 4/16/2014 | | |

| Case Name | | |
|---|---|---|
| Mobile Telecommunications Technologies, LLC v. Sprint Nextel Corp., et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

**U·S·LEGAL SUPPORT**
The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

Joshua L. Raskin, Equire
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Michael Carper (Day 2) | 235.00 | Pages | 928.25 |
| Exhibit | 268.00 | Pages | 80.40 |
| Reporter Appearance - Hourly | 2.00 | Hours | 90.00 |
| Rough Draft ASCII | 235.00 | Pages | 270.25 |
| Expedite - 5-day | 235.00 | Pages | 387.75 |
| Condensed Transcript - Complimentary | | | 0.00 |
| E-Transcript - Complimentary | | | 0.00 |
| Handling/Processing - Expedited | | | 55.00 |
| Shipping - Complimentary | | | 0.00 |

**TOTAL DUE >>>** **$1,811.65**
AFTER 6/8/2014 PAY $1,992.82

*$1098.65*

Videotaped deposition held in New York, NY

Thank you for your business!

Tax ID: 76-0523238

Phone: 212-801-3050   Fax:

*Please detach bottom portion and return with payment.*

Joshua L. Raskin, Equire
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Invoice No.    :  220496
Invoice Date  :  4/24/2014
**Total Due**     :  **$ 1,811.65**
AFTER 6/8/2014 PAY $1,992.82

Remit To: **U.S. Legal Support**
       **P.O. Box 3724**
       **New York, NY 10008-3724**

Job No.      :  122208
BU ID        :  31-VIP
Case No.     :
Case Name    :  Mobile Telecommunications Technologies,
               LLC v. Sprint Nextel Corp., et al.

# INVOICE

**USLegal SUPPORT**
The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 220499 | 4/24/2014 | 122208 |
| **Job Date** | **Case No.** | |
| 4/16/2014 | | |
| **Case Name** | | |
| Mobile Telecommunications Technologies, LLC v. Sprint Nextel Corp., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joshua L. Raskin, Equire
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

| | | | |
|---|---|---|---|
| Michael Carper (Day 2) - Video | | | 295.00 |
| Video - First 2 hrs | | | |
| Video - Add'l Hrs | 5.00 Hours | | 475.00 |
| Video - Text Sync - Complimentary | 6.00 Hours | | 0.00 |
| Video - MPEG conversion | 6.00 Tapes | | 210.00 |
| Processing & Handling | | | 25.00 |
| Shipping - Complimentary | | | 0.00 |
| | **TOTAL DUE  >>>** | | **$1,005.00** |
| | AFTER 6/8/2014  PAY | | $1,105.50 |

Videotaped deposition held in New York, NY

Thank you for your business!

*$980.00*

**Tax ID:** 76-0523238

Phone: 212-801-3050   Fax:

*Please detach bottom portion and return with payment.*

Joshua L. Raskin, Equire
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Invoice No.    :   220499
Invoice Date  :   4/24/2014
**Total Due**    :   **$ 1,005.00**
AFTER 6/8/2014 PAY  $1,105.50

Remit To: **U.S. Legal Support**
          **P.O. Box 3724**
          **New York, NY 10008-3724**

Job No.       :   122208
BU ID         :   31-VIP
Case No.      :
Case Name     :   Mobile Telecommunications Technologies,
                  LLC v. Sprint Nextel Corp., et al.

# INVOICE



**Huseby**.com

Corporate Headquarters
1210 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 70799 | 8/15/2014 | 56642 |
| **Job Date** | **Case No.** | |
| 7/22/2014 | | |
| **Case Name** | | |
| Mobile Telecommunications Tech., LLC vs. Sprint Nextel Corp., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Greenberg Traurig Accounts Payable
Greenberg Traurig, LLP
PO Box 90790
Pasadena, CA 91109-0790

1 COPY OF TRANSCRIPT OF:
    Yongjin Choi                                         230.75

**TOTAL DUE >>>**     **$230.75**

Ordered By    : J. Rick Tache, Esq.
              Greenberg Traurig, LLP
              3161 Michelson Drive
              Suite 1000
              Irvine, CA 92612

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

Tax ID: 31-1763752                                     Phone: 949-732-6500    Fax:

*Please detach bottom portion and return with payment.*

Greenberg Traurig Accounts Payable
Greenberg Traurig, LLP
PO Box 90790
Pasadena, CA 91109-0790

| | | | |
|---|---|---|---|
| Job.No. | : 56642 | BU ID | : Texas |
| Case No. | : | | |
| Case Name | : Mobile Telecommunications Tech., LLC vs. Sprint Nextel Corp., et al. | | |
| Invoice No. | : 70799 | Invoice Date | : 8/15/2014 |
| **Total Due** | : **$ 230.75** | | |

Remit To: **Huseby, Inc.**
           **P.O. Box 602928**
           **Charlotte, NC 28260-2928**

**PAYMENT WITH CREDIT CARD**

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name:

Card Number:

Exp. Date:               Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67498 | 6/30/2014 | 53299 |

| Job Date | Case No. | |
|---|---|---|
| 6/19/2014 | | |

| Case Name | | |
|---|---|---|
| MTel vs. Sprint/Samsung/Apple | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Greenberg Traurig Accounts Payable
Greenberg Traurig, LLP
PO Box 90790
Pasadena, CA 91109-0790

---

1 COPY OF TRANSCRIPT OF:
Raymond Couey - Vol. II                                            1,454.77

                                            **TOTAL DUE >>>**          **$1,454.77**

Ordered By     J. Rick Tache, Esq.
               Greenberg Traurig, LLP
               3161 Michelson Drive
               Suite 1000
               Irvine, CA 92612

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**Tax ID:** 31-1763752                                    Phone: 949-732-6500   Fax:

*Please detach bottom portion and return with payment.*

Greenberg Traurig Accounts Payable
Greenberg Traurig, LLP
PO Box 90790
Pasadena, CA 91109-0790

Job No.    : 53299          BU ID    : Texas
Case No.   :
Case Name  : MTel vs. Sprint/Samsung/Apple

Invoice No. : 67498          Invoice Date : 6/30/2014
**Total Due  : $ 1,454.77**

Remit To: **Huseby, Inc.**
          **P.O. Box 602928**
          **Charlotte, NC 28260-2928**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67484 | 6/26/2014 | 53298 |

| Job Date | Case No. |
|---|---|
| 6/18/2014 | |

| Case Name |
|---|
| MTel vs. Sprint/Samsung/Apple |

| Payment Terms |
|---|
| Due upon receipt |

Greenberg Traurig Accounts Payable
Greenberg Traurig, LLP
PO Box 90790
Pasadena, CA 91109-0790

1 COPY OF TRANSCRIPT OF:
Raymond Couey                                                              1,461.50

                                    **TOTAL DUE >>>**         **$1,461.50**

Ordered By    :  J. Rick Tache, Esq.
                    Greenberg Traurig, LLP
                    3161 Michelson Drive
                    Suite 1000
                    Irvine, CA 92612

Expedite

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752                                    Phone: 949-732-6500    Fax:

---

*Please detach bottom portion and return with payment.*

Greenberg Traurig Accounts Payable
Greenberg Traurig, LLP
PO Box 90790
Pasadena, CA 91109-0790

Job No.    : 53298              BU ID         : Texas
Case No.   :
Case Name  : MTel vs. Sprint/Samsung/Apple

Invoice No. : 67484              Invoice Date  : 6/26/2014
**Total Due  : $ 1,461.50**

Remit To: **Huseby, Inc.**
          **P.O. Box 602928**
          **Charlotte, NC 28260-2928**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76384 | 9/24/2014 | 53301 |
| **Job Date** | **Case No.** | |
| 6/19/2014 | | |
| **Case Name** | | |
| Mobile Telecommunications Tech., LLC vs. Sprint Nextel Corp., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**Huseby.com**
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

Greenberg Traurig Accounts Payable
Greenberg Traurig, LLP
PO Box 90790
Pasadena, CA 91109-0790

---

DVD Sync
   Richard Couey            375.00

                   **TOTAL DUE >>>**      **$375.00**

Ordered By   : Alexis Kovacs
             Greenberg Traurig, LLP
             3161 Michelson Drive
             Suite 1000
             Irvine, CA 92612

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

Tax ID: 31-1763752                               Phone: 949-732-6500   Fax:

*Please detach bottom portion and return with payment.*

Greenberg Traurig Accounts Payable
Greenberg Traurig, LLP
PO Box 90790
Pasadena, CA 91109-0790

Job No.   : 53301       BU ID    :Texas
Case No.   :
Case Name : Mobile Telecommunications Tech., LLC vs.
              Sprint Nextel Corp., et al.
Invoice No. : 76384       Invoice Date :9/24/2014
**Total Due**  : **$ 375.00**

**PAYMENT WITH CREDIT CARD**
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:       Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  Huseby, Inc.
         P.O. Box 602928
         Charlotte, NC 28260-2928

# INVOICE



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76383 | 9/24/2014 | 53300 |
| **Job Date** | **Case No.** | |
| 6/18/2014 | | |

| **Case Name** |
|---|
| Mobile Telecommunications Tech., LLC vs. Sprint Nextel Corp., et al. |
| **Payment Terms** |
| Due upon receipt |

Greenberg Traurig Accounts Payable
Greenberg Traurig, LLP
PO Box 90790
Pasadena, CA 91109-0790

---

DVD Sync

Richard Couey            400.00

               **TOTAL DUE >>>**     **$400.00**

Ordered By   : Alexis Kovacs
            Greenberg Traurig, LLP
            3161 Michelson Drive
            Suite 1000
            Irvine, CA 92612

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

Tax ID: 31-1763752                                      Phone: 949-732-6500    Fax:

*Please detach bottom portion and return with payment.*

Greenberg Traurig Accounts Payable
Greenberg Traurig, LLP
PO Box 90790
Pasadena, CA 91109-0790

Job No.   : 53300         BU ID    : Texas
Case No.   :
Case Name : Mobile Telecommunications Tech., LLC vs.
              Sprint Nextel Corp., et al.

Invoice No. : 76383       Invoice Date : 9/24/2014
**Total Due : $ 400.00**

Remit To: **Huseby, Inc.**
          **P.O. Box 602928**
          **Charlotte, NC 28260-2928**

**PAYMENT WITH CREDIT CARD**

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name:

Card Number:

Exp. Date:           Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 66029 | 6/5/2014 | 52938 |
| **Job Date** | **Case No.** | |
| 5/29/2014 | | |
| **Case Name** | | |
| MTel vs. Sprint/Samsung/Apple | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Greenberg Traurig Accounts Payable
Greenberg Traurig LLP
PO Box 90790
Pasadena, CA 91109-0790

---

DVD Sync
   Sean Diaz                         150.00

             **TOTAL DUE >>>**     **$150.00**

Ordered By   : J. Rick Tache, Esq.
              Greenberg Traurig, LLP
              3161 Michelson Drive
              Suite 1000
              Irvine, CA 92612

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**Tax ID: 31-1763752**                                 Phone: 512-320-7209   Fax:

*Please detach bottom portion and return with payment.*

Greenberg Traurig Accounts Payable
Greenberg Traurig LLP
PO Box 90790
Pasadena, CA 91109-0790

| | | |
|---|---|---|
| Job No. | : 52938 | BU ID   : Texas |
| Case No. | : | |
| Case Name | : MTel vs. Sprint/Samsung/Apple | |

Invoice No. : 66029        Invoice Date : 6/5/2014
**Total Due : $ 150.00**

Remit To: **Huseby, Inc.**
        **P.O. Box 602928**
        **Charlotte, NC 28260-2928**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:       Card Security Code:
Amount to Charge:
Cardholder's Signature:

# I N V O I C E


**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 66221 | 6/13/2014 | 52937 |
| **Job Date** | **Case No.** | |
| 5/29/2014 | | |
| **Case Name** | | |
| MTel vs. Sprint/Samsung/Apple | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Greenberg Traurig Accounts Payable
Greenberg Traurig, LLP
PO Box 90790
Pasadena, CA 91109-0790

---

1 COPY OF TRANSCRIPT OF:

    Sean Diaz - 30(b)(6)                                     361.15

                             **TOTAL DUE  >>>**        **$361.15**

Ordered By   : J. Rick Tache, Esq.
              Greenberg Traurig, LLP
              3161 Michelson Drive
              Suite 1000
              Irvine, CA 92612

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**Tax ID: 31-1763752**                                           Phone: 949-732-6500    Fax:

*Please detach bottom portion and return with payment.*

Greenberg Traurig Accounts Payable
Greenberg Traurig, LLP
PO Box 90790
Pasadena, CA 91109-0790

| | | |
|---|---|---|
| Job No.   : 52937 | BU ID   :Texas |
| Case No.   : | |
| Case Name  : MTel vs. Sprint/Samsung/Apple | |

Invoice No.  : 66221           Invoice Date  :6/13/2014
**Total Due  : $ 361.15**

Remit To: **Huseby, Inc.**
      **P.O. Box 602928**
      **Charlotte, NC 28260-2928**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:               Phone#:

Billing Address:

Zip:           Card Security Code:

Amount to Charge:

Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 219232 | 4/14/2014 | 121887 |

| Job Date | Case No. |
|---|---|
| 3/28/2014 | |

| Case Name |
|---|
| Mobile Telecommunications Technologies, LLC v. Sprint Nextel Corp., et al. |

| Payment Terms |
|---|
| Due upon receipt |

p: 877.479.2484
f: 877.876.9330

Rich Tache, Esquire
Greenberg Traurig, LLP
3161 Michelson Drive
Suite 1000
Irvine, CA 92612

Andrew Fitton

| | | | |
|---|---|---|---|
| Exhibit | 111.00 | Pages | 94.35 |
| Transcript Copy - Videotaped / Technical Testimony | 150.00 | Pages | 592.50 |
| Rough Draft ASCII | 150.00 | Pages | 292.50 |
| E-Transcript - Complimentary | | | 0.00 |
| E-CD Litigation Package | | | 39.00 |
| Minuscript/Condensed Transcript | | | 27.50 |
| Processing & Handling | | | 35.00 |
| Shipping - Complimentary | | | 0.00 |

| | |
|---|---|
| TOTAL DUE >>> | **$1,080.85** |
| AFTER 5/29/2014 PAY | $1,188.94 |

*$686.85*

Videotaped deposition held in Dallas, TX

Thank you for your business!

**Tax ID:** 76-0523238                                    Phone: 949.732.6500   Fax:

*Please detach bottom portion and return with payment.*

Rich Tache, Esquire
Greenberg Traurig, LLP
3161 Michelson Drive
Suite 1000
Irvine, CA 92612

| | | |
|---|---|---|
| Invoice No. | : | 219232 |
| Invoice Date | : | 4/14/2014 |
| **Total Due** | : | **$ 1,080.85** |
| AFTER 5/29/2014 PAY $1,188.94 | | |

Remit To: **U.S. Legal Support**
 **P.O. Box 3724**
 **New York, NY 10008-3724**

| | | |
|---|---|---|
| Job No. | : | 121887 |
| BU ID | : | 31-VIP |
| Case No. | : | |
| Case Name | : | Mobile Telecommunications Technologies, LLC v. Sprint Nextel Corp., et al. |

# INVOICE

## U.S. LEGAL SUPPORT
### The Power of Commitment.

p: 877.479.2484
f: 877.876.9330


RECEIVED
A/P-ORANGE CO-GT

Rich Tache, Esquire
Greenberg Traurig, LLP
3161 Michelson Drive
Suite 1000
Irvine, CA 92612

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 234283 | 10/9/2014 | 121887 |
| Job Date | Case No. | |
| 3/28/2014 | | |
| Case Name | | |
| Mobile Telecommunications Technologies, LLC v. Sprint Nextel Corp., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Andrew Fitton - Video

| | | |
|---|---|---|
| Video - Text Synchronization | 4.00 Hours | 380.00 |
| Video - MPEG conversion | 4.00 Tapes | 200.00 |
| Processing & Handling | | 25.00 |
| Shipping - Complimentary | | 0.00 |

**TOTAL DUE >>>**  **$605.00**
AFTER 11/23/2014 PAY  **$665.50**

Videotaped deposition held in Dallas, TX

Thank you for your business!

$580

GT-ORANGE COUNTY (72)-AP

Vendor #
G/L #
C/M # 085697.011100   DEPT# 601
Approval: x
Print Name:            Signature
Sales/Use Tax Copy Made:   TKPI# RTV
☐ YES ☐ N/A
Capital Expense Copy Made:
☐ YES ☐ N/A

085697.011100

Invoices not paid by due date will be subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                                    Phone: 949.732.6500   Fax:

*Please detach bottom portion and return with payment.*

Rich Tache, Esquire
Greenberg Traurig, LLP
3161 Michelson Drive
Suite 1000
Irvine, CA 92612

Job No.     : 121887        BU ID      :21-NY VIP
Case No.    :
Case Name   : Mobile Telecommunications Technologies, LLC
              v. Sprint Nextel Corp., et al.
Invoice No. : 234283        Invoice Date :10/9/2014
**Total Due  : $ 605.00**
AFTER 11/23/2014 PAY $665.50

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **U.S. Legal Support**
**P.O. Box 3724**
**New York, NY 10008-3724**

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Alexis Kovacs |
|---|---|
| | Greenberg Traurig LLP |
| | 3161 Michelson Dr. |
| | Suite 1000 |
| | Irvine, CA, 92612-4410 |

| | |
|---|---|
| **Invoice #:** | CA2059586 |
| **Invoice Date:** | 6/17/2014 |
| **Balance Due:** | $922.50 |

| | | |
|---|---|---|
| Case: | Mtel v. Samsung Telecommunications | **Client Matter #:** # 085697.011100 |
| Job #: | 1868140 | Job Date: 6/2/2014 | Delivery: Normal | |
| Billing Atty: | Alexis Kovacs | |
| Location: | Agren Blando Court Reporting | |
| | 405 Mason Court | Suite 117 | Fort Collins, CO 80524 | |
| Sched Atty: | Erik Squier, Esq. | Greenberg Traurig LLP | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Transcript - Split Between Parties/Your Share | Page | 150.00 | $327.00 |
| | Attendance Fee - Split Among Parties/Your Share | 1 | 1.00 | $33.50 |
| | Exhibits | Per Page | 44.00 | $22.00 |
| MASOOD GARAHI | Realtime Services | Page | 150.00 | $217.50 |
| | Rough Draft | Page | 150.00 | $187.50 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $61.00 |
| | Production & Processing | 1 | 1.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

| Notes: Your 33.5% share of O & 2 | | |
|---|---|---|
| | **Invoice Total:** | $922.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $922.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

*$646.⁰⁰*

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CA2059586 |
| **Job #:** | 1868140 |
| **Invoice Date:** | 6/17/2014 |
| **Balance:** | $922.50 |

60

# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



VERITEXT
LEGAL SOLUTIONS

Bill To: J. Rick Tache, Esq
Greenberg Traurig LLP
3161 Michelson Dr.
Suite 1000
Irvine, CA, 92612-4410

| | |
|---|---|
| Invoice #: | CA2062876 |
| Invoice Date: | 6/18/2014 |
| Balance Due: | $512.34 |

| | |
|---|---|
| Case: | Mtel v. Samsung Telecommunications |
| Job #: | 1868146 \| Job Date: 6/3/2014 \| Delivery: Normal |
| Billing Atty: | J. Rick Tache, Esq |
| Location: | Agren Blando Court Reporting |
| | 405 Mason Court \| Suite 117 \| Fort Collins, CO 80524 |
| Sched Atty: | J. Rick Tache, Esq \| Greenberg Traurig LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Transcript - Split Between Parties/Your Share | Page | 113.00 | $246.34 |
| | Attendance Fee - Split Among Parties/Your Share | 1 | 1.00 | $16.75 |
| Masood Garahi (Vol 2) | Rough Draft | Page | 113.00 | $141.25 |
| | CD Depo Litigation Package | Per CD | 1.00 | $34.00 |
| | Production & Processing | 1 | 1.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

Notes: Your 33.5% share of O & 2

| | |
|---|---|
| Invoice Total: | $512.34 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $512.34 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

$ 309.⁰⁹

To pay online, go to
www.Veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | CA2062876 |
| Job #: | 1868146 |
| Invoice Date: | 6/18/2014 |
| Balance: | $512.34 |

# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



**Invoice #:** CA2068393
**Invoice Date:** 6/25/2014
**Balance Due:** $255.52

**Bill To:** J. Rick Tache, Esq
Greenberg Traurig LLP
3161 Michelson Dr.
Suite 1000
Irvine, CA, 92612-4410

085699.011100

| | |
|---|---|
| **Case:** | Mtel v. Samsung Telecommunications | **File No.:** 15096.0091 |
| **Job #:** | 1868146 | Job Date: 6/3/2014 | Delivery: Normal | |
| **Billing Atty:** | J. Rick Tache, Esq | |
| **Location:** | Agren Blando Court Reporting | |
| | 405 Mason Court | Suite 117 | Fort Collins, CO 80524 | |
| **Sched Atty:** | J. Rick Tache, Esq | Greenberg Traurig LLP | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Video - Services | | 2.50 | $150.75 |
| Masood Garahi (Vol 2) | Video - Transcript Synchronization | Per hour | 2.00 | $83.66 |
| | ~~Shipping & Handling - Video Media~~ | Package | 1.00 | ~~$21.11~~ |

**Notes:** Split billing - GT 33.5%, Weil Gotshal 66.5%

| | |
|---|---|
| **Invoice Total:** | $255.52 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $255.52 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

$234.41

GT-ORANGE COUNTY (72)-AP
Vendor # _____
G/L# _____ DEPT# _____
C/M # _____

Approval: x _____
Signature _____
Print Name: _____ TKPR # _____
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** CA2068393
**Job #:** 1868146
**Invoice Date:** 6/25/2014
**Balance:** $255.52

# VERITEXT
## LEGAL SOLUTIONS

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**Bill To:** Alexis Kovacs
Greenberg Traurig LLP
3161 Michelson Dr.
Suite 1000
Irvine, CA, 92612-4410

*085697. 011100*

| | |
|---|---|
| **Invoice #:** | CA2059607 |
| **Invoice Date:** | 6/16/2014 |
| **Balance Due:** | $926.30 |
| **Agency #:** | 91722 |

| | | |
|---|---|---|
| Case: | Mtel v. Samsung Telecommunications | **Client Matter #:** 085697.011100 |
| Job #: | 1830191 \| Job Date: 4/11/2014 \| Delivery: Normal | |
| Billing Atty: | J. Rick Tache, Esq | |
| Location: | Gable Golwals | |
| | 1100 ONEOK Plaza \| 100 W. Fifth Street \| Tulsa, OK 74103 | |
| Sched Atty: | J. Rick Tache, Esq \| Greenberg Traurig LLP | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Transcript - Split Between Parties/Your Share | Page | 192.00 | $470.40 |
| | Attendance Fee - Split Among Parties/Your Share | 1 | 1.00 | $46.90 |
| | Exhibits | Per Page | 68.00 | $34.00 |
| John J. Hale | Rough Draft | Page | 192.00 | $240.00 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $81.00 |
| | Production & Processing | 1 | 1.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $20.00 |

| Notes: Your 33.5% share of O & 2 | | |
|---|---|---|
| | **Invoice Total:** | $926.30 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $926.30 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/al-services/service-information

*$ 597.30*

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA2059607 |
| **Job #:** | 1830191 |
| **Invoice Date:** | 6/16/2014 |
| **Balance:** | $926.30 |

42869



**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

*085697.011100*

| Bill To: | Alexis Kovacs | | |
|---|---|---|---|
| | Greenberg Traurig LLP | **Invoice #:** | CA2060513 |
| | 3161 Michelson Dr. | **Invoice Date:** | 6/16/2014 |
| | Suite 1000 | **Balance Due:** | $601.10 |
| | Irvine, CA, 92612-4410 | **Agency #:** | 91722 |

| | | | |
|---|---|---|---|
| **Case:** | Mtel v. Samsung Telecommunications | **File No.:** | 15096.0091 |
| **Job #:** | 1830191 | Job Date: 4/11/2014 | Delivery: Normal | | |
| **Billing Atty:** | J. Rick Tache, Esq | | |
| **Location:** | Gable Gotwals | | |
| | 1100 ONEOK Plaza | 100 W. Fifth Street | Tulsa, OK 74103 | | |
| **Sched Atty:** | J. Rick Tache, Esq | Greenberg Traurig LLP | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Video - Services | | 6.75 | $407.03 |
| | Video - Transcript Synchronization | Per hour | 3.75 | $157.05 |
| John J. Hale | Video - Extended Hours Surcharge | Hour | 0.50 | $15.92 |
| | Shipping & Handling - Video Media | Package | 1.00 | $21.11 |

| Notes: Split billing - Greenberg 33.5% & Well Gotchai 66.5% | **Invoice Total:** | $601.10 |
|---|---|---|
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $601.10 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/cli-services/service-information

*$579.⁵⁹*

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42850

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | CA2060513 |
|---|---|
| **Job #:** | 1830191 |
| **Invoice Date:** | 6/16/2014 |
| **Balance:** | $601.10 |



# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**Bill To:** Alexis Kovacs
Greenberg Traurig LLP
3161 Michelson Dr.
Suite 1000
Irvine, CA, 92612-4410

*(handwritten)* 085697.011100

| | |
|---|---|
| **Invoice #:** | CA2059604 |
| **Invoice Date:** | 6/16/2014 |
| **Balance Due:** | $1,344.50 |

| | | **Client Matter #:** | 085697.011100 |
|---|---|---|---|
| **Case:** | Mtel v. Samsung Telecommunications | | |
| **Job #:** | 1830156 | Job Date: 4/1/2014 | Delivery: Normal | | |
| **Billing Atty:** | J. Rick Tache, Esq | | |
| **Location:** | Reed & Scardino LLP | | |
| | 301 Congress Avenue | Suite 1250 | Austin, TX 78701 | | |
| **Sched Atty:** | J. Rick Tache, Esq | Greenberg Traurig LLP | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Transcript - Split Between Parties/Your Share | Page | 205.00 | $518.65 |
| | Attendance Fee - Split Among Parties/Your Share | 1 | 1.00 | $33.50 |
| | Exhibits | Per Page | 201.00 | $100.50 |
| | Realtime Services | Page | 205.00 | $297.25 |
| William Hays, Vol 2 | Rough Draft | Page | 205.00 | $256.25 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $61.00 |
| | Production & Processing | 1 | 1.00 | $46.00 |
| | Parking Expense | Per hour | 1.00 | $3.85 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

**Notes:** Your 33.5% share of O & 2

| | |
|---|---|
| **Invoice Total:** | $1,344.50 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,344.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information.

*(handwritten)* $ 955.⁹⁰

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA2059604 |
| **Job #:** | 1830156 |
| **Invoice Date:** | 6/16/2014 |
| **Balance:** | $1,344.50 |

42960

(7)

# VERITEXT
## LEGAL SOLUTIONS

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

085697.011100

| Bill To: | Alexis Kovacs | | | |
|---|---|---|---|---|
| | Greenberg Traurig LLP | | **Invoice #:** | CA2060401 |
| | 3161 Michelson Dr. | | **Invoice Date:** | 6/16/2014 |
| | Suite 1000 | | **Balance Due:** | $947.42 |
| | Irvine, CA, 92612-4410 | | | |

| | | **File No.:** | 15096.0091 |
|---|---|---|---|
| **Case:** | Mtel v. Samsung Telecommunications | | |
| **Job #:** | 1830136 | Job Date: 3/31/2014 | Delivery: Normal | | |
| **Billing Atty:** | J. Rick Tache, Esq | | |
| **Location:** | Reed & Scardino LLP | | |
| | 301 Congress Avenue | Suite 1250 | Austin, TX 78701 | | |
| **Sched Atty:** | J. Rick Tache, Esq | Greenberg Traurig LLP | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Video - Services | | 10.50 | $633.15 |
| William Hays | Video - Transcript Synchronization | Per hour | 7.00 | $293.16 |
| | ~~Shipping & Handling - Video Media~~ | Package | 1.00 | ~~$21.11~~ |

**Notes:** Split billing - Greenberg 33.5% & Weil Gotchal 66.5%

| | |
|---|---|
| **Invoice Total:** | $947.42 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $947.42 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

$926.31

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | CA2060401 |
|---|---|
| **Job #:** | 1830136 |
| **Invoice Date:** | 6/16/2014 |
| **Balance:** | $947.42 |

47860



## Veritext
## Western Regional Headquarters



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

*085697.011100*

| | | | |
|---|---|---|---|
| Bill To: | Alexis Kovacs | **Invoice #:** | CA2060443 |
| | Greenberg Traurig LLP | **Invoice Date:** | 6/16/2014 |
| | 3161 Michelson Dr. | **Balance Due:** | $612.15 |
| | Suite 1000 | | |
| | Irvine, CA, 92612-4410 | | |

| | | |
|---|---|---|
| Case: | Miel v. Samsung Telecommunications | **File No.:** 15096.0091 |
| Job #: | 1830156 | Job Date: 4/1/2014 | Delivery: Normal | |
| Billing Atty: | J. Rick Tache, Esq | |
| Location: | Reed & Scardino LLP | |
| | 301 Congress Avenue | Suite 1250 | Austin, TX 78701 | |
| Sched Atty: | J. Rick Tache, Esq | Greenberg Traurig LLP | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Video - Services | | 6.75 | $407.03 |
| | Video - Transcript Synchronization | Per hour | 4.25 | $177.99 |
| William Hays, Vol 2 | ~~Parking Expense~~ | Per hour | 1.00 | ~~$6.03~~ |
| | ~~Shipping & Handling - Video Media~~ | Package | 1.00 | ~~$21.11~~ |

| | | |
|---|---|---|
| Notes: Split billing - Greenberg 33.5% & Weil Gotchal 66.5% | **Invoice Total:** | $612.15 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $612.15 |

**$585.01**

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, MasterCard, Visa, Discover)

42850

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CA2060443 |
| **Job #:** | 1830156 |
| **Invoice Date:** | 6/16/2014 |
| **Balance:** | $612.15 |



## Veritext
## Western Regional Headquarters


VERITEXT
LEGAL SOLUTIONS

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| Bill To: | Alexis Kovacs | | Invoice #: | CA2059603 |
|---|---|---|---|---|
| | Greenberg Traurig LLP | | Invoice Date: | 6/16/2014 |
| | 3161 Michelson Dr. | | Balance Due: | $2,094.30 |
| | Suite 1000 | | | |
| | Irvine, CA, 92612-4410 | | | |

*085697.011100*

| | | | |
|---|---|---|---|
| Case: | Miel v. Samsung Telecommunications | Client Matter #: | 085697.011100 |
| Job #: | 1830136 | Job Date: 3/31/2014 | Delivery: Normal | | |
| Billing Atty: | J. Rick Tache, Esq | | |
| Location: | Reed & Scardino LLP | | |
| | 301 Congress Avenue | Suite 1250 | Austin, TX 78701 | | |
| Sched Atty: | J. Rick Tache, Esq | Greenberg Traurig LLP | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Transcript - Split Between Parties/Your Share | Page | 315.00 | $796.95 |
| | Attendance Fee - Split Among Parties/Your Share | 1 | 1.00 | $33.50 |
| | Exhibits | Per Page | 550.00 | $275.00 |
| William Hays | Realtime Services | Page | 315.00 | $456.75 |
| | Rough Draft | Page | 315.00 | $393.75 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $61.00 |
| | Production & Processing | 1 | 1.00 | $46.00 |
| | Parking Expense | Per hour | 1.00 | $1.35 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

| Notes: Your 33.5% share of O & 2 | Invoice Total: | $2,094.30 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $2,094.30 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/bill-services/service information

*$ 1608.⁷²*

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CA2059603 |
|---|---|
| Job #: | 1830136 |
| Invoice Date: | 6/16/2014 |
| Balance: | $2,094.30 |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 70818 | 8/15/2014 | 56643 |
| **Job Date** | **Case No.** | |
| 7/23/2014 | | |

**Case Name**

Mobile Telecommunications Tech., LLC vs. Sprint Nextel Corp., et al.

**Payment Terms**

Due upon receipt

Greenberg Traurig Accounts Payable
Greenberg Traurig, LLP
PO Box 90790
Pasadena, CA 91109-0790

1 COPY OF TRANSCRIPT OF:

    Lee Hyungil                                  355.25

                                  **TOTAL DUE >>>**      **$355.25**

Ordered By   : J. Rick Tache, Esq.
              Greenberg Traurig, LLP
              3161 Michelson Drive
              Suite 1000
              Irvine, CA 92612

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID: 31-1763752**                                       Phone: 949-732-6500  Fax:

*Please detach bottom portion and return with payment.*

Greenberg Traurig Accounts Payable
Greenberg Traurig, LLP
PO Box 90790
Pasadena, CA 91109-0790

| | | |
|---|---|---|
| Job No. | : 56643 | BU ID    :Texas |
| Case No. | : | |
| Case Name | : Mobile Telecommunications Tech., LLC vs. Sprint Nextel Corp., et al. | |
| Invoice No. | : 70818 | Invoice Date : 8/15/2014 |
| **Total Due** | **: $ 355.25** | |

Remit To: **Huseby, Inc.**
           **P.O. Box 602928**
           **Charlotte, NC 28260-2928**

**PAYMENT WITH CREDIT CARD**

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name:

Card Number:

Exp. Date:                 Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 70822 | 8/15/2014 | 56783 |
| **Job Date** | **Case No.** | |
| 7/21/2014 | | |

| **Case Name** |
|---|
| Mobile Telecommunications Tech., LLC vs. Sprint Nextel Corp., et al. |
| **Payment Terms** |
| Due upon receipt |

Greenberg Traurig Accounts Payable
Greenberg Traurig, LLP
PO Box 90790
Pasadena, CA 91109-0790

1 COPY OF TRANSCRIPT OF:
  Woo-Hyuk Jang

                                                373.40

**TOTAL DUE >>>**    **$373.40**

Ordered By  : J. Rick Tache, Esq.
           Greenberg Traurig, LLP
           3161 Michelson Drive
           Suite 1000
           Irvine, CA 92612

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**Tax ID: 31-1763752**                                         Phone: 949-732-6500   Fax:

*Please detach bottom portion and return with payment.*

Greenberg Traurig Accounts Payable
Greenberg Traurig, LLP
PO Box 90790
Pasadena, CA 91109-0790

Job No.    : 56783        BU ID    : Texas
Case No.  :
Case Name : Mobile Telecommunications Tech., LLC vs.
             Sprint Nextel Corp., et al.
Invoice No. : 70822      Invoice Date : 8/15/2014
Total Due  : $ 373.40

Remit To: Huseby, Inc.
         P.O. Box 602928
         Charlotte, NC 28260-2928

**PAYMENT WITH CREDIT CARD**

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:        Card Security Code:

Amount to Charge:

Cardholder's Signature:

## Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | Invoice #: | CA2138676 |
| | Greenberg Traurig LLC | | Invoice Date: | 9/30/2014 |
| | PO Box 90790 | | Balance Due: | $2,240.50 |
| | Pasadena, CA, 91109 | | | |

| | | File No.: | 15096.0091 |
|---|---|---|---|
| Case: | Mtel v. Samsung Telecommunications | | |
| Job #: | 1913415 | Job Date: 9/5/2014 | Delivery: Normal | | |
| Billing Atty: | J. Rick Tache, Esq | | |
| Location: | Reed & Scardino LLP | | |
| | 301 Congress Avenue | Suite 1250 | Austin, TX 78701 | | |
| Sched Atty: | J. Rick Tache, Esq | Greenberg Traurig LLC | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Video - Extended Hours Surcharge | Hour | 1.50 | $142.50 |
| Jay P. Kesan, Ph.D. | Video - Services | | 11.50 | $2,070.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $28.00 |
| Notes: Shipped DVT+LEF/SBF to GT, Irvine CA | | Invoice Total: | | $2,240.50 |
| | | Payment: | | $0.00 |
| | | Credit: | | $0.00 |
| | | Interest: | | $0.00 |
| | | Balance Due: | | $2,240.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

$2212.50

---

### To pay online, go to
### www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42860

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CA2138676 |
|---|---|
| Job #: | 1913415 |
| Invoice Date: | 9/30/2014 |
| Balance: | $2,240.50 |

085697-011100

# Veritext
## Western Regional Headquarters

VH
99994

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



# VERITEXT
### LEGAL SOLUTIONS

| Bill To: | Alexis Kovacs | | |
| --- | --- | --- | --- |
| | Greenberg Traurig LLC | **Invoice #:** | CA2129450 |
| | 3161 Michelson Dr. | **Invoice Date:** | 9/20/2014 |
| | Suite 1000 | **Balance Due:** | $3,148.10 |
| | Irvine, CA, 92612-4410 | | |

| Case: | Mtel v. Samsung Telecommunications | **File No.:** | 15096.0091 |
| --- | --- | --- | --- |
| Job #: | 1913415 | Job Date: 9/5/2014 | Delivery: Expedited | | |
| Billing Atty: | J. Rick Tache, Esq | | |
| Location: | Reed & Scardino LLP | | |
| | 301 Congress Avenue | Suite 1250 | Austin, TX 78701 | | |
| Sched Atty: | J. Rick Tache, Esq | Greenberg Traurig LLC | | |

| Witness | Description | Units | Quantity | Amount |
| --- | --- | --- | --- | --- |
| | Original with 1 Certified Transcript | Page | 273.00 | $1,774.50 |
| | Attendance Fee | Hour | 2.00 | $100.00 |
| | Surcharge - Extended Hours | Hour | 2.50 | $187.50 |
| | Realtime Services | Page | 273.00 | $395.85 |
| Jay P. Kesan, Ph.D. | Rough Draft | Page | 273.00 | $341.25 |
| | Exhibits - Linked (SBF, PTZ, LEF) | Per CD | 1.00 | $35.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $46.00 |
| | Scanning (Black & White) | | 1,005.00 | $201.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

| Notes: | | **Invoice Total:** | $3,148.10 |
| --- | --- | --- | --- |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| GT-ORANGE COUNTY (72)-AP | | **Interest:** | $0.00 |
| DEPT#: | | **Balance Due:** | $3,148.10 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Amounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

Print Name
Sales/Use Tax
Capital Expense Copy

$2704.85

To pay online, go to
www.Veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| **Invoice #:** | CA2129450 |
| --- | --- |
| **Job #:** | 1913415 |
| **Invoice Date:** | 9/20/2014 |
| **Balance:** | $3,148.10 |

42880

# INVOICE



## Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67542 | 6/27/2014 | 54190 |
| **Job Date** | **Case No.** | |
| 6/17/2014 | | |
| **Case Name** | | |
| MTel vs. Sprint/Samsung/Apple | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Greenberg Traurig Accounts Payable
Greenberg Traurig LLP
PO Box 90790
Pasadena, CA 91109-0790

1 COPY OF TRANSCRIPT OF:
   Shoneel Kohatkar                                     995.90

                                       **TOTAL DUE >>>**     **$995.90**

Ordered By   :  J. Rick Tache, Esq.
               Greenberg Traurig, LLP
               3161 Michelson Drive
               Suite 1000
               Irvine, CA 92612

Expedite.

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

Tax ID: 31-1763752                                            Phone: 212-801-2112   Fax:

---

*Please detach bottom portion and return with payment.*

Greenberg Traurig Accounts Payable
Greenberg Traurig LLP
PO Box 90790
Pasadena, CA 91109-0790

Job No.     : 54190         BU ID     : Texas
Case No.   :
Case Name  : MTel vs. Sprint/Samsung/Apple

Invoice No.  : 67542        Invoice Date : 6/27/2014
**Total Due  : $ 995.90**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Huseby, Inc.**
        **P.O. Box 602928**
        **Charlotte, NC 28260-2928**

# INVOICE



**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67538 | 6/24/2014 | 54191 |
| **Job Date** | **Case No.** | |
| 6/17/2014 | | |
| **Case Name** | | |
| MTel vs. Sprint/Samsung/Apple | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Greenberg Traurig Accounts Payable
Greenberg Traurig LLP
PO Box 90790
Pasadena, CA 91109-0790

DVD Sync
Shoneel Kohatkar                                                                                    250.00

                                                               **TOTAL DUE >>>**          **$250.00**

Ordered By :   Joshua L. Raskin, Esq.
                      Greenberg Traurig LLP
                      200 Park Avenue
                      New York, NY 10166

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752                                                          Phone: 212-801-2112   Fax:

*Please detach bottom portion and return with payment.*

Greenberg Traurig Accounts Payable
Greenberg Traurig LLP
PO Box 90790
Pasadena, CA 91109-0790

| | | | |
|---|---|---|---|
| Job No. | : 54191 | BU ID | : Texas |
| Case No. | : | | |
| Case Name | : MTel vs. Sprint/Samsung/Apple | | |
| Invoice No. | : 67538 | Invoice Date | : 6/24/2014 |
| **Total Due** | **: $ 250.00** | | |

Remit To: **Huseby, Inc.**
              **P.O. Box 602928**
              **Charlotte, NC 28260-2928**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

085697.011100

Capture
9/23/14

# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**VERITEXT**
LEGAL SOLUTIONS

WP-ORANGE.CO.ST

**Bill To:** J. Rick Tache, Esq
Greenberg Traurig LLP
3161 Michelson Dr.
Suite 1000
Irvine, CA, 92612-4410

| | |
|---|---|
| **Invoice #:** | CA2127211 |
| **Invoice Date:** | 9/15/2014 |
| **Balance Due:** | $2,394.47 |

| | | | |
|---|---|---|---|
| **Case:** | Mtel v. Samsung Telecommunications | **Client Matter #:** | 085697.011100 |
| **Job #:** | 1913427 \| Job Date: 9/3/2014 \| Delivery: Expedited | **File No.:** | 15096.0091 |
| **Billing Atty:** | J. Rick Tache, Esq | | |
| **Location:** | Greenberg Traurig LLP | | |
| | 3161 Michelson Dr. \| Suite 1000 \| Irvine, CA 92612-4410 | | |
| **Sched Atty:** | J. Rick Tache, Esq \| Greenberg Traurig LLP | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 223.00 | $1,659.12 |
| | Exhibits | Per Page | 554.00 | $277.00 |
| Ray W. Nettleton | Realtime Services | Page | 223.00 | $323.35 |
| | ~~CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII)~~ | 1 | 1.00 | $61.00 |
| | Production & Processing | 1 | 1.00 | $46.00 |
| | ~~Shipping & Handling~~ | Package | 1.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,394.47 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,394.47 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

$2305.47

Vendor #
GT-ORANGE COUNTY (72)-AP
G/L #
DEPT# 120
C/M #

Approval: x
Print Name: D. Tache            Signature: RTV
                                TKPR #
Sales/Use Tax Copy Made:        ☐ YES ☐ N/A
Capital Expense Copy Made:      ☐ YES ☐ N/A

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42880

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CA2127211 |
| **Job #:** | 1913427 |
| **Invoice Date:** | 9/15/2014 |
| **Balance:** | $2,394.47 |

## Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Accounts Payable | |
| | Greenberg Traurig LLC | |
| | PO Box 90790 | |
| | Pasadena, CA, 91109 | |

| | |
|---|---|
| **Invoice #:** | CA2136515 |
| **Invoice Date:** | 9/26/2014 |
| **Balance Due:** | $1,918.00 |

| | | | |
|---|---|---|---|
| **Case:** | Mtel v. Samsung Telecommunications | **Client Matter #:** | 085697.011100 |
| **Job #:** | 1913427 \| Job Date: 9/3/2014 \| Delivery: Normal | **File No.:** | 15096.0091 |
| **Billing Atty:** | J. Rick Tache, Esq | | |
| **Location:** | Greenberg Traurig LLP | | |
| | 3161 Michelson Dr. \| Suite 1000 \| Irvine, CA 92612-4410 | | |
| **Sched Atty:** | J. Rick Tache, Esq \| Greenberg Traurig LLC | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Ray W. Nettleton | Video - Services | | 10.50 | $1,890.00 |
| | ~~Shipping & Handling - Video Media~~ | Package | 1.00 | $28.00 |

| | |
|---|---|
| **Notes:** | |

| | |
|---|---|
| **Invoice Total:** | $1,918.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,918.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information



*$1890.00*

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA2136515 |
| **Job #:** | 1913427 |
| **Invoice Date:** | 9/26/2014 |
| **Balance:** | $1,918.00 |

42800



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/19/2014
**INVOICE #** 050114-205301

**Bill To:**     Rick Tache
Greenberg Traurig, LLP
3161 Michelson Drive
Suite 1000
Irvine, CA 92612



**CASE:**         Mobile Telecommunications v. Sprint Nextel / Apple / Samsung
**WITNESS:**   Dr. Rade Petrovic
**DATE:**         5/1/2014
**LOCATION:**  San Diego, CA

**Billing Comments / Instructions:**

085 697·011/ 00

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 2 | $75.00 | $150.00 |
| Certified - MPEG - Complimentary | 2 | $35.00 | $0.00 |
| | | SUBTOTAL | $150.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $190.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

GT-ORANGE COUNTY (72)-AP
Vendor # 31241
G/L # _____ DEPT# 110
C/M # _____

Approval: X _____
Print Name: _____     Signature _____
TKPR# _____
Sales/Use Tax Copy Made:     ☐ YES ☐ N/A
Capital Expense Copy Made:   ☐ YES ☐ N/A



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/19/2014
INVOICE # 050114-205300



RECEIVED

A/P-ORANGE CO-GT

**Bill To:**
Rick Tache
Greenberg Traurig, LLP
3161 Michelson Drive
Suite 1000
Irvine, CA 92612

| | |
|---|---|
| **CASE:** | Mobile Telecommunications v. Sprint Nextel / Apple / Samsung |
| **WITNESS:** | Dr. Rade Petrovic |
| **DATE:** | 5/1/2014 |
| **LOCATION:** | San Diego, CA |

*085697.011100*

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 168 | $3.25 | $546.00 |
| Certified Transcript - Early AM Pages | 23 | $1.25 | $28.75 |
| Interactive Real-time | 168 | $1.25 | $210.00 |
| Rough ASCII | 168 | $1.25 | $210.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 195 | $0.10 | $19.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,014.25 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,069.25 |

*$804.25*

**Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745**

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

GT-ORANGE COUNTY (72)-AP
Vendor # 3121
G/L# _____ DEPT# 140
C/M # _____

Approval: X _____
Print Name: _____
                              Signature
                              TKPR#
Sales/Use Tax Made:     ☐ YES ☐ N/A
Capital Expense Copy Made:     ☐ YES ☐ N/A

# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | J. Rick Tache, Esq | | Invoice #: | CA2031315 |
|---|---|---|---|---|
| | Greenberg Traurig LLP | | Invoice Date: | 5/23/2014 |
| | 1840 Century Park E. | | Balance Due: | $994.94 |
| | Suite 1900 | | | |
| | Los Angeles, CA, 90067-2121 | | | |

| | |
|---|---|
| Case: | Mtel v. Samsung Telecommunications |
| Job #: | 1830207 | Job Date: 4/23/2014 | Delivery: Normal |
| Billing Atty: | J. Rick Tache, Esq |
| Location: | The Rose Hotel |
| | 807 Main Street | Pleasanton, CA 94566 |
| Sched Atty: | J. Rick Tache, Esq | Greenberg Traurig LLP |

085697.011100

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Transcript - Split Between Parties/Your Share | Page | 183.00 | $2.73 | $499.59 |
| | Exhibits | Per Page | 190.00 | $0.50 | $95.00 |
| Gregory Pinter | Realtime Services | Page | 183.00 | $1.45 | $265.35 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $61.00 | $61.00 |
| | Production & Processing | 1 | 1.00 | $46.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | Your 33.5% share of O&2 | Invoice Total: | $994.94 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $994.94 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information.

$640.59

GT-ORANGE COUNTY (72)-AP

Vendor # U9994      DEPT# 160

G/L # _____
C/M # _____

Approval: X _____

Signature
TKPH #

Print Name: _____
Sales/Use Tax Copy Made:   ☐ YES ☐ N/A
Capital Expense Copy Made:  ☐ YES ☐ N/A

## To pay online, go to
## www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CA2031315 |
|---|---|
| Job #: | 1830207 |
| Invoice Date: | 5/23/2014 |
| Balance: | $994.94 |



# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**VERITEXT**
LEGAL SOLUTIONS

085697.011100

**Bill To:** Accounts Payable
Greenberg Traurig LLP
PO Box 90790
Pasadena, CA, 91109

| | |
|---|---|
| Invoice #: | CA2060647 |
| Invoice Date: | 6/16/2014 |
| Balance Due: | $549.17 |

| | | |
|---|---|---|
| **Case:** | Miel v. Samsung Telecommunications | **Client Matter #:** 085697.011100 |
| **Job #:** | 1830207 \| Job Date: 4/23/2014 \| Delivery: Normal | |
| **Billing Atty:** | J. Rick Tache, Esq | |
| **Location:** | The Rose Hotel | |
| | 807 Main Street \| Pleasanton, CA 94566 | |
| **Sched Atty:** | J. Rick Tache, Esq \| Greenberg Traurig LLP | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Video - Services | | 0.50 | $391.95 |
| Gregory Pinter | Video - Transcript Synchronization | Per hour | 3.25 | $136.11 |
| | Shipping & Handling - Video Media | Package | 1.00 | $21.11 |

| Notes: Split billing - Greenberg 33.5 % & Weil Gotshal 66.5% | | |
|---|---|---|
| | Invoice Total: | $549.17 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $549.17 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

#528.06

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42860

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CA2060647 |
|---|---|
| Job #: | 1830207 |
| Invoice Date: | 6/16/2014 |
| Balance: | $549.17 |

# INVOICE

## U.S. LEGAL SUPPORT
The Power of Commitment.

p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 237528 | 11/14/2014 | 134158 |

| Job Date | Case No. | |
|---|---|---|
| 11/4/2014 | | |

| Case Name | | |
|---|---|---|
| Mobile Telecommunications Technologies, LLC v. Sprint Nextel Corp., et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Mark G. Davis, Esquire
Greenberg Traurig, LLP
2101 L Street Northwest
Suite 1000
Washington, DC 20037

Gregory Pinter

| | | |
|---|---|---|
| Exhibit | 73.00 Pages | 47.45 |
| Transcript Copy - Videotaped / Technical Testimony | 175.00 Pages | 691.25 |
| Expedite - 1-day | 175.00 Pages | 691.25 |
| E-Transcript - Complimentary | | 0.00 |
| E-CD Litigation Package | | 38.00 |
| Processing & Handling | | 25.00 |
| Shipping - Complimentary | | 0.00 |

**TOTAL DUE >>>** **$1,493.95**
AFTER 12/29/2014 PAY $1,643.35

*# 763.⁷⁰*

Deposition held in Dallas, TX

Thank you for your business!

Invoices not paid by due date will be subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238

Phone: 202.331.3100   Fax:

---

*Please detach bottom portion and return with payment.*

Mark G. Davis, Esquire
Greenberg Traurig, LLP
2101 L Street Northwest
Suite 1000
Washington, DC 20037

Job No.     : 134158          BU ID        :24-DC VIP
Case No.   :
Case Name : Mobile Telecommunications Technologies, LLC
                  v. Sprint Nextel Corp., et al.

Invoice No. : 237528          Invoice Date :11/14/2014
**Total Due  : $ 1,493.95**
AFTER 12/29/2014 PAY $1,643.35

### PAYMENT WITH CREDIT CARD        AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support**
                **P.O. Box 3724**
                **New York, NY  10008-3724**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 237532 | 11/14/2014 | 134158 |

| Job Date | Case No. | |
|---|---|---|
| 11/4/2014 | | |

| Case Name | | |
|---|---|---|
| Mobile Telecommunications Technologies, LLC v. Sprint Nextel Corp., et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

**US LEGAL SUPPORT**
The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

Mark G. Davis, Esquire
Greenberg Traurig, LLP
2101 L Street Northwest
Suite 1000
Washington, DC 20037

Gregory Pinter - Video

| | | |
|---|---|---|
| Video - Text Synchronization | 5.00 Hours | 225.00 |
| Video - MPEG conversion | 4.00 Tapes | 140.00 |
| ~~Processing & Handling~~ | | ~~25.00~~ |
| Shipping - Complimentary | | 0.00 |

**TOTAL DUE >>>**   **$390.00**
AFTER 12/29/2014 PAY   $429.00

*$365.00*

Deposition held in Dallas, TX

Thank you for your business!

Invoices not paid by due date will be subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone: 202.331.3100   Fax:

*Please detach bottom portion and return with payment.*

Mark G. Davis, Esquire
Greenberg Traurig, LLP
2101 L Street Northwest
Suite 1000
Washington, DC 20037

Job No.      : 134158        BU ID      : 24-DC VIP
Case No.    :
Case Name : Mobile Telecommunications Technologies, LLC
                  v. Sprint Nextel Corp., et al.

Invoice No. : 237532        Invoice Date : 11/14/2014
**Total Due  : $ 390.00**
AFTER 12/29/2014 PAY $429.00

**PAYMENT WITH CREDIT CARD**   AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support**
                **P.O. Box 3724**
                **New York, NY  10008-3724**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 75774 | 9/23/2014 | 60165 |

| Job Date | Case No. |
|---|---|
| 9/15/2014 | |

| Case Name |
|---|
| Mobile Telecommunications Tech., LLC, vs. Sprint Nextel Corp., et al. |

| Payment Terms |
|---|
| Due upon receipt |

**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

Greenberg Traurig Accounts Payable
Greenberg Traurig LLP
PO Box 90790
Pasadena, CA  91109-0790

---

1 COPY OF TRANSCRIPT OF:
    Dr. Robert Vigil                             2,651.83

**TOTAL DUE  >>>**     **$2,651.83**

Ordered By   : Mark G. Davis, Esq.
               Greenberg Traurig LLP
               2101 L Street NW
               Suite 1000
               Washington, DC 20037

Expedite

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

Tax ID: 31-1763752                                         Phone:    Fax:

*Please detach bottom portion and return with payment.*

---

Greenberg Traurig Accounts Payable
Greenberg Traurig LLP
PO Box 90790
Pasadena, CA  91109-0790

Job No.    : 60165        BU ID    :Texas
Case No.   :
Case Name : Mobile Telecommunications Tech., LLC, vs. Sprint Nextel Corp., et al.
Invoice No. : 75774      Invoice Date :9/23/2014
**Total Due** : **$ 2,651.83**

**PAYMENT WITH CREDIT CARD**

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:         Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: Huseby, Inc.
         P.O. Box 602928
         Charlotte, NC  28260-2928

<u>Mobile Telecommunications Technologies, LLC v.
Samsung Telecommunications America, LLC</u>
**13-cv-259 RSP**

# EXEMPLIFICATION INVOICES



# RECEIVED

2015 APR 8 AM 11 47

A/P-DORAL-GT

*PATPRO*
INCORPORATED

Ms. Holly B. Scott
Legal Secretary
GREENBERG TRAURIG, LLP
3161 Michelson Drive
Suite 1000
Irvine, CA 92612

April 2, 2014

VIA EMAIL

ENTERED
APR 15 2014
GT-DORAL-A/P

Vendor # 26702
G/L#
C/M# 085697.011.bev
DEPT# 001

Approval: x

Print Name: R. Tuche    TKPR# RJV

Use/Use Tax Copy Made:      ☐ YES ☐ N/A
Capital Expense Copy Made:  ☐ YES ☐ N/A

GT-ORANGE COUNTY (72)-AP

RE:    CERTIFIED COPIES OF FILE HISTORY
USPN 5754946; 5809428 AND 5894506
Your Ref. No.: 085697.011100
Our Docket No.: 32938.GT

# INVOICE

| DESCRIPTION | AMOUNT |
|---|---|
| Professional Fees:<br>Certified Documents / Copy Services | $ 780.00 |
| Disbursements:<br>FedEx | $ 80.00 |
| **TOTAL** | **$ 860.00** |

*Please refer to our docket number when*
*submitting payment. Net Payable 30 days*

105845857

*Facilities Management Services*

## INVOICE





Vendor # _____
G/L #. _____  OT-ORANGE COUNTY (72)-AP
C/M #. _____  DEPT#. _____

Approval: x. _____
Signature
Print Name:. _____  TKPR#. _____
Sales/Use Tax Copy Made:    ☐ YES ☐ N/A
Capital Expense Copy Made:  ☐ YES ☐ N/A

DATE DUE:      6/10/14
NUMBER:      701-14-05-IN

Greenberg Traurig, LLP
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
Attention: Joy Bailey

Re: Facilities Management Services - May 2014

On-Site Services *See attaches Various Clmt's*

COPiSolutions Off-Site (See Schedule A)        $   1,500.00   *67430*

Printer Maintenance Support and Service        $   715.00

| | |
|---|---|
| Sales Tax (8.00%) | $177.52 |

Monthly Labor Charge - Office Services 2 FTE        $   10,318.00 ✓

Overtime        $

INVOICE TOTAL        $   12,711.52

DUE & PAYABLE        $   12,714.62

*Please see next page.*



**Greenberg Traurig (May, 2014)**

**Off-site Copying (Sorted by Matter Number)**

| Date | Matter No. | Requester | Copying | Units | Unit Price | Extension |
|------|-----------|-----------|---------|-------|-----------|-----------|
| 05/23/14 | 085( )7.011100 | A. Kovacs | Color Prints | 4,600 | $ 0.250 | $ 1,150.00 |

| | Total | 4,666 | | 0 |
|---|---|---|---|---|

1150.00

Tax    8%

Total    $ 1,242.00

*Facilities Management* INVOICE

*Office # 72*

*Submitted To Capture 11/06/14*



COPY



Vendor # _____ GT-ORANGE COUNTY (72)-AP
G/L# _____ DEPT# _____
C/M # *Various* _____ DATE DUE        7/10/14
Approval: x _____                     NUMBER:   701-14-06-IN
                        **Signature**
Print Name: _____ TKPR# _____
Sales/Use Tax Copy Made:    ☐ YES ☐ N/A
Capital Expense Copy Made:  ☐ YES ☐ N/A

**Greenberg Traurig, LLP**
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
Attention: Joy Bailey

Re: Facilities Management Services - June 2014

**On-Site Services**

#2   COPi Solutions Off-Site (See Schedule A) *(attached)*       $   6,873.44 ✓   **6430**

Printer Maintenance Support and Service                          $   490.00

#1  216  Oversize                                    $1.000   sq ft  $   216.00

*attached Various clm #'s*

| | | |
|---|---|---|
| SUBTOTAL | $ | 7,578.44 |
| Sales Tax (8.00%) | $ | $606.28 |
| Monthly Labor Charge - Office Services 2 FTE | $ | 10,318.00  **6325C** |
| Overtime  *Bill to* | $ | 76.00 |
| INVOICE TOTAL | $ | 18,578.72 |
| DUE & PAYABLE | $ | 18,578.72 |

*Please see next page.*

Greenberg Trauig (June, 2014)

#2

Off-site Copying (Sorted by Matter Number)

| Date | Matter No. | Requester | Copying | Units | Unit Price | | Extension |
|------|-----------|-----------|---------|-------|------------|--|-----------|
| 06/13/14 | 085697.011100 | A. Kovacs | Prints | 50,348 | $ | 0.090 | $ 4,531.32 |
| 06/13/14 | 085697.011100 | A. Kovacs | Custom Tabs | 307 | $ | 0.500 | $ 153.50 |
| 06/13/14 | 085697.011100 | A. Kovacs | Redwelds | 54 | $ | 2.500 | $ 135.00 |
| 06/16/14 | 085697.011100 | A. Kovacs | Prints | 11,656 | $ | 0.090 | $ 1,049.04 |
| 06/16/14 | 085697.011100 | A. Kovacs | Custom Tabs | 164 | $ | 0.500 | $ 82.00 |
| 06/16/14 | 085697.011100 | A. Kovacs | Redwelds | 17 | $ | 2.500 | $ 42.50 |

| Total | 67,812 | $6,872.44 |
|-------|--------|-----------|

Total $5993.36
(not taxed when submitted
to client)

*[handwritten: facilities Managem.]*
*[handwritten: Office #72]*

# INVOICE

*[handwritten: Submitted To Capture]*
*[handwritten: 11/12/14]*

*[stamp: COPY]*

GL-ORANGE COUNTY (72)-AP
Vendor # *[handwritten: 102484]*
G/L #. *[handwritten: 6121.005]* DEPT#_____
C/M #_____

Approval: x_____
                              Signature
Print Name:_____ TKPR#_____
Sales/Use Tax Copy Made:  ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

DATE DUE:      11/10/14
NUMBER:        701-14-10-IN

**Greenberg Traurig, LLP**
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
Attention: Joy Bailey

Re: Facilities Management Services - October, 2014

### On-Site Services

*[handwritten circled: #1]* COPiSolutions Off-Site (See Schedule A) *[handwritten: See attached various clm#]*     $ 14,711.59

Printer Maintenance Support and Service     $ 490.00 *[handwritten: 6743?]*

*[handwritten circled: #2]* *[handwritten: 240]* Oversize *[handwritten: See attached various clm#'s]*     $1.000  sq.ft  $ 240.00 ✓

| | | |
|---|---|---|
| SUBTOTAL | $ | 15,441.59 |

Sales Tax (8.00%)     $1,235.33

Monthly Labor Charge - Office Services 2 FTE     $ 10,525.00 *[handwritten: 632?]*

Overtime     $

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 27,201.92 |
| DUE & PAYABLE | $ | 27,201.92 |

*[handwritten: Please see next page.]*

#1

Greenberg Traulg (October, 2014)

Off-site Copying (Sorted by Matter Number)

| Date | Matter No | Requester | Copying | Units | Unit Price | | Extension | |
|------|-----------|-----------|---------|-------|------------|--|-----------|--|
| 10/16/14 | 085697.011100 | A. Kovacs | Prints | 47,547 | $ | 0.090 | $ | 4,279.23 |
| 10/16/14 | 085697.011100 | A. Kovacs | Tabs | 1,590 | $ | 0.250 | $ | 397.50 |
| 10/16/14 | 085697.011100 | A. Kovacs | 4" Black View Binder | 63 | $ | 16.000 | $ | 1,008.00 |
| 10/27/14 | 085697.011100 | A. Kovacs | Prints | 34,200 | $ | 0.090 | $ | 3,078.00 |
| 10/27/14 | 085697.011100 | A. Kovacs | Color Prints | 3,663 | $ | 1.000 | $ | 3,663.00 |
| 10/27/14 | 085697.011100 | A. Kovacs | Tabs | 616 | $ | 0.250 | $ | 154.00 |
| 10/27/14 | 085697.011100 | A. Kovacs | Manilla Folders | 308 | $ | 1.000 | $ | 308.00 |
| 10/27/14 | 085697.011100 | A. Kovacs | Redwelds | 6 | $ | 2.500 | $ | 15.00 |
| 10/27/14 | 085697.011100 | A. Kovacs | 4" Black View Binder | 10 | $ | 16.000 | $ | 160.00 |
| 10/27/14 | 085697.011100 | A. Kovacs | Labor | 2 | $ | 35.000 | $ | 70.00 |

| Total | 103,112 | $14,711.59 |
|-------|---------|------------|

13,062.73

Tax           8%

Total      $14,107.75



**rainmaker**
Document Technologies

**PLEASE PAY FROM THIS INVOICE**
Remit Payment to:
**301 Congress Avenue**
**Suite 250**
**Austin, Texas  78701**

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/17/2014 | 30726 |

| Bill To |
|---------|
| Greenberg Traurig |
| ACCOUNTS PAYABLE |
| P O Box 90790 |
| Pasadena, CA 91109-0790 |

| Ship To |
|---------|
| Greenberg Traurig |
| 300 West 6th Street |
| Suite 2050 |
| Austin, TX 78701 |

| Ordered By | Reference Number | Terms | Rep | Project Number | Delivery Date |
|------------|------------------|-------|-----|----------------|---------------|
| Beth Defenbaugh | 085697.011100 | Due on receipt | ML | 06140165 | 6/17/2014 |

| Description of Services Provided | Qty | Rate | Amount |
|----------------------------------|-----|------|--------|
| Digital BW Prints | 6,304 | 0.075 | 472.80T |

| | |
|---|---|
| **Subtotal** | $472.80 |

Customer Signature

| | |
|---|---|
| **Sales Tax (8.25%)** | $39.01 |

**Thank you for choosing**
**Rainmaker Document Technologies!!**

| **Total** | $511.81 |
|---|---|

| Phone Number | Fax Number | Federal Tax ID Number | **Payments/Credits** | $0.00 |
|--------------|------------|-----------------------|---------------------|-------|
| 512.472.9911 | 512.472.6161 | 43-2033387 | **Balance Due** | $511.81 |

# WARP 9

665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/10/2014 | 1206087 |

Greenberg Traurig
Colleen Sphar
4 Embarcadero Ctr, Ste. 3000
San Francisco, CA 94111-5983

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 085697.011100 | Net 30 | 1/9/2015 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1,860 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 167.40T |
| 528 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 264.00T |
| 18 | BINDING - SPIRAL | 10.00 | 180.00T |
| 3 | REDWELD FOLDER CUSTOM LABELED | 6.00 | 18.00T |
| | REQUESTED ON 12/04/14 | | |
| | PROJECT: 20141204 BECKMANN WITNESS MATERIAL | | |
| | | | |
| 5,331 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 479.79T |
| 264 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 132.00T |
| 159 | TAB - REGULAR | 0.25 | 39.75T |
| 9 | BINDING - SPIRAL | 10.00 | 90.00T |
| 4 | REDWELD FOLDER CUSTOM LABELED | 6.00 | 24.00T |
| | REQUESTED ON 12/04/14 | | |
| | PROJECT: 20141204 BECKMANN WITNESS MATERIAL | | |
| | | | |
| 3,090 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 278.10T |
| 10 | TAB - CUSTOM LABELED | 1.25 | 12.50T |
| 2 | REDWELD FOLDER CUSTOM LABELED | 6.00 | 12.00T |
| 10 | BINDING - SPIRAL | 10.00 | 100.00T |
| | REQUESTED ON 12/04/14 | | |
| | PROJECT: 506 & 947 PATENT | | |
| | | | |
| 9,848 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 886.32T |
| 24 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 12.00T |
| 288 | TAB - REGULAR | 0.25 | 72.00T |
| 13 | REDWELD FOLDER CUSTOM LABELED | 6.00 | 78.00T |
| 24 | BINDING - SPIRAL | 10.00 | 240.00T |
| | REQUESTED ON 12/04/14 | | |
| | PROJECT: 20141204 WITNESS PREP | | |
| | | | |
| 8,877 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 798.93T |
| 405 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 202.50T |

Thank you for your business.

| Sales Tax (8.75%) | |
|-------------------|--|
| **Total** | |

Tax ID Number: 94-3342914

# WARP 9

665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/10/2014 | 1206087 |

Greenberg Traurig
Colleen Sphar
4 Embarcadero Ctr, Ste. 3000
San Francisco, CA 94111-5983

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 085697.011100 | Net 30 | 1/9/2015 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 276 | TAB - REGULAR | 0.25 | 69.00T |
| 66 | BINDING - SPIRAL | 10.00 | 660.00T |
| 10 | REDWELD FOLDER CUSTOM LABELED | 6.00 | 60.00T |
| | REQUESTED ON 12/04/14 | | |
| | PROJECT: 20141204 WITNESS PREP | | |
| | | | |
| 4,639 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 417.51T |
| 287 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 143.50T |
| 54 | BINDING - SPIRAL | 10.00 | 540.00T |
| 4 | REDWELD FOLDER CUSTOM LABELED | 6.00 | 24.00T |
| | REQUESTED ON 12/04/14 | | |
| | PROJECT: 20141204 WITNESS PREP | | |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | $525.11 |
| **Total** | $6,526.41 |

Tax ID Number: 94-3342914

*Info*

# MicroPatent, LLC



RECEIVED
2013 JUN 24 PM 12 16
A/P-DORAL

**Shipping Date:** 20130528

**Order Number:** 250153591

**Customer#:** 200005

**MicroPatent Reference Number:** 63563625

**Order Date:** 20130524-1159

**Docket:** 999942.999012

ENTERED
JUN 27 2013
PB
GT-DORAL-A/P

## Shipping Info

**Attn: Lucresha Vinson  GREENBERG TRAURIG, LLP**

1000 Louisiana Street ~Suite 1700

Houston, TX 77002

United States

**Phone#:** (713) 374-3550          **Ext:**                    **Fax#:** (713) 754-7550

**Email:** vinsonl@gtlaw.com

---

**Order Summary (notes to the customer):**

1 file history w/publications - PDF download

**Bill Type:**          **ShipType:** E          **Order Status:** D

| SvcType | Desc | Qty | Pgs | Cost | Total |
|---------|------|-----|-----|------|-------|
| E3280 | 5894506 | 1 | 114 | 0.80 | 91.20 |

**Subtotal:** 91.20          **Tax:** 0.00          **Shipping/Handling:** 0.00

# Item Total: $91.20 (Plus Applicable Tax)

---

Please forward this document to your accounting department. This order will be included on your monthly invoice.

Thank You for using MicroPatent

If you have any questions about this order, call (800) 445-9760 or (703) 916-1500



GT - HOUSTON(42) - A/P
Vendor #:
G/L #:
C/M #:                    DEPT #:
Approval: X
Print Name:
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A



105614177

RECEIVED
JUN 06 2013

# MicroPatent, LLC

**Shipping Date:** 20130528

**Order Number:** 250153589

**Customer#:** 200005

**MicroPatent Reference Number:** 63563623

**Order Date:** 20130524-1159

**Docket:** ~~999942.999012~~



RECEIVED
2013 JUN 24 PM 12 16
A/P-DORAL-GT

## Shipping Info

**Attn: Lucresha Vinson  GREENBERG TRAURIG, LLP**

1000 Louisiana Street ~Suite 1700

Houston, TX 77002

United States

ENTERED
JUN 27 2013
AB
GT-DORAL-A/P

**Phone#:** (713) 374-3550　　　**Ext:**　　　**Fax#:** (713) 754-7550

**Email:** vinsonl@gtlaw.com

---

**Order Summary (notes to the customer):**

1 file history w/publications - PDF download

**Bill Type:**　　　**ShipType:** E　　　**Order Status:** D

| SvcType | Desc | Qty | Pgs | Cost | Total |
|---------|------|-----|-----|------|-------|
| E3280 | 5809428 | 1 | 96 | 0.80 | 76.80 |

**Subtotal:** 76.80　　　**Tax:** 0.00　　　**Shipping/Handling:** 0.00

## Item Total: $76.80 (Plus Applicable Tax)

---

Please forward this document to your accounting department. This order will be included on your monthly invoice.

**Thank You for using MicroPatent**

**If you have any questions about this order, call (800) 445-9760 or (703) 916-1500**



GT – HOUSTON(42) – A/P

Vendor # _____ 01347

G/L # _____

C/M # 085697-011100　DEPT# _____

Approval: X _____ _(Signature)_

Print Name _____ TKPR# FR44

Sales/Use Tax Copy Made: ☐ YES ☐ N/A

Capital Expense Copy Made: ☐ YES ☐ N/A



105614178



RECEIVED
JUN 06 2013

# MicroPatent, LLC



**Shipping Date:** 20130524

**Order Number:** 250153592

**Customer#:** 200005

**MicroPatent Reference Number:** 63563626

**Order Date:** 20130524-1159

**Docket:** 999942.999812

RECEIVED

2013 JUN 24 PM 12 16

A/P-DORAL-GT

## Shipping Info

**Attn: Lucresha Vinson  GREENBERG TRAURIG, LLP**

1000 Louisiana Street ~Suite 1700

Houston, TX 77002

United States

**Phone#:** (713) 374-3550          **Ext:**          **Fax#:** (713) 754-7550

**Email:** vinsonl@gtlaw.com

ENTERED
JUN 27 2013
PB
GT-DORAL-A/P

---

**Order Summary (notes to the customer):**

1 file history w/publications - PDF download

**Bill Type:**          **ShipType:** E          **Order Status:** D

| SvcType | Desc | Qty | Pgs | Cost | Total |
|---------|------|-----|-----|------|-------|
| E3280 | 5590403 | 1 | 318 | 0.80 | 254.40 |

**Subtotal:** 254.40          **Tax:** 0.00          **Shipping/Handling:** 0.00

## Item Total: $254.40 (Plus Applicable Tax)

---

Please forward this document to your accounting department. This order will be included on your monthly invoice.

**Thank You for using MicroPatent**

**If you have any questions about this order, call (800) 445-9760 or (703) 916-1500**



GT - HOUSTON(42) - A/P

Vendor #:

G/L #:                    DEPT #:

C/M #: DV5697.011100

Approval: X

Print Name:                    Initials

Sales/Use Tax Copy Made: ☐ YES ☐ N/A

Capital Expense Copy Made: ☐ YES ☐ N/A



105614179



RECEIVED
JUN 06 2013
LMV

# Invoice

| Acct. No. | Date | Invoice # | Created From |
|---|---|---|---|
| 341 | 9/15/2014 | 535499 | |

**Customer**

341 Greenberg Traurig - Houston



Please Send Payment To:

**Parcels, Inc.**
P.O. Box 646
New Castle, DE 19720
United States
(302) 658-9926

Bill To

Accounts Payable
Greenberg Traurig
1000 Louisiana Street
Suite 1800
Houston TX 77002

For all inquiries regarding your account,
please call 302-658-9926 or email,
accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc
-----------------------------------------------------------------------------------------------

| Invoice # | Customer | | | | Terms | Payment Due |
|---|---|---|---|---|---|---|
| 535499 | 341 Greenberg Traurig - Houston | | | | Net 30 | 10/15/2014 |

| Reference#/P.O.# | | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|---|
| 085697.011100 | | | 12:43 pm | | 9/15/2014 |

**Contact**

341 Greenberg Traurig -
Houston : Sue Lollis
713-374-3514

**Job Detail**

Amendment for North American IP Holdings LLC dated 4/1/12

**Caller**

**Parcels Division**

Parcels Dover

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Secretary of State Service Fee | 40.00 | 40.00 |
| 30 | Fees Advanced - Secretary of State | 1.10 | 33.00 |
| | | **Total** | **$73.00** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.



# ⊙UBIC

UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664
www.ubic.co.jp/en/

Case No.   N1311004-3
Invoice No. INV14-02-017-UNA
Date:      28-Feb-14
Net:       60 days from Invoice
           Receipt



105821736

Joshua Raskin , Esq.
Greenberg Traurig LLP
MetLife Building, 200 Park Avenue, New York, NY 10166
Tel: (212) 801-9200

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|------|-----------------|-----------------|-------|------------------|------------|
| INV14-02-017-UNA Completed on February 28, 2014 | | | | | |
| February, 2014 | ESI-Collection | $0.00 | 0 | See ESI-Collection Attached | $0.00 |
| February, 2014 | Data Processing | $713.80 | 1 | See Data Processing Attached | $713.80 |
| February, 2014 | LIV Hosting | $344.25 | 1 | See OLR hosting Attached | $344.25 |
| February, 2014 | Data Production | $137.67 | 1 | See Data Production Attached | $137.67 |
| February, 2014 | Document Review | $0.00 | 0 | See Data Translation Attached | $0.00 |
| | | | | | |

※invoice issued on MONTHLY BASIS

| | Total | $1,195.72 |
|--|-------|-----------|

| UBIC Services Total | |
|---------------------|--|
| Total | $1,195.72 |

Please note we have changed our wire transfer information as below:

**Wire Transfer Information:**
Bank Name: UNION BANK N.A.
Bank Routing Number: 122000496
SWIFT BIC: BOFC US33MPK
Bank Address: 400 California Street, San Francisco, CA 94104
Account Number: 15 70004758
Account Name: UBIC NORTH AMERICA, INC.
※ Please bear bank transfer charge when wiring the amount.

MAR / - 2014
GT-DORAL-A/P

*If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inqures, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|-----------------|--|--|--|--|--|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 2,584.49 | 1,195.72 | 1,388.77 | 0.00 | 0.00 | 0.00 |

## Document Production

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| February, 2014 | Production of documents & TIFF file production | $0.035 | 2,527 | page | $88.45 |
| February, 2014 | Native File Production | $0.080 | 65 | record | $5.200 |
| February, 2014 | OCR | $0.075 | 250 | page | $18.75 |
| February, 2014 | Bates Numbering, Endorsements | $0.01 | 2,527 | page | $25.27 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

①Total | $137.67

## Expense

| Date | Item | Price | Total Price |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

②Total | $0.00

| UBIC Services Total (①+②) | |
|---|---|
| Total | $137.67 |

| Operator: | Bryant Yates | | Date Created: | 3/3/2014 | Start Date: | 2/1/2014 | Completion Date: | 2/14/2014 |

A01: Consult      A02: Preservation/Acquisition      A03: Process      A04: OLR      A05: Production
A06: Translation      A07: Scan/OCR      A08: Review      A09: Others

☐ Production Summary

**<Tiff file Production>**

| | | |
|---|---|---|
| Tiff file Production | 2,527 | Page |
| Making Load File | 2,527 | Page |
| Produced Natively | 65 | file |
| Bates Numbering, Endorsements | 2,527 | Page |
| OCR | 250 | page |
| PDF export | 0 | page |
| **Load file creation hour** | ▓▓▓ | hour |

**<Native Production>**

| | | |
|---|---|---|
| Native file Production | 0 | file |
| Bates Numbering | 0 | file |
| Making Load File | 0 | file |
| OCR | 0 | page |
| PDF export | 0 | page |
| **Load file creation hour** | ▓▓▓ | hour |

☐ Description

**Tiff file Production**

| No | Volume Name | Production Target File Count (file) | Tiff File Production | | | | Produced natively | | | Bates Number | | | OCR Text (Page) | PDF Export (Page) | Date Submitted/ Upload date (MM/DD/ YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Single Tiff file Count (Page) | Volume (byte) | Volume (GB) | Making Load File (Page) | Native file Count (file) | Volume (byte) | Volume (GB) | Start | End | Bates Numbering (Page) | | | | |
| 1 | 4 | 305 | 2,527 | 240,123,904 | 0.2 | 2,527 | 65 | 1,224,070,000 | 1.1 | SAM00029869 | SAM00032394 | 2,527 | 250 | 0 | 2014.02.07 | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | **Total** | 2,527 | | | 2,527 | 65 | | | | | 2,527 | 250 | 0 | | |

**Native Production**

| No | Volume Name | Production Target File Count (file) | Native Production | | | | Bates Number | | | OCR Text (Page) | PDF Export (Page) | Date Submitted/Upload date (MM/DD/YYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Native file Count (file) | Volume (byte) | Volume (GB) | Making Load File (file) | Start | End | Bates Numbering (file) | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | **Total** | | | 0 | | | | | 0 | 0 | | |



**UBIC**

UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA 94065
Phone: 650-654-7664
www.ubic.co.jp/en/

V#83454

085697.011100
RKN

Case No.   N1311004-4
Invoice No. INV14-03-017-UNA
Date:      31-Mar-14
Net:       60 days from Invoice
           Receipt

Joshua Raskin, Esq.
Greenberg Traurig LLP
MetLife Building, 200 Park Avenue, New York, NY 10166
Tel: (212) 801-9200

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| INV14-03-017-UNA Completed on March 31, 2014 | | | | | |
| March, 2014 | ESI-Collection | $0.00 | 0 | See ESI-Collection Attached | $0.00 |
| March, 2014 | Data Processing | $0.00 | 0 | See Data Processing Attached | $0.00 |
| March, 2014 | LIV Hosting | $335.82 | 1 | See OLR hosting Attached | $335.82 |
| March, 2014 | Data Production | $173.61 | 1 | See Data Production Attached | $173.61 |
| March, 2014 | Document Review | $0.00 | 0 | See Data Translation Attached | $0.00 |
| | | | | | |
| | | | | Total | $509.43 |

※Invoice issued on MONTHLY BASIS.

| UBIC Services Total | |
|---|---|
| Total | $509.43 |

Please note we have changed our wire transfer information as below:

**Wire Transfer Information:**

**Bank Name: UNION BANK N.A.**
**Bank Routing Number: 122000496**
**SWIFT BIC: BOFCUS33MPK**
**Bank Address: 400 California Street, San Francisco, CA 94104**
**Account Number: 1570004758**
**Account Name: UBIC NORTH AMERICA, INC.**
※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 1,705.15 | 509.43 | 1,195.72 | 0.00 | 0.00 | 0.00 |

105832590

**Document Production**

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|------|-----------------|-----------------|-------|------------------|------------|
| March, 2014 | Production of documents & TIFF file | $0.035 | 2,654 | page | $92.89 |
| March, 2014 | Native File Production | $0.080 | 66 | record | $5.280 |
| March, 2014 | OCR | $0.075 | 250 | page | $18.75 |
| March, 2014 | Bates Numbering, Endorsements | $0.01 | 2,654 | page | $26.54 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | ①Total $143.46 |

**Expense**

| Date | Item | Price | | Total Price |
|------|------|-------|---|-------------|
| March 20, 2014 | Shipping Charge (CD) UPS tracking # 1ZA5E139249787619 | $ | 30.15 | $30.15 |
| | | | | |
| | | | | |
| | | | | |
| | | | | ②Total $30.15 |

| UBIC Services Total (①+②) | |
|---------------------------|---|
| Total | $173.61 |

# March 2014 eDiscovery Monthly Work Completion Report   (Case#: N1311004/Samsung M-Tel)

| Operator: | Bryant Yates | Date Created: | 3/30/2014 | Start Date: | 3/1/2014 | Completion Date: | 3/31/2014 |
|---|---|---|---|---|---|---|---|

A01: Consult   A02: Preservation/Acquisition   A03: Process   A04: OLR   A05: Production
A06: Translation   A07: Scan/OCR   A08: Review   A09: Others

□ **Production Summary**

**\<Tiff file Production\>**

| | |
|---|---|
| Tiff file Production | 2,654 Page |
| Making Load File | 2,654 Page |
| Produced Natively | 66 file |
| Bates Numbering, Endorsements | 2,654 Page |
| OCR | 250 page |
| PDF export | 0 page |
| **Load file creation hour** | ▮▮▮ hour |

**\<Native Production\>**

| | |
|---|---|
| Native file Production | 0 file |
| Bates Numbering | 0 file |
| Making Load File | 0 file |
| OCR | 0 page |
| PDF export | 0 page |
| **Load file creation hour** | ▮▮▮ hour |

□ **Description**

**Tiff file Production**

| No | Volume Name | Production Target File Count (file) | Tiff File Production Single Tiff file Count (Page) | Tiff File Production Volume (byte) | Tiff File Production Volume (GB) | Tiff File Production Making Load File (Page) | Produced natively Native file Count (file) | Produced natively Volume (byte) | Produced natively Volume (GB) | Bates Number Start | Bates Number End | Bates Numbering (Page) | OCR Text (Page) | PDF Export (Page) | Date Submitted/Upload date (MM/DD/YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 305 | 2,527 | 240,123,904 | 0.2 | 2,527 | 65 | 1,224,070,000 | 1.1 | SAM00029869 | SAM00032394 | 2,527 | 250 | 0 | 2014.02.07 | |
| 2 | VOL005 | 1 | 1 | 52,828 | 0.0 | 1 | 1 | 34,511 | 0.0 | SAM00032395 | SAM00032395 | 1 | 0 | 0 | 03/20/2014 | |
| 3 | VOL006 | 2 | 126 | 4,336,900 | 0.0 | 126 | 0 | 0 | 0.0 | SAM00032396 | SAM00032521 | 126 | 0 | 0 | 03/28/2014 | |
| | Total | | 2,654 | | | 2,654 | 66 | | | | | 2,654 | 250 | 0 | | |

**Native Production**

| No | Volume Name | Production Target File Count (file) | Native Production Native file Count (file) | Native Production Volume (byte) | Native Production Volume (GB) | Native Production Making Load File (file) | Bates Number Start | Bates Number End | Bates Numbering (file) | OCR Text (Page) | PDF Export (Page) | Date Submitted/Upload date (MM/DD/Y) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | Total | | | | 0 | | | | | 0 | 0 | | |



**UBIC**

: NORTH AMERICA, INC.
[address] Drive suite 180
wood City, CA94065
tel: 650-654-7644
v.ubic.co.jp/en/

Case No. N1311004
Invoice No. INV13-12-017-UNA
Date: 31-Dec-13
Net: 60 days from Invoice Receipt

Kate Hutchins
Greenberg Traurig, LLP
3161 Michelson Drive, Suite 1000, Irvine, CA 92612
tel: ( 949) 732-6500

| Date | Work Description | Package Unit | Unit | Unit Description | Subtotal |
|---|---|---|---|---|---|
| INV13-12-017-UNA Completed on December 31, 2013 | | | | | |
| December, 2013 | ESI-Collection | $0.00 | 0 | See ESI-Collection Attached | $0.00 |
| December, 2013 | Data Processing | $0.00 | 0 | See Data Processing Attached | $0.00 |
| December, 2013 | LIV Hosting | $0.00 | 0 | See OLR hosting Attached | $0.00 |
| December, 2013 | Data Production | $1,114.38 | 1 | See Data Production Attached | $1,114.38 |
| December, 2013 | Document Review | $0.00 | 0 | See Data Translation Attached | $0.00 |
| | | | | | |
| | | | | ①Total | $1,114.38 |

※Invoice is published on MONTHLY BASIS.

| UBIC Services Total | |
|---|---|
| Total | $1,114.38 |

Please note we have changed our wire transfer information as below;

Wire Transfer Information:
Bank Name: UNION BANK N.A.
Bank Routing Number: 122000496
SWIFT BIC: BOFCUS33MPK
Bank Address: 400 California Street, San Francisco, CA 94104
Account Number: 1570004758
Account Name: UBIC NORTH AMERICA, INC.
※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."
For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 1,114.38 | 1,114.38 | 0.00 | 0.00 | 0.00 | 0.00 |

ENTERED
JAN 13 2014
GT-MIAMI-A/P

RECEIVED
JAN 13 2014
A/P - DORAL - GT

GT - NEW YORK (21) - A/P
Vendor #_____ R345Y
G/L#_____ DEPT#_____
C/M# 085167.011100
Approval: X_____ Signature
Print Name:_____ TKPR# KHZ
Sales/Use Tax Copy Made: ☐ YES ☐ N
Capital Expense Copy Made: ☐ YES ☐ √/



105785762

**Document Production**

| Date | Work Description | Rate (per unit) | Unit | Unit Description | Total cost |
|------|-----------------|-----------------|------|------------------|------------|
| December, 2013 | Production of documents & TIFF file production | $0.035 | 22,408 | page | $784.28 |
| December, 2013 | Native file production | $0.080 | 3 | record | $0.24 |
| December, 2013 | OCR | $0.075 | 369 | page | $27.68 |
| December, 2013 | Bates Numbering, Endorsements | $0.01 | 22,408 | page | $224.08 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

|  | (①)Total | $1,036.28 |
|--|----------|-----------|

**Expense**

| Date | Item | Price | Total Price |
|------|------|-------|-------------|
| December, 2013 | UPS Tracking # 1ZA5E1390196292111 | $20.12 | $20.12 |
| December, 2013 | UPS Tracking # 1ZA5E1392496697034 | $28.99 | $28.99 |
| December, 2013 | UPS Tracking # 1ZA5E1392494791659 | $28.99 | $28.99 |
| | | | |
| | | (②)Total | $78.10 |

| UBIC Services Total (①+②) | |
|---------------------------|--|
| Total | $1,114.38 |

# November 2013 eDiscovery Monthly Work Completion Report (Case#: N1311004 SAMSUNG-M-TEL)

| Owner: | Bryant Yates | Date Created: | 11/1/2013 | Start Date: | 11/16/2013 | Completion Date: | 11/16/2013 |

A01:Consult  A02:Preservation/Acquisition  A03:Process  A04:OLR  A05:Production
A06:Review  A07:Scan/OCR  A08:Translation  A09:Others

□Production Summary
<Tiff file Production>
| Tiff file Production | 20,197 | Page |
| Making Load File | 20,197 | Page |
| Produced Natively | 3 | file |
| Bates Numbering, Endorsements | 20,197 | Page |
| OCR | 1 | page |
| PDF export | | page |
| Project Management | | hour |

<Native Production>
| Native file Production | 0 | file |
| Bates Numbering | 0 | file |
| Making Load File | 0 | file |
| OCR | 0 | page |
| PDF export | 0 | page |
| Project Management | | hour |

□Description
Tiff file Production

| No | Volume Name | Production Target File Count (file) | Tiff File Production | | | Produced natively | | | Bates Number | | | OCR | Tiff export (Page) | PDF export (Page) | Date Submitted/Uploaded date (MM/DD/YY-YYY) | Note |
| | | | Single Tiff file Count (Page) | Volume (byte) | Volume (GB) | Making Load File Count (Page) | Native file Count (file) | Volume (byte) | Volume (GB) | Start | End | Volume (GB) | | | | | |
| | SAM.001 | 117 | 20,197 | 1,181,116,006 | 1 | 20,197 | 3 | 1,468,006 | 0.00137 | SAM00000001 | SAM00020197 | | | | | 11/8/2013 | |
| Total | | | 20,197 | | | 20,197 | | | | | | | | | | | |

Native Production

| No | Volume Name | Production Target File Count (file) | Native Production | | | Bates Number | | | Native Numbering (page) | Tiff export (Page) | PDF export (Page) | Date Submitted/Uploaded date (MM/DD/YY-YYY) | Note |
| | | | Native File Count (file) | Volume (byte) | Volume (GB) | Start | End | | | | | | |
| Total | | | | | | | | | | | | | |

# Doc. 2013 eDiscovery Monthly Work Completion Report (Case#: Samsung M-Tel)

| Operator: | Ghanta Ella | Date Created: | 12/31/2013 | Start Date: | 12/14/2013 | Completion Date: | 12/31/2013 |
|---|---|---|---|---|---|---|---|
| A01 : Consult | A02 : Preservation/Acquisition | A03 : Process | A04 : OCR | | | | |
| A06 : Translation | A07 : Scan/OCR | A08 : Review | A09 : Others | A05 : Production | | | |

**Production Summary**

<TIF file Production>
TIF file Production
Mailing Lead File
Produced Natively
Bates Numbering, Endorsements
OCR
PDF export
Project Managment

Page
0 file
2,311 Page
366 file
0 page
text

<Native Production>
Native file Production
Bates Numbering
Mailing Lead File
OCR
PDF export
Project Managment

0 file
0 file
0 file
0 page
text

<Description>
TIF file Production

| No | Volume Name | Produced file Count | TIF file Production | | | Produced natively | | | | Status Member | | Date Submitted/Upload date (MM/DD/YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Volume (bytes) | Volume (GB) | | | Volume (bytes) | Volume (GB) | Start | End | | |
| 1 | SAM_002 | 41 | 2,311HB | 13388 | | | | 2,1Memorandum | | 12/14/20xx | 12/14/20xx | 12/31/2013 | |
| | **Total** | | 2,311 | | | | | | | | | | |

<Description>
Native Production

| No | Volume Name | Produced file Count | | | | | | | | | OCR-Text | Date Submitted/Upload date (MM/DD/YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | **Total** | | | | | | | | | | | | |

 **UBIC**

UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA 94065
Phone: 650-654-7644
www.ubic.co.jp/en/

Client Matter #: 085697.011100

Approved By: _____

Date: 2/19/14

Case No. N1311004-2
Invoice No. INV14-01-017-UNA
Date: 21-Jan-14
Net: 60 days from Invoice Receipt

Kate Hutchins
Greenberg Traurig, LLP
3161 Michelson Drive, Suite 1000, Irvine, CA 92612
tel: (949) 732-6500

| Date | Work Description | Rate (If Unit) | Unit | Unit Description | Qty | Total Cost |
|---|---|---|---|---|---|---|
| INV14-01-017-UNA Completed on January 31, 2014 | | | | | | |
| January, 2014 | ESI-Collection | $0.00 | 0 | See ESI-Collection Attached | | $0.00 |
| January, 2014 | Data Processing | $980.40 | 1 | See Data Processing Attached | | $980.40 |
| January, 2014 | LJV Hosting | $0.00 | 0 | See OLR hosting Attached | | $0.00 |
| January, 2014 | Data Production | $388.37 | 1 | See Data Production Attached | | $388.37 |
| January, 2014 | Document Review | $0.00 | 0 | See Data Translation Attached | | $0.00 |
| | | | | | | |
| ※Invoice issued on MONTHLY BASIS. | | | | | ①Total | $1,368.77 |

| UBiC Services Total | |
|---|---|
| Total | $1,368.77 |

Please note we have changed our wire transfer information as below:

Wire Transfer Information:
Bank Name: UNION BANK N.A.
Bank Routing Number: 122000496
SWIFT BIC: BOFCUS33MPK
Bank Address: 400 California Street, San Francisco, CA 94104
Account Number: 1570004756
Account Name: UBIC NORTH AMERICA, INC.
※ Please bear bank transfer charge when wiring the amount.

RECEIVED
FEB 2 4 2014

A/P - DORAL - GT

*If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payment is expected to be paid in accordance with the contracts.*

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 2,483.11 | 1,368.77 | 1,114.34 | 0.00 | 0.00 | 0.00 |



ENTERED
FEB 2 4 2014
GT-DORAL-A/P

**GT - NEW YORK (21) - A/P**
Vendor #_____ 83454
G/L#_____ DEPT#_____
C/M#_____ 085697.011100
Approval: X_____
_____ Signature
Print Name:_____ TKPR# KH2
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

**Document Production**

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| January, 2014 | Production of documents & TIFF file production | $0.035 | 7,461 | page | $261.14 |
| January, 2014 | Native File Production | $0.080 | 1 | record | $0.080 |
| January, 2014 | OCR | $0.075 | 300 | page | $22.50 |
| January, 2014 | Bates Numbering, Endorsements | $0.01 | 7,461 | page | $74.61 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(1)Total $358.33

**Expense**

| Date | Item | Price | Total Price |
|---|---|---|---|
| January 24, 2014 | UPS Tracking #1ZA5E1392492912530 | $   30.04 | $30.04 |
| | | | |
| | | | |
| | | | |

(2)Total $30.04

| UBIC Services Total | (①+②) |
|---|---|
| Total | $388.37 |

□Production Summary

    &lt;Tiff file Production&gt;

| | |
|---|---|
| Tiff file Production | 7,461 Page |
| Making Load File | 7,461 Page |
| Produced Natively | 1 file |
| Bates Numbering, Endorsement | 7,461 Page |
| OCR | 300 page |
| PDF export | 1 page |
| Project Management | hour |

    &lt;Native Production&gt;

| | |
|---|---|
| Native file Production | file |
| Bates Numbering | file |
| Making Load File | file |
| OCR | page |
| PDF export | page |
| Project Management | hour |

□Description
Tiff file Production

| No | Volume Name | Producti on Target File (file) | Tiff File Production | | | | | Produced natively | | Bates Number | | | | | Data Submitted Upload date (MM/DD/YY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Count (file) | Tiff file Count (Page) | Volume (byte) | Volume (GB) | Making Load File (Page) | Native file Count (file) | Volume (byte) | Volume (GB) | Start | End | Bates Number | OCR Text (Page) | PDF Export (Page) | | |
| 3 | 3 | 418 | 7,461 | | 384,600,000 | 0.329102 | 7,461 | | 162,529,280 | 0.151367 | 3AAMD0023429 | 3AAMD0029868 | 7,461 | 300 | 1 | | |
| | | | 7,461 | | | | 7,461 | | | | | | 7,461 | 300 | 1 | | |

Native Production

| No | Volume Name | Producti on Target File (file) | Native Production | | | | Bates Number | | OCR Text (Page) | PDF Export (Page) | Submitted Upload date (MM/DD/YY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Native file Count (file) | Volume (byte) | Volume (GB) | Making Load File (file) | Start | End | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Total | | | | | | | | | | | | |



UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664
www.ubic.co.jp/en/

Case No.   N1311004-6
Invoice No. INV14-05-016-UNA
Date:       31-May-14
Net:        60 days from Invoice
            Receipt

Joshua Raskin, Esq.
Greenberg Traurig LLP
MetLife Building, 200 Park Avenue, New York, NY 10166
Tel: (212) 801-9200

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|------|------------------|-----------------|-------|------------------|------------|
| \multicolumn INV14-05-016-UNA Completed on May 31, 2014 ||||||
| May, 2014 | ESI-Collection | $0.00 | 0 | See ESI-Collection Attached | $0.00 |
| May, 2014 | Data Processing | $3,839.90 | 1 | See Data Processing Attached | $3,839.90 |
| May, 2014 | LiV Hosting | $3,804.75 | 1 | See OLR hosting Attached | $3,804.75 |
| May, 2014 | Data Production | $16,287.19 | 1 | See Data Production Attached | $16,287.19 |
| May, 2014 | Document Review | $0.00 | 0 | See Data Translation Attached | $0.00 |
| | | | | | |

※Invoice issued on MONTHLY BASIS.

| | Total | $23,931.84 |
|--|-------|------------|

| UBIC Services Total | |
|---------------------|--|
| Total | $23,931.84 |

Please note we have changed our wire transfer information as below:

**Wire Transfer Information:**

**Bank Name: UNION BANK N.A.**
**Bank Routing Number: 122000496**
**SWIFT BIC: BOFCUS33MPK**
**Bank Address: 400 California Street, San Francisco, CA 94104**
**Account Number: 1570004758**
**Account Name: UBIC NORTH AMERICA, INC.**
**※ Please bear bank transfer charge when wiring the amount.**

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---------|---------|-----------|------------|------------|----------|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 57,326.59 | 23,931.84 | 33,394.75 | 0.00 | 0.00 | 0.00 |

**Document Production**

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|------|------------------|-----------------|-------|------------------|------------|
| May, 2014 | Production of documents & TIFF file | $0.035 | 308,681 | page | $10,803.84 |
| May, 2014 | Native File Production | $0.080 | 6,718 | record | $537.440 |
| May, 2014 | OCR | $0.075 | 24,788 | page | $1,859.10 |
| May, 2014 | Bates Numbering, Endorsements | $0.01 | 308,681 | page | $3,086.81 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | ①Total | $16,287.19 |

**Expense**

| Date | Item | Price | Total Price |
|------|------|-------|-------------|
| | | | $0.00 |
| | | | |
| | | | |
| | | | |
| | | ②Total | $0.00 |

| UBIC Services  Total | (①+②) |
|----------------------|-------|
| Total | $16,287.19 |

# May 2014 eDiscovery Monthly Work Completion Report  (Case#: N1311004/Samsung M-Tel)

| Operator: | Bryant Yates | Date Created: | 5/30/2014 | Start Date: | 5/1/2014 | Completion Date: | 5/31/2014 |

A01 : Consult    A02 : Preservation/Acquisition    A03 : Process    A04 : OLR    A05 : Production
A06 : Translation    A07 : Scan/OCR    A08 : Review    A09 : Others

□Production Summary

**<Tiff file Production>**

| | | |
|---|---|---|
| Tiff file Prodcuton | 308,681 | Page |
| Making Load File | 308,681 | Page |
| Produced Natively | 6,718 | file |
| Bates Numbering, Endorsements | 308,681 | Page |
| OCR | 24,788 | page |
| PDF export | 0 | page |
| Load file creation hour | | hour |

**<Native Production>**

| | | |
|---|---|---|
| Native file Prodcuton | 0 | file |
| Bates Numbering | 0 | file |
| Making Load File | 0 | file |
| OCR | 0 | page |
| PDF export | 0 | page |
| Load file creation hour | | hour |

□Description

**Tiff file Production**

| No | Volume Name | Production Target | | Tiff File Prodcution | | | Produced natively | | | Bates Number | | Bates Numbering (Page) | OCR Text (Page) | PDF Export (Page) | Date Submitted/Upload date (MM/DD/YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | File Count (file) | Single Tiff file Count (Page) | Volume (byte) | Volume (GB) | Making Load File (Page) | Native file Count (file) | Volume (byte) | Volume (GB) | Start | End | | | | | |
| 1 | VOL007 | 1,011 | 30,819 | 2,684,354,560 | 2.5GB | 30,819 | 447 | 235,929,600 | 0.2 | SAM00032522 | SAM00063340 | 30,819 | 2 | | 2014/05/06 | |
| 2 | VOL008 | 39,611 | 167,161 | 16,965,120,819 | 15.8GB | 167,161 | 4,858 | 3,221,225,472 | 3GB | SAM00063341 | SAM00230501 | 167,161 | 22,126 | | 05/14/2014 | |
| 3 | VOL009 | 720 | 8,823 | 932,184,064 | 0.86816GB | 8,823 | 53 | 41,943,040 | 0.0 | SAM00230502 | SAM00239324 | 8,823 | 275 | | 05/15/2014 | |
| 4 | VOL010 | 896 | 10,240 | 929,038,336 | 0.86523GB | 10,240 | 176 | 204,472,320 | 0.2 | SAM00239325 | SAM00249564 | 10,240 | 790 | | 05/19/2014 | |
| 5 | VOL011 | 1,124 | 9,845 | 2,308,544,922 | 2.15GB | 9,845 | 526 | 1,073,741,824 | 1GB | SAM00249565 | SAM00259409 | 9,845 | 350 | | 05/21/2014 | |
| 6 | VOL012 | 617 | 5,975 | 1,073,741,824 | 1GB | 5,975 | 256 | 398,458,880 | 0.4 | SAM00259410 | SAM00265384 | 5,975 | 1,181 | | 05/22/2014 | |
| 7 | VOL013 | 511 | 1,415 | 1,299,227,607 | 1.21GB | 1,415 | 390 | 933,232,640 | 0.9 | SAM00265385 | SAM00266799 | 1,415 | 0 | | 05/23/2014 | |
| 8 | VOL014 | 336 | 70,131 | 2,147,483,648 | 2GB | 70,131 | 4 | 37,748,736 | 0.0 | SAM00266800 | SAM00336930 | 70,131 | 48 | | 05/23/2014 | |
| 9 | VOL015 | 305 | 4,256 | 212,676,475 | 0.2 | 4,256 | 8 | 9,977,197 | 0.0 | SAM00336931 | SAM00341186 | 4,256 | 0 | 0 | 05/27/2014 | |
| 10 | VOL016 | 1 | 16 | 819,200 | 0.00076GB | 16 | | | | SAM00341187 | SAM00341202 | 16 | 16 | | 05/29/2014 | |
| | Total | | 308,681 | | | 308,681 | 6,718 | | | | | 308,681 | 24,788 | 0 | | |

**Native Production**

| No | Volume Name | Production Target | | Native Prodction | | | Bates Number | | Bates Numbering (file) | OCR Text (Page) | PDF Export (Page) | Date Submitted/Upload date (MM/DD/YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | File Count (file) | Native file Count (file) | Volume (byte) | Volume (GB) | Making Load File (file) | Start | End | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | Total | | | | 0 | | | | | | 0 | 0 | |

 **UBIC**

UBIC NORTH AMERICA, INC.
3 Lagoon Drice, Suite 180
Redwood City, CA94065
Phone: 650-654-7664
www.ubic.co.jp/en/

| | |
|---|---|
| Case No. | N1311004-7 |
| Invoice No. | INV14-06-016-UNA |
| Date: | 30-Jun-14 |
| Net: | 60 days from Invoice Receipt |

Joshua Raskin, Esq.
Greenberg Traurig LLP
MetLife Building, 200 Park Avenue,
New York, NY 10166

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost | |
|---|---|---|---|---|---|---|
| INV14-06-016-UNA Completed on June 30, 2014 | | | | | | |
| June, 2014 | Data Collection | $0.00 | 0 | See Data Collection Attached | | $0.00 |
| June, 2014 | Data Processing | $0.00 | 0 | See Data Processing Attached | | $0.00 |
| June, 2014 | LiV Hosting | $4,179.73 | 1 | See LiV Hosting Attached | | $4,179.73 |
| June, 2014 | Data Production | $2,645.93 | 1 | See Data Production Attached | | $2,645.93 |
| June, 2014 | Data Review | $0.00 | 0 | See Data Review Attached | | $0.00 |
| | | | | | Total | $6,825.66 |

※ Invoice is issued on MONTHLY BASIS.

| UBIC Services Invoice Total | |
|---|---|
| Total | $6,825.66 |

Please note we have changed our wire transfer information as below:

Wire Transfer Information:

Bank Name: UNION BANK N.A.
Bank Routing Number: 12 2000496
SWIFT BIC: BOFCUS3 3MPK
Bank Address: 400 California Street, San Francisco, C A 94104
Account Number: 15 70004758
Account Name: UBIC NORTH AMERICA, INC.
※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15 days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For your inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 64,152.25 | 6,825.66 | 23,931.84 | 33,394.75 | 0.00 | 0.00 |

**Data Production**

| Date | Work Description | Rate (per unit) | Units | Unit Description | | Total Cost |
|---|---|---|---|---|---|---|
| June, 2014 | Production of Documents & TIFF File Production | $0.035 | 27,536 | Page | | $963.76 |
| June, 2014 | Native File Production | $0.08 | 784 | Record | | $62.72 |
| June, 2014 | OCR | $0.075 | 964 | Page | | $72.30 |
| June, 2014 | Bates Numbering, Endorsements | $0.01 | 27,636 | Page | | $276.36 |
| | | | | | ① Total | $1,375.14 |

**Expense**

| Date | Item | Tracking No. | | Total Price |
|---|---|---|---|---|
| 5/27/14 | Shipping Charge for 2 x USB 64GB (Courier: FedEx) | 684763548123 | | $316.73 |
| 6/5/14 | Shipping Charge for 10 x HDD (Courier: FedEx) | 240165963000 240166067000 | | $548.05 |
| 6/2/14 | Shipping Charge for Docs and USB 8GB (Courier: UPS) | 1ZA6E1390191178245 | | $25.34 |
| 6/3/14 | Shipping Charge for USB 8GB (Courier: UPS) | 1ZA6E1390195795393 | | $30.50 |
| 6/4/14 | Shipping Charge for 2 x HDD, 2 x CD/DVD (Courier: UPS) | 1ZA6E1390198508803 1ZA6E1390195977017 1ZA6E1390199544021 | | $125.17 |
| 6/11/14 | Shipping Charge for 2 x HDD (Courier: UPS) | 1ZA6E1390196550449 1ZA6E1390195677850 | | $99.83 |
| 6/19/14 | Shipping Charge for 3 x CD (Courier: UPS) | 1ZA6E1390193393526 | | $25.34 |
| 6/20/14 | Shipping Charge for 2 x HDD (Courier: UPS) | 1ZA6E1390195716905 1ZA6E1390196463116 | | $99.83 |
| | | | | |
| | ※See attached Expense Summary | | | |
| | | | ② Total | $1,270.79 |

| UBIC Services Invoice Total (①+②) | |
|---|---|
| Total | $2,645.93 |

# June 2014 eDiscovery Monthly Work Completion Report　(Case#: N1311004-7-A03/Samsung M-Tel)

| Operator: | Bryant Yates | Date Created: | 6/30/2014 | Start Date: | 6/1/2014 | Completion Date: | 6/30/2014 |
|---|---|---|---|---|---|---|---|

A01 : Consult　　A02 : Preservation/Acquisition　　A03 : Process　　A04 : OLR　　(A05 : Production)
A06 : Translation　　A07 : Scan/OCR　　A08 : Review　　A09 : Others

☐Production Summary

**<Tiff file Production>**

| | | |
|---|---|---|
| Tiff file Producton | 27,536 | Page |
| Making Load File | 4,735 | Page |
| Produced Natively | 784 | file |
| Bates Numbering, Endorsements | 27,636 | Page |
| OCR | 964 | page |
| PDF export | 9,230 | page |
| Load file creation hour |  | hour |

**<Native Production>**

| | | |
|---|---|---|
| Native file Producton | 0 | file |
| Bates Numbering | 0 | file |
| Making Load File | 0 | file |
| OCR | 0 | page |
| PDF export | 0 | page |
| Load file creation hour |  | hour |

☐Description

**Tiff file Production**

| No | Volume Name | Production Target File Count (file) | Single Tiff file Count (Page) | Volume (byte) | Volume (GB) | Making Load File (Page) | Native file Count (file) | Volume (byte) | Volume (GB) | Bates Start | Bates End | Bates Numbering (Pages) | OCR Text (Page) | PDF Export (Page) | Date Submitted/Upload date (MM/DD/YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VOL017 | 3,030 | 25,831 | 1,503,238,554 | 1.4 | 3,030 | 706 | 2,469,606,195 | 2.3 | SAM00341203 | SAM00367032 | 25,931 | 934 | | 6/4/2014 | |
| | 2014-06-12 Financial Topic | 291 | | 208,666,624 | 0.2 | | 38 | 9,437,184 | 0.0 | | | | | 2,441 | 6/12/2014 | |
| | 2014-06-12 PDF Production | 42 | | 7,402,947 | 0.0 | | 7 | 2,967,470 | 0.0 | | | | | 75 | 6/12/2014 | |
| | 20140613_Further Review | 58 | | 62,914,560 | 0.1 | | 12 | 4,928,307 | 0.0 | | | | | 862 | 6/13/2014 | |
| | 20140613_Technical Topic | 196 | | 1,181,116,006 | 1.1 | | 12 | 37,748,736 | 0.0 | | | | | 5,832 | 6/13/2014 | |
| | VOL018 | 10 | 143 | 16,882,074 | 0.0 | 143 | | | | SAM00367033 | SAM00367175 | 143 | 26 | | 6/18/2014 | |
| | VOL021 | 58 | 1,117 | 130,023,424 | 0.1 | 1,117 | | | | SAM00367433 | SAM00368549 | 1,117 | 0 | | 6/20/2014 | |
| | VOL022 | 20 | 187 | 19,922,944 | 0.0 | 187 | 2 | 638,976 | 0.0 | SAM00368550 | SAM00368736 | 187 | | | 6/23/2014 | |
| | VOL023 | 1 | 1 | 225,280 | 0.0 | 1 | 1 | 122,880 | 0.0 | SAM00368737 | SAM00368737 | 1 | | | 6/23/2014 | |
| | VOL019 | 9 | 209 | 47,921,668 | 0.0 | 209 | 6 | 21,884,351 | 0.0 | SAM00367176 | SAM00367384 | 209 | 4 | 0 | 6/18/2014 | |
| | VOL020 | 12 | 48 | 8,191,949 | 0.0 | 48 | 0 | 0 | 0.0 | SAM00367385 | SAM00367432 | 48 | 0 | 0 | 6/20/2014 | |
| | **Total** | | **27,536** | | | **4,735** | **784** | | | | | **27,636** | **964** | **9,230** | | |

**Native Production**

| No | Volume Name | Production Target File Count (file) | Native file Count (file) | Volume (byte) | Volume (GB) | Making Load File (file) | Bates Start | Bates End | Bates Numbering (file) | OCR Text (Page) | PDF Export (Page) | Date Submitted/Upload date (MM/DD/YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | **Total** | | | | 0 | | | | | 0 | 0 | | |



UBIC NORTH AMERICA, INC.
3 Lagoon Drive, Suite 180
Redwood City, CA 94065
Phone: 650-654-7664
www.ubic.co.jp/en/

Case No.     N1311004-8
Invoice No.  INV14-07-016-UNA
Date:        31-Jul-14
Net:         60 days from
             Invoice Receipt

Joshua Raskin, Esq.
Greenberg Traurig LLP
MetLife Building, 200 Park Avenue,
New York, NY 10166

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| INV14-07-016-UNA Completed on July 31, 2014 | | | | | |
| July, 2014 | Data Collection | $0.00 | 0 | See Data Collection Attached | $0.00 |
| July, 2014 | Data Processing | $0.00 | 0 | See Data Processing Attached | $0.00 |
| July, 2014 | LIV Hosting | $4,194.75 | 1 | See LIV Hosting Attached | $4,194.75 |
| July, 2014 | Data Production | $594.64 | 1 | See Data Production Attached | $594.64 |
| July, 2014 | Data Review | $0.00 | 0 | See Data Review Attached | $0.00 |

※ Invoice is issued on MONTHLY BASIS.

| | Total | $4,789.39 |
|---|---|---|

| UBIC Services Invoice Total | |
|---|---|
| Total | $4,789.39 |

Please note we have changed our wire transfer information as below:

Wire Transfer Information:

Bank Name: UNION BANK N.A.
Bank Routing Number: 12 2000496
SWIFT BIC: BOFCUS3 3MPK
Bank Address: 400 California Street, San Francisco, C A 94104
Account Number: 15 70004758
Account Name: UBIC NORTH AMERICA, INC.
※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15 days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For your inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 68,941.64 | 4,789.39 | 6,825.66 | 23,931.84 | 33,394.75 | 0.00 |

**Data Production**

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost | |
|---|---|---|---|---|---|---|
| July, 2014 | Production of Documents & TIFF File Production | $0.035 | 9,071 | Page | | $317.49 |
| July, 2014 | Native File Production | $0.08 | 318 | Record | | $25.44 |
| July, 2014 | OCR | $0.075 | 550 | Page | | $41.25 |
| July, 2014 | Bates Numbering, Endorsements (1 day minimum) | $0.01 | 9,071 | Page | | $90.71 |
| | | | | | ① Total | $474.89 |

**Expense**

| Date | Item | Tracking No. | Total Price | |
|---|---|---|---|---|
| 6/30/14 | Shipping Charge for HDD (Courier: UPS) | 1ZA6E1391591899557 | | $119.75 |
| | ※See attached Expense Summary | | | |
| | | | ② Total | $119.75 |

| UBIC Services Invoice Total    (①+②) | |
|---|---|
| Total | $594.64 |

| Operator: | Chandra Elia | | Date Created: | 7/31/2014 | Start Date: | | 7/1/2014 | Completion Date: | 7/31/2014 |
|---|---|---|---|---|---|---|---|---|---|

A01: Consult    A02: Preservation/Acquisition    A03: Process    A04: OLR    A05: Production
A06: Translation    A07: Scan/OCR    A08: Review    A09: Others

**□Production Summary**

**<Tiff file Production>**

| | | |
|---|---|---|
| Tiff file Producton | 9,071 | Page |
| Making Load File | 9,071 | Page |
| Produced Natively | 318 | file |
| Bates Numbering, Endorsements | 9,071 | Page |
| OCR | 550 | page |
| PDF export | 0 | page |
| Project Managemnt | | hour |

**<Native Production>**

| | | |
|---|---|---|
| Native file Prodcuton | 0 | file |
| Bates Numbering | 0 | file |
| Making Load File | 0 | file |
| OCR | 0 | page |
| PDF export | 0 | page |
| Project Managemnt | | hour |

**□Description**
**Tiff file Production**

| No | Volume Name | Production File Count (file) | Tiff File Production Single Tiff file Count (Page) | Tiff File Production Volume (byte) | Tiff File Production Volume (GB) | Making Load File (Page) | Produced natively Native file Coun t (file) | Produced natively Volume (byte) | Produced natively Volume (GB) | Bates Number Start | Bates Number End | Bates Numbering (Page) | OCR Text (Page) | PDF Export (Page) | Date Submitted/Upload date (MM/DD/YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | VOL024 | 1074 | 9,071 | 1,288,490,189 | 1.22000 | 9,071 | 318 | 335,544,320 | 0.30000 | SAM00368738 | SAM00377808 | 9,071 | 550 | | 7/30/2014 | |
| | | | | | | | 0 | | | | | 0 | | | | |
| | | | | | | | 0 | | | | | 0 | | | | |
| | | | | | | | 0 | | | | | 0 | | | | |
| | | | | | | | 0 | | | | | 0 | | | | |
| | | | | | | | 0 | | | | | 0 | 0 | | | |
| | | | | | | | 0 | | | | | 0 | | | | |
| | | | | | | | 0 | | | | | 0 | | | | |
| | | | | | | | 0 | | | | | 0 | | | | |
| | Total | | 9,071 | | | 9,071 | 318 | | | | | 9,071 | 550 | 0 | | |

**Native Production**

| No | Volume Name | Production File Coun t (file) | Native Prodction Native file Count (file) | Native Prodction Volume (byte) | Native Prodction Volume (GB) | Making Load File (file) | Bates Number Start | Bates Number End | Bates Numbering (file) | OCR Text (Page) | PDF Export (Page) | Date Submitted date (MM/DD/YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | Total | | | | | 0 | | | | | 0 | 0 | |



## INVOICE

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone: 800-334-5403
Fax:  305-576-0188

**Invoice #:** INY225667
**Client #:** G0353-01
**Date:** 01/31/2014
**Due Date:** 03/02/2014
**Page:** 1 of 1

John Handy, Esq.
Greenberg Traurig LLP
200 Park Avenue
at 45th Street
New York, New York 10166

**Ship To/Remarks:**

| Case Name: | | TG Job Number: | Client Matter Number: |
|---|---|---|---|
| Mobile Telecommunications Technologies, LLC v. Samsung Telecommunications America, LLC, et al. | | N17423 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Graphic Development | 68.75 | $195.00 | $13,406.25 |
| Design Consultant | 33.50 | $265.00 | $8,877.50 |

|  | | |
|---|---|---|
| **Subtotal** | $22,283.75 |
| **Tax** | $1,977.68 |
| **Total** | $24,261.43 |

Services rendered after 01/31/2014 will appear on your next month's invoice.



**INVOICE**

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone: 800-334-5403
Fax: 305-576-0188

Invoice #: INY225963
Client #: G0353-01
Date: 03/31/2014
Due Date: 04/30/2014
Page: 1 of 1

*(stamp: SUBMITTED 8/11/14)*

*(stamp: RECEIVED AUG 11 2014 A/P-ORANGE CO-GT)*

John Handy, Esq.
Greenberg Traurig LLP
200 Park Avenue
at 45th Street
New York, New York 10166

**Ship To/Remarks:**

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Mobile Telecommunications Technologies, LLC v. Samsung Telecommunications America, LLC, et al. | N17423 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Design Consultant | 1.50 | $265.00 | $397.50 |
| Graphic Development | 9.00 | $195.00 | $1,755.00 |
| 10% - Special Discount | -1.00 | $215.25 | ($215.25) |

*(handwritten: 085697.011100)*

*(stamp box:)*
GT-ORANGE COUNTY (72)-AP
Vendor #. 71308
G/L #. _____ DEPT#. 1001
C/M #. _____

Approval: X _____
Print Name: K. Tourne
Signature: TKPR #. RTV
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

| | |
|---|---|
| Subtotal | $1,937.25 |
| Tax | $171.94 |
| Total | $2,109.19 |

Services rendered after 03/31/2014 will appear on your next month's invoice.



## INVOICE

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone: 800-334-5403
Fax:         305-576-0188

**Invoice #: INY225861**

**Client #:** G0353-01
**Date:** 02/28/2014
**Due Date:** 03/30/2014
**Page:** 1 of 1

RECEIVED
APR 1 1 2014
A/P-ORANGE CO-GT

John Handy, Esq.
Greenberg Traurig LLP
200 Park Avenue
at 45th Street
New York, New York 10166

**Ship To/Remarks:**

**Case Name:**
Mobile Telecommunications Technologies, LLC v. Samsung
Telecommunications America, LLC, et al.

**TG Job Number:** N17423   **Client Matter Number:**

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| On-Site Graphic Artist - Richard Giresi | 8.00 | $215.00 | $1,720.00 |
| Graphic Development | 31.00 | $195.00 | $6,045.00 |
| Design Consultant - Scott Barrett | 13.00 | $265.00 | $3,445.00 |
| 10% - Discount (February 2014) | -1.00 | $1,121.00 | ($1,121.00) |
| 10% - Discount (January 2014) | -1.00 | $2,228.38 | ($2,228.38) |

085697·011100

Vendor # __1328__    GT-ORANGE COUNTY (72)-AP
G/L # _____
C/M # _____    DEPT# __NXXX__    1601
Approval: x _____
Print Name: __P Tarine__    Signature __RTV__    TKPR# _____
Sales/Use Tax Copy Made:    ☐ YES ☐ N/A
Capital Expense Copy Made:    ☐ YES ☐ N/A

| | |
|---|---|
| **Subtotal** | $7,860.62 |
| **Tax** | $697.62 |
| **Total** | $8,558.24 |

Services rendered after 02/28/2014 will appear on your next month's invoice.

**Mobile Telecommunications Technologies, LLC v.**
**Samsung Telecommunications America, LLC**
**13-cv-259 RSP**

# COURT-APPOINTED
# TECHNICAL ADVISOR FEES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS | § | |
| TECHNOLOGIES, LLC | § | |
| v. | § | Case No. 2:12-CV-832-JRG-RSP |
| | § | |
| SPRINT NEXTEL CORPORATION | § | |

## ORDER

Previously, the Court appointed David Keyzer as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Keyzer's invoice for services through April 21, 2014 in the amount of $34,077.22 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff:                                                 $17,038.61

✓ Defendants:  *Samsung / apple*              $17,038.61  *Divide 1/2*
                                                                                        *$ 8519.30*

**SIGNED this 5th day of May, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

*720508 14 851*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 2:12-CV-832-JRG-RSP |
| SPRINT NEXTEL CORPORATION | §<br>§ | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints David Keyzer as the Court's technical advisor in this case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. The parties are ORDERED to send courtesy copies of claim construction briefs, exhibits, and technology tutorials no later than one business day after their filing: (1) in PDF form to david@keyzerlaw.com; and (2) in paper form, double-sided, either spiral-bound or in a 3-ring binder, with tabbed exhibits to the Law Office of David Keyzer, P.C., 5170 Golden Foothill Parkway, El Dorado Hills, CA 95762.

SIGNED this 29th day of January, 2014.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

**Mobile Telecommunications Technologies, LLC v.**
**Samsung Telecommunications America, LLC**
**13-cv-259 RSP**

# TRANSLATORS' INVOICES

RECEIVED
AP ORANGE CO GT

V# 86790
I# 72072214200

GT-ORANGE COUNTY (72)-AP
Vendor #
G/L#                    DEPT# 1160
C/M #
Approval:
Print Name    R. Tache    Signature    RTV
Sales/Use Tax Copy Made:    ☐ YES ☐ N/A
Capital Expense Copy Made:    ☐ YES ☐ N/A

# INVOICE
## Translation/Interpretation Service

**Samsung Electronics Company**

Date: July 21-22, 2014

| Date | Details | | Amount |
|------|---------|---|--------|
| July 21, 2014 09:00~16:00 | Korean-English Interpretation Service for SEC Deposition | Full Day(6 hours excluding 1 hour lunch-time) | KRW 900,000 |
| | | Par Diem for Travel Outside Seoul | KRW 100,000 |
| July 22, 2014 09:00~15:00 | Korean-English Interpretation Service for SEC Deposition | Full Day(6 hours excluding 1 hour lunch-time) | KRW 900,000 |
| | | Par Diem for Travel Outside Seoul | KRW 100,000 |
| | | Total | KRW 2,000,000 |

US$ 2,017.43

## PAYMENT INFORMATION

| | |
|---|---|
| Bank Name | Standard Chartered First Bank Korea Limited |
| Branch Name | Seo-Cho Jungang Branch |
| Branch Address | 1-2F Shinhankuk Building, 1699-3 Seocho4-dong Seohcho-gu, Seoul, 137-883 Korea |
| Branch Tel. No | 82-2-592-1197 |
| SWIFT CODE | SCBLKRSE |
| Account Holder Name | Rhee Min Young CP:82-10-5595-2950 email: minyoungrhee@hanmail.net |
| Account No. | 378-20-085810 |
| Amount | KRW 2,000,000 |

1C5835411

Name

**Interpretation Fee Information**

**Full Day Rate** is KRW 800,000 for the first six hours from the beginning to the end of a working day, excluding 1 hour for lunch and including recess & standby time.

**Overtime Fee** is KRW 150,000 for each hour following the above six hours.

**Cancellation Fee** is 50% of the full-day rate for notice given on the previous day.

**Per Diem** is charged for meetings held outside of the Seoul and Gwacheon area.

# INVOICE

| | |
|---|---|
| Vendor | Min Young Rhee |
| Requester | Rick Tache [Managing Shareholder | RTV | TACHER] |
| Created By | Adrian Perez [Accounts Payable Supervisor | 3660 | PEREZA] |
| Create Date | 08/12/2014 |

## Invoice Information

| | |
|---|---|
| Vendor | Min Young Rhee [86790] |
| Address | Min Young Rhee [715957]
Seo-cho 4-dong
Sampoong Apartment 13-405, 137-779
Seoul, KR |
| Invoice Number | 72072214200 |
| Invoice Date | 07/22/2014 |
| Invoice Amount | 2,000,000.00 KRW |
| Description | Interpretation Service re: Samsung Electronics - 21-Jul-2014 to 22-Jul-2014. |
| Confidential Invoice | false |
| Sales Tax | 0.00 |
| For Office | Orange County |

## Prior Approvers

| | |
|---|---|
| 08/17/2014 | Adrian Perez [Accounts Payable Supervisor | 3660 | PEREZA] |
| 08/17/2014 | Adrian Perez [Accounts Payable Supervisor | 3660 | PEREZA] |
| 08/15/2014 | Rick Tache [Managing Shareholder | RTV | TACHER] |

## Special Handling

| | |
|---|---|
| Foreign Currency | Yes |
| Currency Terms | Immediate |

## Allocation Details

Amount (KRW)

**Professional Services**
2,000,000.00

| | |
|---|---|
| 085697.011100 | Samsung Electronics Co., Ltd.
Mobile Telecommunications Technologies, |
| Description | Interpretation Service re: Samsung Electronics - 21-Jul-2014 to 22-Jul-2014. |
| Name | Rick Tache [Managing Shareholder | RTV | TACHER] |
| Prof Svc | Professional & Legal |

## Allocation Summary

Amount(KRW)

085697,011100    Samsung Electronics Co., Ltd.           2,000,000.00
Mobile Telecommunications
Technologies,

| Expense Summary | Amount(KRW) | |
|---|---|---|
| Professional Services | 2,000,000.00 | . |



# Currency Converter

USD/KRW for the 24-hour period ending **Tuesday, Aug 19, 2014** 22:00 UTC @ 2.50%

Currency I Have:

## 2,017.43 USD

Currency I Want:

## 2,000,000 KRW

## USD/KRW Details

USD/KRW for the 24-hour period ending **Tuesday, Aug 19, 2014** 22:00 UTC @ 2.50%

Selling 2,017.43 **USD** → you get 2,000,000 **KRW**
Buying 2,017.43 **USD** → you pay 2,108,600 **KRW**

### Rate Details

USD/KRW for the 24-hour period ending
**Tuesday, Aug 19, 2014** 22:00 UTC

|       | **Bid**<br>Sell 1 USD | **Ask**<br>Buy 1 USD |
|-------|----------|----------|
| **MIN** | 1,015.74 | 1,018.02 |
| **AVG** | 1,016.78 | 1,019.06 |
| **MAX** | 1,018.12 | 1,020.41 |

### Recent Trends

USD/KRW average daily bid prices
Last 90 days



## Take trusted OANDA Rates™ with you on your travels

| | USD/KRW | | | | KRW/USD | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Interbank Rate +/- 2.50%<br>Aug 20, 2014 | | | | Interbank Rate +/- 2.50%<br>Aug 20, 2014 | | | | | |
| **USD** | **KRW** | **USD** | **KRW** | **USD** | **KRW** | **KRW** | **USD** | **KRW** | **USD** | **KRW** | **USD** |

| USD | KRW | USD | KRW | USD | KRW | KRW | USD | KRW | USD | KRW | USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 991.36 | 15 | 14,870.4 | 45 | 44,611.2 | 1,000 | 1.01 | 15,000 | 15.10 | 45,000 | 45.29 |
| 2 | 1,982.72 | 20 | 19,827.2 | 50 | 49,568.0 | 2,000 | 2.01 | 20,000 | 20.13 | 50,000 | 50.32 |
| 3 | 2,974.08 | 25 | 24,784.0 | 100 | 99,136.1 | 3,000 | 3.02 | 25,000 | 25.16 | 100,000 | 100.65 |
| 4 | 3,965.44 | 30 | 29,740.8 | 250 | 247,840 | 4,000 | 4.03 | 30,000 | 30.19 | 250,000 | 251.61 |
| 5 | 4,956.80 | 35 | 34,697.6 | 500 | 495,680 | 5,000 | 5.03 | 35,000 | 35.23 | 500,000 | 503.23 |
| 10 | 9,913.61 | 40 | 39,654.4 | 1,000 | 991,361 | 10,000 | 10.06 | 40,000 | 40.26 | 1,000,000 | 1,006.46 |

foreign Invoice
8/29/14

RECEIVED
AUG 2 6 2014
A/P-ORANGE CO-GT

✓# 87016

085697.011100
SAMSUNG

Rick Tache
#72

# INVOICE

## Translation/Interpretation Service

### Client: GreenbergTraurig

### Translator: Mira Shin

In # 72073014645

This is to request the payment for the following translation service for Samsung Electronics deposition:

| | |
|---|---|
| July 16 (9 am to 5 pm), SEC Suwon Office : | 1,150,000 won |
| July 17 (9 am to 4:40 pm), SEC Suwon Office: | 1,150,000 won |
| July 18 (9 am to 4:40 pm), SEC Suwon Office: | 1,150,000 won |
| July 21 (9 am to 2:30 pm), Dongtan Ramada: | 1,000,000 won |
| July 22 (9 am to 2:00 pm), Dongtan Ramada: | 1,000,000 won |
| July 23 (9 am to 3:10 pm), Dongtan Ramada: | 1,000,000 won |

**Total Translation fee: 6,450,000 won**

= US$ 6,496.08

Name of the Bank: Korea Exchange Bank

Address: 611 Shinsa-dong Kangnam-gu Seoul Korea

Bank Account Holder Name: Shin, Mira

Bank Number: 101-18-11817-6

Swift code: KOEXKRSE

GT-ORANGE COUNTY (TX)-AP
Vendor #
G/L# _____ DEPT# 1160
C/M #
Approval: x Rick Tache
Print Name: Rick Tache   Signature RTV
Sales/Use Tax Copy Made:  ☐ YES ☐ N/A
Capital Expense Copy Made:  ☐ YES ☐ N/A

**Mira Shin**
**Korean-English Translator**
Mobile: +82-10-8709-7512
email: shinmira7@chol.com
July 30, 2014

105835444

# Interpretation rates

1. The basic rate is 900,000 won up to 6 hours in Seoul and 1,000,000 won outside Seoul.
2. Overtime charge is 150,000 won per hour.
3. If no interpretation is required during lunch, up to 1 hour of lunch time is not to be included in the work hours.
4. Transportation cost and accommodation for a job outside Seoul should be borne by the client.

Outside of Seoul: the basic rate is 1,000,000 won up to 6 hours.

- If travel to the venue should be made a day before the event or if travel to home should be made a day after the event, 350,000 won is charged per day of travel.
- All transportation and accommodation costs need to be borne by the client.
- Hotel accommodations should be arranged for an interpreter per room at a hotel where the event takes place or a majority of participants stay.

Overseas Rate: the basic rate is 1,000,000 won up to 6 hours.

- Travel to the venue should be made before the event day or if transport to home should be made after the event day, 400,000 won is charged per day of travel.
- If the travel time is more than 8 hours, a rest day is required before the event. 400,000 won is charged for the rest day.
- The travel to the site should use the shortest possible modes of transport.
- All transportation and accommodation costs need to be borne by the client.
- Hotel accommodations should be arranged for an interpreter per room at a hotel where the event takes place or a majority of participants stay.

# Pan-Asia Consulting & Language Services, Inc.

PACLS, Inc.
12180 Bridgend Run
Fairfax, VA  22030

(703)585-3100
info@pacls.com

**Invoice**

| Date | Invoice No. |
|------|-------------|
| 12/29/2014 | 12378 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 01/28/2015 |

| Bill To |
|---------|
| Alexis Kovacs<br>Greenberg Traurig, LLP<br>3161 Michelson Drive \| Suite 1000 \| Irvine, ( |

| Date | Service | Activity | Amount |
|------|---------|----------|--------|
| 11/06/2014 | Trial Interpreting | Requested by: Jenny Kim<br>Witness: Dr. Woo Hyuk Jang<br>Nov. 6 through Nov. 18(13 days) reserved on October 15, but rescheduled on Oct. 30.<br>100% cancellation applicable, but 4 days charged only. (could not accommodate other assignments)<br>4 days@1600/day | 6,400.00 |
| 12/13/2014 | Travel Expenses | All the travel-related expenses such as travel time, airfares, etc:<br>Air fare: 634.10 + 673.60 = $1,307.60 (receipts attached)<br>Ground transportation: 150/flat<br>Travel days: 2 days@900/day: $1,800.00<br><br>Total: $3,257.60 | 3,257.60 |
| 12/14/2014 | Trial Interpreting | Requested by: Jenny Kim<br>Witness: Dr. Woo Hyuk Jang<br>Dec. 14 through Dec. 17(13 days) reserved on October 15, but rescheduled on Oct. 30.<br>4 days@1600/day | 6,400.00 |

**MTel v. SEC**

| | Total | $16,057.60 |
|---|-------|------------|


# eTicket Itinerary & Receipt Confirmation

Ticket Issued: Dec 4, 2014

## Ansook Park,

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

You have purchased a Choice Essential Bundle.   For more information, please visit  www.aa.com/traveloptions.

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.   **For faster check-in  at the airport, scan the barcode below at any AA Self-Service machine.**

You must present a government-issued photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

You can now Manage Your Reservation on aa.com, where you can check in and purchase additional items to customize your journey. A variety of seating options are also available for purchase to enhance your travel with features such as convenient front of cabin location, extra legroom and early boarding.

As American and US Airways merge, many changes are taking place at our airport locations. Visit Find Your Way to assist with your journey.



Book a Hotel »



Book a Car »



Buy Trip Insurance »



Flight notifications on the go. **Update and receive notifications »**



Up to 35% off plus earn quadruple bonus miles. **Learn more »**



Up to 30% off plus earn triple bonus miles. **Start now »**

| Record Locator | **LKQXUZ** |
|---|---|



# Itinerary

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American | 1387 | WASHINGTON DULLES SAT 13DEC 1:00 PM | DALLAS FT WORTH 3:20 PM | M |
| Ansook Park | Seat 15D | Economy | FF#: 51J5U88 | Food For Purchase |

# Receipt

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|---|---|---|---|---|
| Ansook Park | 0012344941772 | 576.74 | 57.36 | 634.10 |
| Visa XXXXXXXXXXXX7454 | | | | $ 634.10 |

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -IADDFW-01 Piece/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-IADDFW-USD0.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-IADDFW-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE.  Tickets with nonrestrictive fares are valid for one year from original date of issue.  If you have questions regarding our refund policy, please visit **www.aa.com/refunds**.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location.  In order to determine the time you need to check-in at the airport, please visit **www.aa.com/airportexpectations**.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  **conditions of carriage..**

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage.  Other carriers on which you may be ticketed may have different conditions of carriage.  International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention.  Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

If you have a customer service issue, please Contact AA..

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s). This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you suspect you have received this email in error, please notify the sender and promptly delete this message and its attachments from your computer.

  

Conditions of Carriage          Special Assistance          Flight Check-in          Flight Status
Notification

NRID: 5221276431660414114737900

**From:** United Airlines, Inc. [mailto:unitedairlines@united.com]
**Sent:** Wednesday, December 17, 2014 11:05 AM
**To:** ANNPARK@PACLS.COM
**Subject:** united.com reservation for New York, NY (NYC - All Airports)

Add unitedairlines@united.com to your address book. See instructions.



Wed., Dec. 17, 2014

**united.com | Deals & Offers | Reservations | Earn MileagePlus® Miles | My Account**

## Thank you for choosing United Airlines.

 We are processing your reservation and will send you a confirmation email once this is completed. This process usually takes less than an hour; however, in rare cases it could take longer. Your reservation will remain confirmed during the processing period, and it's not necessary to contact us unless you are traveling within 24 hours.

As a reminder, you can manage your reservation at united.com, including:

- Purchasing additional products and services to improve your travel experience
- Viewing or changing seat assignments
- Changing your flight
- Checking-in (within 24 hours)
- Booking a car or hotel
- Printing additional receipts, and more

If you do not receive your receipt within three hours, please contact us.

 **Flight Summary**                    **Confirmation Number:**    **PQX26B**

 **Wed., Dec. 17, 2014** | **Shreveport, LA** (SHV) to **New York, NY** (LGA - LaGuardia)
Connecting in Houston, TX (IAH - Intercontinental)

Manage my reservation >
View full trip details, seat assignments and printable receipts.

 **Traveler Details**

**Ms. Ansook H. Park**

**Seats:** SHV - IAH: ---
IAH - LGA: 26C



**New York Hotels**

STARTING AT

**$42**

PER DAY  [Book now]



**Learn about our 9 hubs around the world**

Learn more >



Find low fares for fantastic destinations

Let our Special Offers page help.

View offers >

| $ | Ticket Price Details |
|---|---|

| 1 Adult (18-64) | **$657.00** |
|---|---|
| Additional Taxes/Fees | **$16.60** |
| **Total Fare** | **$673.60** |

[**Manage my reservation**]

Total Fare: $673.60/MAA00AFN/MAA00AFN



**Book with our exclusive car rental partner Hertz**

- Save up to 40% off
- Earn up to 1,250 reward miles/day>
- Choose Hertz®

## Additional Trip Planning Tools

- Baggage Policies: View current baggage acceptance allowances.

## Important Baggage Information

**Carry-on baggage allowed**
United accepts the following items, per customer to be carried on the aircraft at no charge:

- One carry-on bag no more than 45 linear inches or 114 linear centimeters (L + W + H) or 14 inches x 9 inches x 22 inches (23 x 35 x 56 cm)
- One personal item (such as a shoulder or laptop bag).

Learn more about carry-on baggage policy

**Checking bags for this itinerary**
Checked baggage service charges are collected at any point in the itinerary where bags are checked. The bag service charges below reflect a maximum outside linear dimension of 62 linear inches (157 cm)

| First and second baggage service charges per traveler as listed below: | 1st bag | 2nd bag | Weight per bag |
|---|---|---|---|
| **Wed., Dec. 17, 2014**<br>Shreveport, LA (SHV) to New York, NY (LGA - LaGuardia) | ~~$25~~ **$0*** | ~~$35~~ **$0*** | 50.0 lbs (23 kgs) |

MileagePlus® Club Card member and one companion on the same reservation are each eligible for waiver of service charges for first and second checked bags (within specified size and weight limits). Must be a MileagePlus Club Card member at time of check-in, and ticket(s) must have been purchased using the Card in order to qualify. Applies only on United- and United Express-operated flights, and when baggage check-in occurs with United.

These amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary. If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents when the flight is operated by United or United Express. For additional information regarding baggage charges, allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items or sporting equipment, visit [united.com/baggage](united.com/baggage)

Find United on: 

View our Privacy Policy.



**E-mail Information**

**Please do not reply to this message using the "reply" address.**

Manage your email subscriptions from the My Account page.

The information contained in this e-mail is intended for the original recipient only.

If you are experiencing technical issues, please contact united.com Support via e-mail or telephone.

Copyright © 2014 United Airlines, Inc.
All rights reserved.
United Airlines, Inc. - MileagePlus Service Center
P.O. Box 6120 Rapid City, SD
57709-6120 USA



**FAIRFIELD INN & SUITES® Marriott.**

Fairfield Inn & Suites by Marriott
Marshall

105 West Interstate 20
Marshall Tx 75672
903.938.7666



Greenberg Traurig Ll

200 Park Place

New York NY 10166

Greenberg Traurig Llp

Room: GRP

Room Type: HSE

Number of Guests: 1

Rate: $0.00          Clerk: LLW

| Arrive: 02Nov14 | Time: | Depart: 29Dec14 | Time: 09:16AM | Folio Number: G1875 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |

| Date | Description | Charges |
|---|---|---|
| 14Dec14 | Occupancy Sales Tax | 7.63 |
| 15Dec14 | Room Charge | 109.00 |
| 15Dec14 | State Occupancy Tax | 6.54 |
| 15Dec14 | Occupancy Sales Tax | 7.63 |
| 16Dec14 | Room Charge | 109.00 |
| 16Dec14 | State Occupancy Tax | 6.54 |
| 16Dec14 | Occupancy Sales Tax | 7.63 |
| 17Dec14 | Room Charge | 109.00 |
| 17Dec14 | State Occupancy Tax | 6.54 |
| 17Dec14 | Occupancy Sales Tax | 7.63 |
| 18Dec14 | Room Charge | 109.00 |
| 18Dec14 | State Occupancy Tax | 6.54 |
| 18Dec14 | Occupancy Sales Tax | 7.63 |
| 19Dec14 | Room Charge | 109.00 |
| 19Dec14 | State Occupancy Tax | 6.54 |
| 19Dec14 | Occupancy Sales Tax | 7.63 |

Total Charges Transferred FROM 62985          1,724.38

*Translator's lodging — Begin*

Charges Transferred FROM 62986 PARK/ANN

| Date | Description | Charges |
|---|---|---|
| 06Dec14 | Room Charge | 109.00 |
| 06Dec14 | State Occupancy Tax | 6.54 |
| 06Dec14 | Occupancy Sales Tax | 7.63 |
| 07Dec14 | Room Charge | 109.00 |
| 07Dec14 | State Occupancy Tax | 6.54 |
| 07Dec14 | Occupancy Sales Tax | 7.63 |
| 08Dec14 | Room Charge | 109.00 |
| 08Dec14 | State Occupancy Tax | 6.54 |
| 08Dec14 | Occupancy Sales Tax | 7.63 |
| 09Dec14 | Room Charge | 109.00 |
| 09Dec14 | State Occupancy Tax | 6.54 |
| 09Dec14 | Occupancy Sales Tax | 7.63 |
| 10Dec14 | Room Charge | 109.00 |
| 10Dec14 | State Occupancy Tax | 6.54 |
| 10Dec14 | Occupancy Sales Tax | 7.63 |
| 11Dec14 | Room Charge | 109.00 |
| 11Dec14 | State Occupancy Tax | 6.54 |
| 11Dec14 | Occupancy Sales Tax | 7.63 |
| 12Dec14 | Room Charge | 109.00 |
| 12Dec14 | State Occupancy Tax | 6.54 |
| 12Dec14 | Occupancy Sales Tax | 7.63 |
| 13Dec14 | Room Charge | 109.00 |



FAIRFIELD
INN & SUITES®
Marriott.

Fairfield Inn & Suites by Marriott
Marshall

105 West Interstate 20
Marshall Tx 75672
903.938.7666



FAIRFIELD
100%
GUARANTEE*

Greenberg Traurig Ll

200 Park Place

New York NY 10166

Greenberg Traurig Llp

Room: GRP

Room Type: HSE

Number of Guests: 1

Rate: $0.00          Clerk: LLW

| Arrive: 02Nov14 | Time: | Depart: 29Dec14 | Time: 09:16AM | Folio Number: G1875 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 13Dec14 | State Occupancy Tax | 6.54 | |
| 13Dec14 | Occupancy Sales Tax | 7.63 | |
| 14Dec14 | Room Charge | 109.00 | |
| 14Dec14 | State Occupancy Tax | 6.54 | |
| 14Dec14 | Occupancy Sales Tax | 7.63 | |
| 15Dec14 | Room Charge | 109.00 | |
| 15Dec14 | State Occupancy Tax | 6.54 | |
| 15Dec14 | Occupancy Sales Tax | 7.63 | |
| 16Dec14 | Room Charge | 109.00 | |
| 16Dec14 | State Occupancy Tax | 6.54 | |
| 16Dec14 | Occupancy Sales Tax | 7.63 | |
| 17Dec14 | Room Charge | 109.00 | |
| 17Dec14 | State Occupancy Tax | 6.54 | |
| 17Dec14 | Occupancy Sales Tax | 7.63 | |
| 18Dec14 | Room Charge | 109.00 | |
| 18Dec14 | State Occupancy Tax | 6.54 | |
| 18Dec14 | Occupancy Sales Tax | 7.63 | |
| 19Dec14 | Room Charge | 109.00 | |
| 19Dec14 | State Occupancy Tax | 6.54 | |
| 19Dec14 | Occupancy Sales Tax | 7.63 | |

Total Charges Transferred FROM 62986          1,724.38      $492.68

— End

Charges Transferred FROM 62987 DAVIS/MARK

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06Dec14 | Room Charge | 109.00 | |
| 06Dec14 | State Occupancy Tax | 6.54 | |
| 06Dec14 | Occupancy Sales Tax | 7.63 | |
| 07Dec14 | Room Charge | 109.00 | |
| 07Dec14 | State Occupancy Tax | 6.54 | |
| 07Dec14 | Occupancy Sales Tax | 7.63 | |
| 08Dec14 | Room Charge | 109.00 | |
| 08Dec14 | State Occupancy Tax | 6.54 | |
| 08Dec14 | Occupancy Sales Tax | 7.63 | |
| 09Dec14 | Room Charge | 109.00 | |
| 09Dec14 | State Occupancy Tax | 6.54 | |
| 09Dec14 | Occupancy Sales Tax | 7.63 | |
| 10Dec14 | Room Charge | 109.00 | |
| 10Dec14 | State Occupancy Tax | 6.54 | |
| 10Dec14 | Occupancy Sales Tax | 7.63 | |
| 11Dec14 | Room Charge | 109.00 | |
| 11Dec14 | State Occupancy Tax | 6.54 | |
| 11Dec14 | Occupancy Sales Tax | 7.63 | |

**Mobile Telecommunications Technologies, LLC v.**
**Samsung Telecommunications America, LLC**
**13-cv-259 RSP**

# INVOICES FOR WITNESSES' EXPENSES



FAIRFIELD
INN & SUITES®
*Marriott.*

Fairfield Inn & Suites by Marriott
Marshall

105 West Interstate 20
Marshall Tx 75672
903.938.7666



FAIRFIELD
—100%—
GUARANTEE™

Greenberg Traurig LI

200 Park Place

New York NY 10166

Greenberg Traurig Llp

Room: GRP

Room Type: HSE

Number of Guests: 1

Rate: $0.00     Clerk: LLW

| Arrive: 02Nov14 | Time: | Depart: 29Dec14 | Time: 09:16AM | Folio Number: G1875 |
|---|---|---|---|---|

| Date | Description | Charges | Credits |
|---|---|---|---|
| 18Dec14 | Occupancy Sales Tax | 7.63 | |
| 19Dec14 | Room Charge | 109.00 | |
| 19Dec14 | State Occupancy Tax | 6.54 | |
| 19Dec14 | Occupancy Sales Tax | 7.63 | |
| | Total Charges Transferred FROM 62992 | 1,724.38 | |

—— Begin

Charges Transferred FROM 62993 BECKMANN/

WILLIAM

| 06Dec14 | Room Charge | 109.00 |
|---|---|---|
| 06Dec14 | State Occupancy Tax | 6.54 |
| 06Dec14 | Occupancy Sales Tax | 7.63 |
| 06Dec14 | Room Charge | 109.00 |
| 07Dec14 | State Occupancy Tax | 6.54 |
| 07Dec14 | Occupancy Sales Tax | 7.63 |
| 07Dec14 | Room Charge | 109.00 |
| 08Dec14 | State Occupancy Tax | 6.54 |
| 08Dec14 | Occupancy Sales Tax | 7.63 |
| 08Dec14 | Room Charge | 109.00 |
| 09Dec14 | State Occupancy Tax | 6.54 |
| 09Dec14 | Occupancy Sales Tax | 7.63 |
| 09Dec14 | Room Charge | 109.00 |
| 10Dec14 | State Occupancy Tax | 6.54 |
| 10Dec14 | Occupancy Sales Tax | 7.63 |
| 10Dec14 | Room Charge | 109.00 |
| 11Dec14 | State Occupancy Tax | 6.54 |
| 11Dec14 | Occupancy Sales Tax | 7.63 |
| 11Dec14 | Room Charge | 109.00 |
| 12Dec14 | State Occupancy Tax | 6.54 |
| 12Dec14 | Occupancy Sales Tax | 7.63 |
| 12Dec14 | Room Charge | 109.00 |
| 13Dec14 | State Occupancy Tax | 6.54 |
| 13Dec14 | Occupancy Sales Tax | 7.63 |
| 13Dec14 | Room Charge | 109.00 |
| 14Dec14 | State Occupancy Tax | 6.54 |
| 14Dec14 | Occupancy Sales Tax | 7.63 |
| 14Dec14 | Room Charge | 109.00 |
| 15Dec14 | State Occupancy Tax | 6.54 |
| 15Dec14 | Occupancy Sales Tax | 7.63 |
| 15Dec14 | Room Charge | 109.00 |
| 16Dec14 | Room Charge | 6.54 |
| 16Dec14 | State Occupancy Tax | |



Fairfield Inn & Suites by Marriott
Marshall

105 West Interstate 20
Marshall Tx 75672
903.938.7666



Greenberg Traurig Ll

200 Park Place

New York NY 10166

Greenberg Traurig Llp

Room: GRP

Room Type: HSE

Number of Guests: 1

Rate:  $0.00          Clerk: LLW

| Arrive: 02Nov14 | Time: | Depart: 29Dec14 | Time: 09:16AM | Folio Number: G1875 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 16Dec14 | Occupancy Sales Tax | 7.63 | |
| 17Dec14 | Room Charge | 109.00 | |
| 17Dec14 | State Occupancy Tax | 6.54 | |
| 17Dec14 | Occupancy Sales Tax | 7.63 | |
| 18Dec14 | Room Charge | 109.00 | |
| 18Dec14 | State Occupancy Tax | 6.54 | |
| 18Dec14 | Occupancy Sales Tax | 7.63 | |
| 19Dec14 | Room Charge | 109.00 | |
| 19Dec14 | State Occupancy Tax | 6.54 | |
| 19Dec14 | Occupancy Sales Tax | 7.63 | |

Total Charges Transferred FROM 62993        1,724.38    1231.70

Charges Transferred FROM 62994 VIGIL/ROBERT

| Date | Description | Charges |
|---|---|---|
| 06Dec14 | Room Charge | 109.00 |
| 06Dec14 | State Occupancy Tax | 6.54 |
| 06Dec14 | Occupancy Sales Tax | 7.63 |
| 07Dec14 | Room Charge | 109.00 |
| 07Dec14 | State Occupancy Tax | 6.54 |
| 07Dec14 | Occupancy Sales Tax | 7.63 |
| 08Dec14 | Room Charge | 109.00 |
| 08Dec14 | State Occupancy Tax | 6.54 |
| 08Dec14 | Occupancy Sales Tax | 7.63 |
| 09Dec14 | Room Charge | 109.00 |
| 09Dec14 | State Occupancy Tax | 6.54 |
| 09Dec14 | Occupancy Sales Tax | 7.63 |
| 10Dec14 | Room Charge | 109.00 |
| 10Dec14 | State Occupancy Tax | 6.54 |
| 10Dec14 | Occupancy Sales Tax | 7.63 |
| 11Dec14 | Room Charge | 109.00 |
| 11Dec14 | State Occupancy Tax | 6.54 |
| 11Dec14 | Occupancy Sales Tax | 7.63 |
| 12Dec14 | Valet | 14.08 |
| 12Dec14 | Valet | 22.00 |
| 12Dec14 | Room Charge | 109.00 |
| 12Dec14 | State Occupancy Tax | 6.54 |
| 12Dec14 | Occupancy Sales Tax | 7.63 |
| 13Dec14 | Room Charge | 109.00 |
| 13Dec14 | State Occupancy Tax | 6.54 |
| 13Dec14 | Occupancy Sales Tax | 7.63 |
| 14Dec14 | Room Charge | 109.00 |
| 14Dec14 | State Occupancy Tax | 6.54 |



**FAIRFIELD**
**INN & SUITES®**
**Marriott.**

Fairfield Inn & Suites by Marriott
Marshall

105 West Interstate 20
Marshall Tx 75672
903.938.7666



FAIRFIELD
100%
GUARANTEE™

Greenberg Traurig Li

200 Park Place

New York NY 10166

Greenberg Traurig Llp

Room: GRP

Room Type: HSE

Number of Guests: 1

Rate: $0.00

Clerk: LLW

Arrive: 02Nov14    Time:    Depart: 29Dec14    Time: 09:16AM    Folio Number: G1875

| Date | Description | Charges | Credits |
|---|---|---|---|
| 14Dec14 | Occupancy Sales Tax | 7.63 | |
| 15Dec14 | Valet | 14.03 | |
| 15Dec14 | Valet | 8.47 | |
| 15Dec14 | Valet | 30.58 | |
| 15Dec14 | Room Charge | 109.00 | |
| 15Dec14 | State Occupancy Tax | 6.54 | |
| 15Dec14 | Occupancy Sales Tax | 7.63 | |
| 16Dec14 | Room Charge | 109.00 | |
| 16Dec14 | State Occupancy Tax | 6.54 | |
| 16Dec14 | Occupancy Sales Tax | 7.63 | |
| 17Dec14 | Room Charge | 109.00 | |
| 17Dec14 | State Occupancy Tax | 6.54 | |
| 17Dec14 | Occupancy Sales Tax | 7.63 | |
| 18Dec14 | Room Charge | 109.00 | |
| 18Dec14 | State Occupancy Tax | 6.54 | |
| 18Dec14 | Occupancy Sales Tax | 7.63 | |
| ~~18Dec14~~ | Room Charge | ~~109.00~~ | |
| ~~19Dec14~~ | State Occupancy Tax | ~~6.54~~ | |
| ~~19Dec14~~ | Occupancy Sales Tax | ~~7.63~~ | |

Total Charges Transferred FROM 62994          ~~1,815.54~~   1320.86

Charges Transferred FROM 62995 JANG/WOO

HYUK

| | | | |
|---|---|---|---|
| ~~06Dec14~~ | Room Charge | | ~~109.00~~ |
| ~~06Dec14~~ | State Occupancy Tax | | ~~6.54~~ |
| ~~06Dec14~~ | Occupancy Sales Tax | | ~~7.63~~ |
| ~~07Dec14~~ | Room Charge | | ~~109.00~~ |
| ~~07Dec14~~ | State Occupancy Tax | | ~~6.54~~ |
| ~~07Dec14~~ | Occupancy Sales Tax | | ~~7.63~~ |
| ~~08Dec14~~ | Room Charge | | ~~109.00~~ |
| ~~08Dec14~~ | State Occupancy Tax | | ~~6.54~~ |
| ~~08Dec14~~ | Occupancy Sales Tax | | ~~7.63~~ |
| ~~09Dec14~~ | Room Charge | | ~~109.00~~ |
| ~~09Dec14~~ | State Occupancy Tax | | ~~6.54~~ |
| ~~09Dec14~~ | Occupancy Sales Tax | | ~~7.63~~ |
| ~~10Dec14~~ | Room Charge | | ~~109.00~~ |
| ~~10Dec14~~ | State Occupancy Tax | | ~~7.63~~ |
| ~~10Dec14~~ | Occupancy Sales Tax | 109.00 | |
| 11Dec14 | Room Charge | 6.54 | |
| 11Dec14 | State Occupancy Tax | | |



FAIRFIELD INN & SUITES by Marriott
Marshall

105 West Interstate 20
Marshall Tx 75672
903.938.7666



Greenberg Traurig LI

200 Park Place

New York NY 10166

Greenberg Traurig Llp

Room: GRP

Room Type: HSE

Number of Guests: 1

Rate: $0.00          Clerk: LLW

Arrive: 02Nov14     Time:      Depart: 29Dec14      Time: 09:16AM      Folio Number: G1875

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11Dec14 | Occupancy Sales Tax | 7.63 | |
| 12Dec14 | Room Charge | 109.00 | |
| 12Dec14 | State Occupancy Tax | 6.54 | |
| 12Dec14 | Occupancy Sales Tax | 7.63 | |
| 13Dec14 | Room Charge | 109.00 | |
| 13Dec14 | State Occupancy Tax | 6.54 | |
| 13Dec14 | Occupancy Sales Tax | 7.63 | |
| 14Dec14 | Room Charge | 109.00 | |
| 14Dec14 | State Occupancy Tax | 6.54 | |
| 14Dec14 | Occupancy Sales Tax | 7.63 | |
| 15Dec14 | Room Charge | 109.00 | |
| 15Dec14 | State Occupancy Tax | 6.54 | |
| 15Dec14 | Occupancy Sales Tax | 7.63 | |
| 16Dec14 | Room Charge | 109.00 | |
| 16Dec14 | State Occupancy Tax | 6.54 | |
| 16Dec14 | Occupancy Sales Tax | 7.63 | |
| 17Dec14 | Room Charge | 109.00 | |
| 17Dec14 | State Occupancy Tax | 6.54 | |
| 17Dec14 | Occupancy Sales Tax | 7.63 | |

Total Charges Transferred FROM 62995          1,476.04   862.19

— End

Charges Transferred FROM 62996 BENNER/TIM

| 06Dec14 | Room Charge | 109.00 |
| 06Dec14 | State Occupancy Tax | 6.54 |
| 06Dec14 | Occupancy Sales Tax | 7.63 |
| 07Dec14 | Room Charge | 109.00 |
| 07Dec14 | State Occupancy Tax | 6.54 |
| 07Dec14 | Occupancy Sales Tax | 7.63 |
| 08Dec14 | Room Charge | 109.00 |
| 08Dec14 | State Occupancy Tax | 6.54 |
| 08Dec14 | Occupancy Sales Tax | 7.63 |
| 09Dec14 | Room Charge | 109.00 |
| 09Dec14 | State Occupancy Tax | 6.54 |
| 09Dec14 | Occupancy Sales Tax | 7.63 |
| 10Dec14 | Room Charge | 109.00 |
| 10Dec14 | State Occupancy Tax | 6.54 |
| 10Dec14 | Occupancy Sales Tax | 7.63 |
| 11Dec14 | Room Charge | 109.00 |
| 11Dec14 | State Occupancy Tax | 6.54 |
| 11Dec14 | Occupancy Sales Tax | 7.63 |
| 12Dec14 | Room Charge | 109.00 |

# NETWORK COMPUTING ASSOCIATES, LTD.

## 43 LAMBERT RIDGE
## CROSS RIVER, NY  10518

| Date | Description | Amount |
|------|-------------|--------|
| 12/29/2014 | Travel Expenses (see attached spreadsheet) for travel to/from home (Cross River, NY) and Marshall, TX for Dr. William H. Beckmann | $  2,184.16 |
| | TOTAL DUE | $  2,184.16 |

Please submit payment to:
Network Computing Associates, Ltd.

Bank:          Citibank NA
Account#:    02164076
ABA#:         021000089

## THANK YOU!

EIN: 13-4102424

| Consultant Name: | Dr. William H. Beckmann | Company: | Network Computing Associates, Ltd. |
|---|---|---|---|

| Date | Description | Air/Train Fare | Lodging | Taxi/Limo/ Rental Car | Telephone/ Internet | Meals | Purchased Mat'ls | Other (Parking Valet) | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Wed, 12/10/2014 | Travel from home (Cross River, NY) to Marshall TX via JFK to DFW to SHV to Fairfield Inn & Suites, Marshall | $ 958.60 | $ 0.00 | $ 188.06 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1,146.66 |
| Fri, 12/19/2014 | Travel from Fairfield Inn & Suites, Marshall TX, to home (Cross River, NY) via SHV to DFW to LGA | $ 550.10 | $ 0.00 | $ 179.69 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 729.79 |
| Fri, 12/19/2014 | Hertz rental car from/to Shreveport airport (SHV), 12/10/2014 to 12/19/2014 | $ 0.00 | $ 0.00 | $ 307.71 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 307.71 |
| | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | | | | | | Total Expenses: | $ 2,184.16 |



**MTC Limousine & Corporate Coach Inc.**

**296 ADAMS STREET, BEDFORD HILLS, NY 10507**

**PHONE NO. 914-241-9211  FAX NO. 914-241-2973**

## CREDIT CARD RECEIPT

| | | | |
|---|---|---|---|
| **Passenger** | BECKMANN,BILL | **Reservation Date/Time** | 12/10/2014 06:45 |
| **Car Type** | SEDAN | **Confirmation #** | 1400819547 |

**Routing** :

PU     RESIDENCE, 43 LAMBERT RIDGE, CROSS RIVER, NY

DEST    JFK, AMERICAN DOMESTIC, 2371

| | |
|---|---|
| **Base Rate :** | 135.00 |
| Tip* | 27.00 |
| Parking/Tolls | 15.00 |
| Sales Tax | 11.06 |
| **Total Trip Charge    USD :** | **188.06** |
| **Amount Due    USD :** | **0.00** |

Paid by   **AMEX**      **\*\*\*\*\* 3007**

**Exp. Date**      **0215**

**Auth. Code**      **126113**

*A recommended tip has been added for your convenience. The payment of this recommended tip is subject to your complete discretion and you may increase, decrease or eliminate it. Any recommended tip you decide to pay will be remitted in full to the chauffeur.

Thank you. Please forward any questions to us at accounting@mtclimousine.com

| **Subject:** | E-Ticket Confirmation-DZKMKR 08DEC |
| **From:** | American Airlines@aa.com (notify@aa.globalnotifications.com) |
| **To:** | WHBECKMANN@YAHOO.COM; |
| **Date:** | Wednesday, November 26, 2014 8:41 PM |

 American Airlines

Reservations    Redeem Miles    My Account    Deals    

# eTicket Itinerary & Receipt Confirmation

Ticket Issued: Nov 26, 2014

## William H Beckmann,

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.

**For faster check-in at the airport, scan the barcode below at any AA Self-Service machine.**

You must present a government-issued photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

You can now Manage Your Reservation on aa.com, where you can check in and purchase additional items to customize your journey. A variety of seating options are also available for purchase to enhance your travel with features such as convenient front of cabin location, extra legroom and early boarding.

As American and US Airways merge, many changes are taking place at our airport locations. Visit Find Your Way to assist with your journey.



Flight notifications on the go. Update and receive notifications »

 AVIS

Up to 35% off plus earn quadruple bonus miles.
Learn more »

 Budget

Up to 30% off plus earn triple bonus miles.
Start now »



Flight notifications on the go. Update and receive notifications »

 AVIS

Up to 35% off plus earn quadruple bonus miles.
Learn more »

 Budget

Up to 30% off plus earn triple bonus miles.
Start now »


**Book a Hotel »**


**Book a Car »**


**Buy Trip Insurance »**

Record

| Locator | **DZKMKR** |
|---------|------------|

# Itinerary

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---------|----------|-----------|----------|-----------|
|  American | 2371 | NEW YORK JFK MON 08DEC 9:00 AM | DALLAS FT WORTH 12:10 PM | Y |
| William Beckmann | Seat 13D | Economy | FF#: H276306 GLD | Food For Purchase |
| American | 3401 | DALLAS FT WORTH MON 08DEC 3:00 PM | SHREVEPORT 3:48 PM | Y |
| | | OPERATED BY ENVOY AIR AS AMERICAN EAGLE CHECK-IN WITH AMERICAN EAGLE | | |
| William Beckmann | Seat 13D | Economy | FF#: H276306 GLD | Food For Purchase |

# Receipt

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|-----------|----------|----------|-------------------------------|--------------|
| William Beckmann | 0012344540403 | 870.70 | 87.90 | 958.60 |
| American Express XXXXXXXXXXX3007 | | | | **$ 958.60** |

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -JFKSHV-No free checked bags/ American Airlines 1STCHECKED BAG FEE-JFKSHV-USD0.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-JFKSHV-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

Electronic tickets are NOT TRANSFERABLE.  Tickets with nonrestrictive fares are valid for one year from original date of issue.  If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location.  In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage.  Other carriers on which you may be ticketed may have different conditions of carriage.  International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention.  Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay

or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold.  You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices.  You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers.  Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

If you have a customer service issue, please Contact AA..

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s).  This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient.  If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message.   If you suspect you have received this email in error, please notify the sender and promptly delete this message and its attachments from your computer.

  

Conditions of Carriage        Special Assistance        Flight Check-in        Flight Status Notification

NRID: 4466212321582616092778600

 **PRINT**

**THE HERTZ CORPORATION**
Phone: 800-654-4173
Fax:
Web: www.hertz.com

REPRINT

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

| | |
|---|---|
| **Rental Agreement No:** | 655392894 |
| **Invoice Date:** | 12/19/2014 |
| **Document:** | 904002592958 |
| **Renter:** | WILLIAM BECKMANN |
| **Account No.:** | ***********3007 AMX |
| **CDP No.:** | 40000 |
| **CDP Name:** | IBM CORPORATION |

**WILLIAM BECKMANN**
**NETWORK COMPUTING ASSOCIATES**
**BOX 129**
**CROSS RIVER, NY 10518-0129**

**RENTAL REFERENCE**
Rental Agreement No: 655392894
Reservation ID:     G4082014685

**MISCELLANEOUS INFORMATION**
CC AUTH: 128448  DATE: 2014/12/10  AMT:  508.00

**RENTAL DETAILS**
Rate Plan:    IN: CRL    OUT: CRL
Rented On:    12/10/2014 17:36  LOC# 143711
              SHREVEPORT, LA
Returned On:  12/19/2014 11:34  LOC# 143711
              SHREVEPORT, LA
Car Description:    N/LTRAV FWD 8PN  DHZ4799
Veh. No.:          7946858
CAR CLASS Charged:  C    **MILEAGE**    **In:** 9,254
         Rented:   K6              **Out:** 9,172
         Reserved: C              **Driven:**   82

**RENTAL CHARGES**
| | | | |
|---|---|---|---|
| WEEKS | 1 @ | 145.75 | 145.75 |
| EXTRA DAYS | 2 @ | 29.15 | 58.30 |
| SUBTOTAL | | | 204.05 |
| | | | |
| CONCESSION FEE RECOVERY | | | 30.36 |
| NEVERLOST | | | 48.93 |
| TAX | | 8.60% | 24.37 |
| | | | |
| AMOUNT DUE | | | 307.71 USD |

**Gold Plus Rewards Points**
Earned this rental:   302

**THANK YOU FOR RENTING FROM HERTZ**

**ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.**

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

**Phone:**       800-654-4173
**Web:**         www.hertz.com

**AMOUNT BILLED TO ACCOUNT:**        307.71 USD

| **Subject:** | E-Ticket Confirmation-YHOTDX 19DEC |
| **From:** | American Airlines@aa.com (notify@aa.globalnotifications.com) |
| **To:** | WHBECKMANN@YAHOO.COM; |
| **Date:** | Wednesday, November 26, 2014 8:42 PM |

 American Airlines    Reservations    Redeem Miles    My Account    Deals    

# eTicket Itinerary & Receipt Confirmation

Ticket Issued: Nov 26, 2014

## William H Beckmann,

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

You have purchased a Choice Plus Bundle. For more information, please visit www.aa.com/traveloptions.

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode below at any AA Self-Service machine.**

You must present a government-issued photo ID and either your boarding pass or a priority verification card at the security screening checkpoint..

You can now Manage Your Reservation on aa.com, where you can check in and purchase additional items to customize your journey. A variety of seating options are also available for purchase to enhance your travel with features such as convenient front of cabin location, extra legroom and early boarding.

As American and US Airways merge, many changes are taking place at our airport locations. Visit Find Your Way to assist with your journey.



Flight notifications on the go. Update and receive notifications »



Up to 35% off plus earn quadruple bonus miles. Learn more »



Up to 30% off plus earn triple bonus miles. Start now »


Book a Hotel »


Book a Car »


Buy Trip Insurance »

# Itinerary

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---------|----------|-----------|----------|-----------|
|  American | 2972 | SHREVEPORT FRI 19DEC 2:40 PM | DALLAS FT WORTH 3:40 PM | K |
| | | OPERATED BY ENVOY AIR AS AMERICAN EAGLE CHECK-IN WITH AMERICAN EAGLE | | |
| William Beckmann | Seat 12B | Economy | FF#: H276306 GLD | Food For Purchase |
| American | 1164 | DALLAS FT WORTH FRI 19DEC 5:45 PM | NEW YORK LGA 10:00 PM | K |
| William Beckmann | Seat 14D | Economy | FF#: H276306 GLD | Food For Purchase |

# Receipt

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|-----------|----------|----------|-------------------------------|--------------|
| William Beckmann | 0012344541412 | 494.89 | 55.21 | 550.10 |
| American Express XXXXXXXXXXX3007 | | | | **$ 550.10** |

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -SHVLGA-01 Piece/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-SHVLGA-USD0.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-SHVLGA-USD0.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE.  Tickets with nonrestrictive fares are valid for one year from original date of issue.  If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location.  In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage.  Other carriers on which you may be ticketed may have different conditions of carriage.  International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention.  Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and

limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

If you have a customer service issue, please Contact AA..

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s). This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you suspect you have received this email in error, please notify the sender and promptly delete this message and its attachments from your computer.

  

Conditions of Carriage          Special Assistance          Flight Check-in          Flight Status Notification

NRID: 354825604464262616260511000



**MTC Limousine & Corporate Coach Inc.**

**296 ADAMS STREET, BEDFORD HILLS, NY 10507**

**PHONE NO. 914-241-9211  FAX NO. 914-241-2973**

## CREDIT CARD RECEIPT

| | | |
|---|---|---|
| **Passenger** | BECKMANN,BILL | |
| **Car Type** | SEDAN | |

**Reservation Date/Time**  12/19/2014 19:51
**Confirmation #**  1400819548

**Routing** :  PU  LGA, AMERICAN, 1148

DEST  RESIDENCE, 43 LAMBERT RIDGE, CROSS RIVER, NY

| | |
|---|---|
| **Base Rate :** | 120.00 |
| Tip* | 24.00 |
| Parking/Tolls | 23.00 |
| Sales Tax | 12.69 |
| **Total Trip Charge     USD :** | **179.69** |
| **Amount Due    USD :** | **0.00** |

**Paid by    AMEX         *****  3007**
**Exp. Date                          0215**
**Auth. Code                      145376**

*A recommended tip has been added for your convenience. The payment of this recommended tip is subject to your complete discretion and you may increase, decrease or eliminate it. Any recommended tip you decide to pay will be remitted in full to the chauffeur.

Thank you. Please forward any questions to us at accounting@mtclimousine.com



December 30, 2014

Joshua L. Raskin, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
USA

AG Case No.: 022834
Invoice No.:   853844
Taxpayer ID:  04-2727260

**Re:** **Mobile Telecommunications Technologies, LLC v. Samsung Telecommunications America, LLC**

For expenses incurred in connection with the above referenced case for the period ending December 29, 2014, including:

- Travel expenses related to trial in Marshall, Texas

<u>Current Billing:</u>

| | | |
|---|---|---|
| Total Expenses | $ | 1,202.30 |
| **Total Due and Payable - Current Billing** | **$** | **1,202.30** |

Mobile Telecommunications Technologies, LLC v. Samsung Telecommunications America, LLC

For the period ended December 29, 2014

Invoice 853844

**Expense Detail**

| Expense Category | | Amount |
|---|---|---|
| Airfare | $ | 515.65 |
| Ground Transportation | | 686.65 |
| **Total Expenses** | $ | **1,202.30** |

Note: Expenses, which include such items as travel, photocopy, telephone and computer services, may be billed one to two months after being incurred.


December 30, 2014

Joshua L. Raskin, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
USA

AG Case No.: 022834
Invoice No.:  853844
Taxpayer ID:  04-2727260

**Re:** <u>**Mobile Telecommunications Technologies, LLC v. Samsung
Telecommunications America, LLC**</u>

Total Expenses                              $        1,202.30

**Total Due and Payable - Current Billing**   **$        1,202.30**

**Remit To:**
Analysis Group Inc.
111 Huntington Avenue
10th Floor
Boston, MA 02199

Wire Instructions:
Citizens Bank
Routing / ABA No.: 011500120
Account No.: 1130184460

Direct Deposit (EFT or ACH):
Routing / ABA No.:211070175
Account No.: 1130184460

---

THIS INVOICE IS PAYABLE UPON RECEIPT
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

# CWT On-Demand Invoices



**ANALYSIS GROUP**

<div align="right">

**ANALYSIS GROUP**
**1900 16TH ST**
**STE 1100**
**DENVER  CO 80202**

</div>

| | | | | |
|---|---|---|---|---|
| Invoice Number | : **7650** | Ticket Number | : **001/7540412133** |
| Account Number | : **1R4-US** | Date of Invoice | : **11/13/2014** |
| PNR | : **QB3Z90** | Department | : |
| Booking Agent | : **7MV** | Form of Payment | : **AX - 1001** |
| E - Ticket | : **Yes** | POS Amount | : **21.05** |
| Transaction Type | : **Sale** | Trip Type | : **Domestic** |
| Issuing Branch ID | : **USU12271** | Received Info | : **AMBER** |
| Refundable Ticket Status | : | Booking Method | : |

---

**Traveler Name: VIGIL/ROBERT L**

| Vendor | Flight# / Class Fare Basis | Travel Dates | City - Airport | Time |
|---|---|---|---|---|
| ✈ AMERICAN AIRLINES | 365 / Economy / Coach Discounted | Tuesday, December 09, 2014 | LV: WASHINGTON RONALD REAGAN NATIO(DCA) | 10:05 AM |
| | KA00ZRV1 | Tuesday, December 09, 2014 | AR: DALLAS/FORT WORTH INTL APT (DFW) | 12:35 PM |
| ✈ AMERICAN AIRLINES | 2972 / Economy / Coach Discounted | Tuesday, December 09, 2014 | LV: DALLAS/FORT WORTH INTL APT (DFW) | 1:20 PM |
| | KA00ZRV1 | Tuesday, December 09, 2014 | AR: SHREVEPORT REGIONAL APT(SHV) | 2:13 PM |

| **Remarks:** | | **Base Air Fare:** | **USD 392.56** |
|---|---|---|---|
| 30 | | **Base Air Tax:** | **USD 52.04** |
| | | | |
| 022834 | | **Paid Fare:** | **USD 444.60** |
| | | | |
| | | **POS Fee:** | **USD 21.05** |
| | | **Total Invoice Amount:** | **USD 465.65** |

9b760fa9-aa42-40ca-b5c3-2c192e4bd29d

Copyright © 2012 - 2014 CWT

# Hertz

**ROBERT L VIGIL**

#01 RN    **RR 655288233**
RES G3881626507

**CC**

## INITIAL CHARGES

| | | | | | |
|---|---|---|---|---|---|
| RENT RT $ 330.21 / WEEK | @1 | /WEEKS | $ | 330.21 | |
| RENT RT $ 47.17 / DAY | @1 | /DAYS | $ | 47.17 | |
| SUBTOTAL 1 | | | $ | 377.38 | |
| DISCOUNT - R | 10% | | $ | 37.74 | |
| SUBTOTAL LESS DISCOUNT | | | T$ | 339.64 | |

## CHARGES ADDED DURING RENTAL

| | | | |
|---|---|---|---|
| LDW | DECLINED | | |
| LIS | DECLINED | | |
| PAI, PEC | DECLINED | | |
| PREM RD SVC | DECLINED | | |
| FPO | ACCEPTED | T$ | 38.57 |

* ADDITIONAL CHARGES

## SERVICE CHARGES/TAXES

| | | | |
|---|---|---|---|
| CONCESSION FEE RECOVERY | 12.00% | T$ | 45.39 |
| ENERGY SURCHARGE | | T$ | 1.49 |
| TAX 8.600% ON TAXABLE TTL OF $ | 425.09 | $ | 36.56 |
| **TOTAL AMOUNT DUE** | | $ | **461.65** |

CHARGED ON VISA    XXXXXXXXXXX6517

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE: 02298 / 6688469    13 CAMRY 2.5L   N
LICENSE: IL S164252
FUEL:    FULL     8/8 OUT   8/8 IN
MILEAGE IN:     37500     TR-X MILES:
MILEAGE OUT:    37113     MILES ALLOWED:
MILES DRIVEN:    387     MILES CHARGED:
ODP: 459924 - ANALYSIS GROUP INC

RENTED:    SHREVEPORT REGIONAL AP
RENTAL:    12/10/14 14:36
RETURN:    12/18/14 12:09
RETURNED: SHREVEPORT REGIONAL AP
COMPLETED BY:   7864/LASHR11

PLAN IN:    MCLW     RATE CLASS: F
PLAN OUT:   MCLW

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

GIL/ROBERTL
**NOT VALID FOR**
**TRANSPORTATION**

PL ATL DL DCA
F   25.00
25.00

USD   25.00

USD25.00

PASSENGER RECEIPT    CI    EXCESS BAGGAGE
16DEC14 0006          US         TICKET
DL/KI    SHV FTO

THIS IS YOUR RECEIPT

PSGR TICKET 0067543343487

HSN2VY /DL

FOR CONDITIONS OF
CONTRACT – SEE
PASSENGER TICKET AND
BAGGAGE CHECK

VTXxxxxxxxxxx6517/191497

NOT VALID FOR TRAVEL

1 006 8257816947 4

1 006 8257816947 4

---

✓ **American**                        ● BAGGAGE CHARGE RECEIPT

PASSENGER NAME
VIGIL/ROBERT L

UPTO50LB 23KG AND62LI          1      25.00 USD

DCA DFW – AA DFW SHV – AA
Total with Applicable TFC              25.00 USD
Credit Card      VI XXXXXXXXXXXX1444

DATE                                                          TFC=TAXES,FEES & CHARGES
DECEMBER 10, 2014

Agent: DCA-SSM      001 0276703245      0

---

✓ Parking

REAGAN
NATIONAL AIRPORT
RECEIPT   A210
ENTRY TIME:
12/10/14    08:12
EXIT TIME:
12/18/14    20:10
PARK-DUR.: HRS:MIN
8:11:58

AMOUNT:
$ 225.00
KIND OF PAYMENT:
VISA
XXXXXXXXXXX6517
THANK YOU FOR YOUR

RECEIPT
NOT FOR EXIT



**sejoong**
세중여행

JEON SEULKI ( tel )
sk1025.jeon@partner.samsung.com / 02-2126-7777 세종24
시간콜센타

# e-Ticket Itinerary & Receipt

*Provided by* **TOPAS**

신라면세점 인천공항점 방문하면
**₩50,000**
발인권 즉시 증정

지금 클릭하면
5만 8천원
적립금 혜택!

THE SHILLA duty free

가 ~ 2014.12.31(출국전 1인 1회 증정)
중정장소 - 루이비통 매장 옆, 42번 게이트 앞 안내데스크

| | | |
|---|---|---|
| 승객성명 | Passenger Name | **JANG/WOOHYUK MR** |
| 예약번호 | Booking Reference | 5116-7302 |
| 항공권번호 | Ticket Number | 0014764646311 |

## 여정 Itinerary

### 편명 Flight **AA0280** (예약번호:**KXTUNZ**) Operated by **AA(AMERICAN AIRLINES)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 출발 Departure | 서울(**ICN**) Incheon intl | **13Dec14** | **18:00** | **Local Time** | Terminal No. : - |
| 도착 Arrival | 달라스(**DFW**) Dallas fort worth | 13Dec14 | 15:45 | Local Time | Terminal No. : 0 |

| | | | | | |
|---|---|---|---|---|---|
| 예상비행시간 | Flight Time | 12H 45M | | | |
| 예약등급 | Class | Y (일반석) | 항공권 유효기간 | Not Valid Before | - |
| 좌석 타입 | Seat Type | - | | Not Valid After | 30Sep15 |
| 예약상태 | Status | OK (확약) | 수하물 | Baggage | 2PC |
| 운임 | Fare Basis | YGFSAMKR | | | |
| 기종 | Aircraft Type | BOEING 777-200/300 | | | |

### 편명 Flight **AA0281** (예약번호:**KXTUNZ**) Operated by **AA(AMERICAN AIRLINES)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 출발 Departure | 달라스(**DFW**) Dallas fort worth | **18Dec14** | **10:15** | **Local Time** | Terminal No. : 0 |
| 도착 Arrival | 서울(**ICN**) Incheon intl | 19Dec14 | 16:00 | Local Time | Terminal No. : - |

| | | | | | |
|---|---|---|---|---|---|
| 예상비행시간 | Flight Time | 14H 45M | | | |
| 예약등급 | Class | Y (일반석) | 항공권 유효기간 | Not Valid Before | - |
| 좌석 타입 | Seat Type | - | | Not Valid After | - |
| 예약상태 | Status | OK (확약) | 수하물 | Baggage | 2PC |
| 운임 | Fare Basis | YGFSAMKR | | | |
| 기종 | Aircraft Type | BOEING 777-200/300 | | | |

*수하물 정책 - 미국을 여행하시는 승객은 아래 사이트를 방문해 주시기 바랍니다:
**AMERICAN AIRLINES**
* 모든 정보는 항공사나 공항 사정에 의해서 변경될 수 있습니다.

## 항공권 운임정보 Ticket/Fare Information

| Restriction | Restriction | |
|---|---|---|
| 연결항공권 | Conj.Ticket No. | VALID ONLY ON AA/NON END/ C547005/SEE N/PFKR14 -BG AA |
| 운임산출내역 | Fare Calculation | SEL AA DFW740.59AA SEL740.59NUC1481.18END ROE1027.210000 XF DFW4.5 |
| Tour Code | Tour Code | C547005 |
| 산출운임 | Fare Amount | KRW 1521500 |
| 지불화폐 | Equiv. Fare Paid | |
| 세금 | TAX | KRW 203600YR 28000BP 6300YC 19800US 19800US 5700XA 8000XY 6400AY 5100XF |
| Carrier fee | Carrier fee | 0 |
| 총산출금액 | Total Amount | KRW 1824200 |
| 지불수단 | Form of Payment | CCAX XXXXXXXXXXX3418 / 0815/00 |
| 발행일 발행처 | e-Ticket Issue Date/Place | 09Dec2014 / 17300054 / SELKP3420 |

상기 운임정보는 공시운임으로 실제 지불 금액과 다를 수 있습니다.

▸ 본 e-티켓 확인증과 함께 제공된 법적 고지문을 반드시 참고하여 주시기 바랍니다.
▸ e-티켓 확인증은 탑승수속시, 입출국/세관 통과시 제시하도록 요구될 수 있으므로 반드시 전 여행 기간 동안 소지하시기 바랍니다. e-티켓 확인증의 이름과 여권상의 이름은 반드시 일치해야 합니다.
▸ 대부분의 공항에서 탑승 수속 마감 시간은 해당 항공편 출발 1 시간 전(미주, 유럽 출발/도착편은 그 이상)으로 되어 있으니, 해당 항공편 출발 예정시각 최소 **2**시간 전에는 공항에 도착하시기 바랍니다.
▸ 일부 공동 운항편의 경우 탑승 수속은 운항 항공사의 카운터에서 이루어지며, 운항항공사의 규정에 따라 탑승 수속 마감시간이 다를 수 있습니다.
▸ 사전에 좌석을 배정받으신 고객께서는 항공사 출발 1시간 30분 전까지 (일등석 및 프레스티지석 이용 고객께서는 1시간 전까지) 탑승권을 발급 받으시기 바랍니다. 해당 시각까지 탑승권으로 교환하지 못하신 고객은 사전 배정 된 좌석 번호가 본인에게 배정되지 않을 수도 있습니다.
▸ 항공사가 제공하는 운송 및 기타 서비스는 운송 약관에 준하며, 필요시 참조하실 수 있습니다. 이 약관은 발행 항공사를 통



# Current and Historical Rate Tables

Build current and historic rate tables with your chosen base currency with XE Currency Tables. For commercial purposes, get an automated currency feed through the XE Currency Data Feed.



## XE Currency Table: KRW - South Korean Won

Mid-market rates as of **2014-12-09 17:00 UTC**

| Currency code ▲▼ | Currency name ▲▼ | Units per KRW | KRW per Unit |
|---|---|---|---|
| USD | US Dollar | 0.0009062499 | 1103.4483922153 |
| EUR | Euro | 0.0007299770 | 1369.9061379516 |
| GBP | British Pound | 0.0005773555 | 1732.0351884193 |
| INR | Indian Rupee | 0.0561788824 | 17.8002828916 |
| AUD | Australian Dollar | 0.0010865412 | 920.3516848829 |
| CAD | Canadian Dollar | 0.0010351680 | 966.0267968457 |
| SGD | Singapore Dollar | 0.0011914784 | 839.2934379943 |
| CHF | Swiss Franc | 0.0008772093 | 1139.9787331121 |
| MYR | Malaysian Ringgit | 0.0031457565 | 317.8885574151 |
| JPY | Japanese Yen | 0.1077373169 | 9.2818350086 |
| CNY | Chinese Yuan Renminbi | 0.0056072279 | 178.3412454952 |
| NZD | New Zealand Dollar | 0.0011729618 | 852.5426615779 |
| THB | Thai Baht | 0.0297572896 | 33.6052111841 |
| HUF | Hungarian Forint | 0.2236858541 | 4.4705553860 |
| AED | Emirati Dirham | 0.0033287864 | 300.4097785687 |
| HKD | Hong Kong Dollar | 0.0070265269 | 142.3178214914 |
| MXN | Mexican Peso | 0.0130200394 | 76.8046833482 |
| ZAR | South African Rand | 0.0103501196 | 96.6172414178 |
| PHP | Philippine Peso | 0.0403415589 | 24.7883330949 |
| SEK | Swedish Krona | 0.0068140968 | 146.7545933888 |
| IDR | Indonesian Rupiah | 11.2112320681 | 0.0891962626 |
| SAR | Saudi Arabian Riyal | 0.0034006584 | 294.0607063772 |
| BRL | Brazilian Real | 0.0023497219 | 425.5822840175 |
| TRY | Turkish Lira | 0.0020520686 | 487.3131459530 |
| KES | Kenyan Shilling | 0.0820581718 | 12.1864767098 |

**Receipt 1 (Shell):**

```
2344 Rental Car Dr
Euless TX 75261


SHELL
91002621764
2344 EAST RENTAL CAR
DALLAS        , TX
75261
12/18/2014  15707670
08:15:59 AM


XXXX XXXX XXXX 9693
MASTERCARD
INVOICE 711465
AUTH 000213

PUMP# 5
REGULAR          7.029G
PRICE/GAL        2.869
FUEL TOTAL  $   20.17

CREDIT      $   20.17


Choose Shell V-Power every time for
     performance that excites!

20% OFF TOTAL BILL, EXCLUDING ALCOHOL
III FORKS LOCATED INTERMINAL D, GATE 27
TO REDEEM, PLEASE BRING IN THIS RECEIPT
```

유류대 #1

**Receipt 2 (Exxon):**

```
EXXON EXPRESS PAY

EAST TEXAS FUELS #20
FG48122368001
5601 E END BLVD S
MARSHALL       , TX
75672
12/17/2014  720939205
11:56:00 AM


XXXXXXXXXXXX9693
Mastercard
JANG WOO HYUK
INVOICE 006660
AUTH 000699

PUMP# 13
Regular          6.976G
PRICE/GAL       $2.239

FUEL TOTAL  $   15.62

CREDIT      $   15.62

==================================
Customer-activated Purchase/Capture
Site #: 0000000004547444
Shift Number 1
Sequence Number 52585
APPROVED  000699

Diesel fuel contains up to 5% Biodiesel
State diesel tax $0.19 per gallon
```

유류대 #2

**Receipt 3 (Hertz):**

```
DALLAS-FT WORTH AP
RES: G4161359819 /CRE   -C

RR 656643142              #01

WOO
JANG

INITIAL CHARGES
RENT RT$ 175.50 /WEEK @ 1/WEEKS $  175.50
SUBTOTAL              T$   175.50

CHARGES ADDED DURING RENTAL
LDW      INCLUDED IN CRL  RATE
LIS           DECLINED
PAI, PEC      DECLINED
PERS          DECLINED
ADDITIONAL CHARGES*   T$    52.50
* ADDITIONAL CHARGES
  NEVERLOST   $10.50 DY/73.45 WK

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY  T$  25.33
CFC & BUS                T$  31.00
VEHICLE LICENSE COST RECOVERY T$ 6.05
TAX 15.000% ON    290.38 $   43.57
TOTAL AMT DUE        $  333.95
PAID BY   AMX  XXXXXXXXXXX5781


FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:01698 / 7943293 14 N/L SENTRA 1.8N
LICENSE:TX DPP9602
FUEL: FULL  8/8 OUT 8/8 IN
MILES CHECKIN:  7255
MILES @ RENTAL: 6791
MILES DRIVEN:    464
CDP:  145561 - SAMSUNG ELECTRONICS CO

RENTED:   DALLAS-FT WORTH AP
RENTAL:   12/13/14  16:08
RETURN:   12/18/14  08:19
RETURNED: DALLAS-FT WORTH AP
COMPLETED BY: 9491/TXDFW20

PLAN IN:    CRL   RATE CLASS: C
PLAN OUT:   CRL

* * * A MESSAGE FROM HERTZ * * *

CHECK OUT OUR GREAT RATES ON
HERTZ.COM! ENJOY GREAT DEALS AND FAST
RESERVATIONS TO MEET ALL YOUR NEEDS...
WORK OR PLEASURE! VISIT WWW.HERTZ.COM!

**WE LOOK FORWARD TO YOUR NEXT VISIT!**

Save up to $25 on your next rental
      by taking a brief survey:

hertzsurvey.com

or 1-800-278-1595

Enter access code:   01600

THANK YOU FOR CHOOSING
HERTZ
```