**<u>Mobile Telecommunications Technologies, LLC v.</u>**
**<u>Samsung Telecommunications America, LLC</u>**
**13-cv-259 RSP**

# ITEMIZED BREAKDOWN OF
# <u>OPPOSED COSTS</u> AND
# SUPPORTING INVOICES

# MTel, LLC v. Samsung Telecommunications America, LLC
## Case No. 13-cv-259 RSP
## STA's Itemized Breakdown of its Bill of Costs
## <u>OPPOSED COSTS ONLY</u>

| Date | Description | Amount |
|------|-------------|--------|
| | **EXEMPLIFICATION FEES** | |
| 2/28/2014 | UBIC Production to MTel (OCR Charges ONLY) | $18.75 |
| 3/31/2014 | UBIC Production to MTel (OCR Charges ONLY) | $18.75 |
| 12/31/2013 | UBIC Production to MTel (OCR Charges ONLY) | $27.68 |
| 1/31/2014 | UBIC Production to MTel (OCR Charges ONLY) | $22.50 |
| 5/31/2014 | UBIC Production to MTel (OCR Charges ONLY) | $1,859.10 |
| 6/31/2014 | UBIC Production to MTel (OCR Charges ONLY) | $72.30 |
| 7/31/2014 | UBIC Production to MTel (OCR Charges ONLY) | $41.25 |
| 3/31/2014 | Trial Graphix Services for Markman and Court-ordered Tech Tutorial | $2,109.19 |
| 1/31/2014 | Trial Graphix Services for Markman and Court-ordered Tech Tutorial | $24,261.43 |
| 2/28/2014 | Trial Graphix Services for Markman and Court-ordered Tech Tutorial | $8,558.24 |
| | **TOTAL OF ALL OPPOSED COSTS** | **$36,989.19** |

## Mobile Telecommunications Technologies, LLC v. Samsung Telecommunications America, LLC
### 13-cv-259 RSP

# EXEMPLIFICATION INVOICES



# ⊙UBIC

UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664
www.ubic.co.jp/en/

Case No.    N1311004-3
Invoice No. INV14-02-017-UNA
Date:       28-Feb-14
Net:        60 days from Invoice
            Receipt



105821736

Joshua Raskin, Esq.
Greenberg Traurig LLP
MetLife Building, 200 Park Avenue, New York, NY 10166
Tel: (212) 801-9200

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|------|-----------------|-----------------|-------|------------------|------------|
| INV14-02-017-UNA Completed on February 28, 2014 | | | | | |
| February, 2014 | ESI-Collection | $0.00 | 0 | See ESI-Collection Attached | $0.00 |
| February, 2014 | Data Processing | $713.80 | 1 | See Data Processing Attached | $713.80 |
| February, 2014 | LIV Hosting | $344.25 | 1 | See OLR hosting Attached | $344.25 |
| February, 2014 | Data Production | $137.67 | 1 | See Data Production Attached | $137.67 |
| February, 2014 | Document Review | $0.00 | 0 | See Data Translation Attached | $0.00 |
| | | | | | |

※Invoice issued on MONTHLY BASIS

| | Total | $1,195.72 |
|---|-------|-----------|

| UBIC Services Total | |
|---------------------|---|
| Total | $1,195.72 |

Please note we have changed our wire transfer information as below:

**Wire Transfer Information:**
Bank Name: UNION BANK N.A.
Bank Routing Number: 122000496
SWIFT BIC: BOFC US33MPK
Bank Address: 400 California Street, San Francisco, CA 94104
Account Number: 15 70004758
Account Name: UBIC NORTH AMERICA, INC.
※ Please bear bank transfer charge when wiring the amount.

MAR / - 2014
GT-DORAL-A/P

*If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inqures, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---------|---------|----------|-----------|-----------|---------|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 2,584.49 | 1,195.72 | 1,388.77 | 0.00 | 0.00 | 0.00 |

## Document Production

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| February, 2014 | Production of documents & TIFF file production | $0.035 | 2,527 | page | $88.45 |
| February, 2014 | Native File Production | $0.080 | 65 | record | $5.200 |
| February, 2014 | OCR | $0.075 | 250 | page | $18.75 |
| February, 2014 | Bates Numbering, Endorsements | $0.01 | 2,527 | page | $25.27 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | ①Total | $137.67 |

Expense

| Date | Item | Price | Total Price |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | ②Total | $0.00 |

| UBIC Services Total | (①+②) |
|---|---|
| Total | $137.67 |

| Operator: | Bryant Yates | Date Created: | 3/3/2014 | Start Date: | 2/1/2014 | Completion Date: | 2/14/2014 |

A01: Consult      A02: Preservation/Acquisition      A03: Process      A04: OLR      A05: Production
A06: Translation      A07: Scan/OCR      A08: Review      A09: Others

☐ Production Summary

**\<Tiff file Production\>**

| | | |
|---|---|---|
| Tiff file Production | 2,527 | Page |
| Making Load File | 2,527 | Page |
| Produced Natively | 65 | file |
| Bates Numbering, Endorsements | 2,527 | Page |
| OCR | 250 | page |
| PDF export | 0 | page |
| **Load file creation hour** | ▨▨▨ | hour |

**\<Native Production\>**

| | | |
|---|---|---|
| Native file Production | 0 | file |
| Bates Numbering | 0 | file |
| Making Load File | 0 | file |
| OCR | 0 | page |
| PDF export | 0 | page |
| **Load file creation hour** | ▨▨▨ | hour |

☐ Description

Tiff file Production

| No | Volume Name | Production Target File Count (file) | Tiff File Production | | | | Produced natively | | | Bates Number | | | OCR Text (Page) | PDF Export (Page) | Date Submitted/ Upload date (MM/DD/YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Single Tiff file Count (Page) | Volume (byte) | Volume (GB) | Making Load File (Page) | Native file Count (file) | Volume (byte) | Volume (GB) | Start | End | Bates Numbering (Page) | | | | |
| 1 | 4 | 305 | 2,527 | 240,123,904 | 0.2 | 2,527 | 65 | 1,224,070,000 | 1.1 | SAM00029869 | SAM00032394 | 2,527 | 250 | 0 | 2014.02.07 | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | Total | | 2,527 | | | 2,527 | 65 | | | | | 2,527 | 250 | 0 | | |

Native Production

| No | Volume Name | Production Target File Count (file) | Native Production | | | | Bates Number | | | OCR Text (Page) | PDF Export (Page) | Date Submitted/Upload date (MM/DD/YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Native file Count (file) | Volume (byte) | Volume (GB) | Making Load File (file) | Start | End | Bates Numbering (file) | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | Total | | | | | 0 | | | | 0 | 0 | | |



**UBIC**

UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA 94065
Phone: 650-654-7664
www.ubic.co.jp/en/

V# 83454

Case No.  N1311904-4
Invoice No.  INV14-03-017-UNA
Date:  31-Mar-14
Net:  60 days from Invoice Receipt

085697.011100
RKN

Joshua Raskin, Esq.
Greenberg Traurig LLP
MetLife Building, 200 Park Avenue, New York, NY 10166
Tel: (212) 801-9200

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| INV14-03-017-UNA Completed on March 31, 2014 ||||||
| March, 2014 | ESI-Collection | $0.00 | 0 | See ESI-Collection Attached | $0.00 |
| March, 2014 | Data Processing | $0.00 | 0 | See Data Processing Attached | $0.00 |
| March, 2014 | LIV Hosting | $335.82 | 1 | See OLR hosting Attached | $335.82 |
| March, 2014 | Data Production | $173.61 | 1 | See Data Production Attached | $173.61 |
| March, 2014 | Document Review | $0.00 | 0 | See Data Translation Attached | $0.00 |
| | | | | | |
| | | | | Total | $509.43 |

※Invoice issued on MONTHLY BASIS.

| UBIC Services Total | |
|---|---|
| Total | $509.43 |

Please note we have changed our wire transfer information as below:

**Wire Transfer Information:**

**Bank Name: UNION BANK N.A.**
**Bank Routing Number: 122000496**
**SWIFT BIC: BOFCUS33MPK**
**Bank Address: 400 California Street, San Francisco, CA 94104**
**Account Number: 1570004758**
**Account Name: UBIC NORTH AMERICA, INC.**
※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance |||||||
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 1,705.15 | 509.43 | 1,195.72 | 0.00 | 0.00 | 0.00 |

105832590

## Document Production

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|------|------------------|-----------------|-------|------------------|------------|
| March, 2014 | Production of documents & TIFF file | $0.035 | 2,654 | page | $92.89 |
| March, 2014 | Native File Production | $0.080 | 66 | record | $5.280 |
| March, 2014 | OCR | $0.075 | 250 | page | $18.75 |
| March, 2014 | Bates Numbering, Endorsements | $0.01 | 2,654 | page | $26.54 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | ①Total | $143.46 |

## Expense

| Date | Item | Price | | Total Price |
|------|------|-------|---|-------------|
| March 20, 2014 | Shipping Charge (CD) UPS tracking # 1ZA5E139249787619 | $ | 30.15 | $30.15 |
| | | | | |
| | | | | |
| | | | | |
| | | | ②Total | $30.15 |

| UBIC Services Total | ①+② |
|---------------------|------|
| Total | $173.61 |

## March 2014 eDiscovery Monthly Work Completion Report  (Case#: N1311004/Samsung M-Tel)

| Operator: | Bryant Yates | Date Created: | 3/30/2014 | Start Date: | 3/1/2014 | Completion Date: | 3/31/2014 |
|---|---|---|---|---|---|---|---|

A01: Consult   A02: Preservation/Acquisition   A03: Process   A04: OLR   A05: Production
A06: Translation   A07: Scan/OCR   A08: Review   A09: Others

□**Production Summary**

**<Tiff file Production>**

| | |
|---|---|
| Tiff file Production | 2,654 Page |
| Making Load File | 2,654 Page |
| Produced Natively | 66 file |
| Bates Numbering, Endorsements | 2,654 Page |
| OCR | 250 page |
| PDF export | 0 page |
| **Load file creation hour** | ▓▓▓ hour |

**<Native Production>**

| | |
|---|---|
| Native file Production | 0 file |
| Bates Numbering | 0 file |
| Making Load File | 0 file |
| OCR | 0 page |
| PDF export | 0 page |
| **Load file creation hour** | ▓▓▓ hour |

□**Description**

**Tiff file Production**

| No | Volume Name | Production Target File Count (file) | Tiff File Production Single Tiff file Count (Page) | Tiff File Production Volume (byte) | Tiff File Production Volume (GB) | Tiff File Production Making Load File (Page) | Produced natively Native file Count (file) | Produced natively Volume (byte) | Produced natively Volume (GB) | Bates Number Start | Bates Number End | Bates Numbering (Page) | OCR Text (Page) | PDF Export (Page) | Date Submitted/ Upload date (MM/DD/YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 305 | 2,527 | 240,123,904 | 0.2 | 2,527 | 65 | 1,224,070,000 | 1.1 | SAM00029869 | SAM00032394 | 2,527 | 250 | 0 | 2014.02.07 | |
| 2 | VOL005 | 1 | 1 | 52,828 | 0.0 | 1 | 1 | 34,511 | 0.0 | SAM00032395 | SAM00032395 | 1 | 0 | 0 | 03/20/2014 | |
| 3 | VOL006 | 2 | 126 | 4,336,900 | 0.0 | 126 | 0 | 0 | 0.0 | SAM00032396 | SAM00032521 | 126 | 0 | 0 | 03/28/2014 | |
| | | | | | | | | | | | | | | | | |
| **Total** | | | **2,654** | | | **2,654** | **66** | | | | | **2,654** | **250** | **0** | | |

**Native Production**

| No | Volume Name | Production Target File Count (file) | Native Production Native file Count (file) | Native Production Volume (byte) | Native Production Volume (GB) | Native Production Making Load File (file) | Bates Number Start | Bates Number End | Bates Numbering (file) | OCR Text (Page) | PDF Export (Page) | Date Submitted/Upload date (MM/DD/Y) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Total** | | | | | | **0** | | | | **0** | **0** | | |



Client Matter #: 085697.011100
Approved By: [signature]
Date: 8/10/14

Case No. N1311004
Invoice No. INV13-12-017-UNA
Date: 31-Dec-13
Net: 60 days from Invoice Receipt

Kate Hutchins
Greenberg Traurig, LLP
3161 Michelson Drive, Suite 1000, Irvine, CA 92612
tel: ( 949) 732-6500

: NORTH AMERICA, INC.
_oon Drive suite 180
wood City, CA94065
rel: 650-654-7644
v.ubic.co.jp/en/

| Date | Work Description | Package Unit | Unit | Unit Description | Sub Cost |
|---|---|---|---|---|---|
| | INV13-12-017-UNA Completed on December 31, 2013 | | | | |
| December, 2013 | ESI-Collection | $0.00 | 0 | See ESI-Collection Attached | $0.00 |
| December, 2013 | Data Processing | $0.00 | 0 | See Data Processing Attached | $0.00 |
| December, 2013 | LIV Hosting | $0.00 | 0 | See OLR hosting Attached | $0.00 |
| December, 2013 | Data Production | $1,114.38 | 1 | See Data Production Attached | $1,114.38 |
| December, 2013 | Document Review | $0.00 | 0 | See Data Translation Attached | $0.00 |
| | | | | | |
| | | | | ①Total | $1,114.38 |

※Invoice is published on MONTHLY BASIS.

| UBIC Services Total | |
|---|---|
| Total | $1,114.38 |

Please note we have changed our wire transfer information as below:

Wire Transfer Information:
Bank Name: UNION BANK N.A.
Bank Routing Number: 122000496
SWIFT BIC: BOFCUS33MPK
Bank Address: 400 California Street, San Francisco, CA 94104
Account Number: 1570004758
Account Name: UBIC NORTH AMERICA, INC.
※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."
For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

ENTERED
JAN 13 2014
GT-MIAMI-A/P

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 1,114.38 | 1,114.38 | 0.00 | 0.00 | 0.00 | 0.00 |

GT - NEW YORK (21) - A/P
Vendor #_____ R34S4
G/L#_____ DEPT#_____
C/M#_ 085167.011100
Approval: X_____
                   Signature
Print Name:_____ TKPR# KHZ
Sales/Use Tax Copy Made: ☐ YES ☐ N
Capital Expense Copy Made: ☐ YES ☐ √/

RECEIVED
JAN 13 2014
A/P - DORAL - GT


105785762

## Document Production

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Price |
|---|---|---|---|---|---|
| December, 2013 | Production of documents & TIFF file production | $0.035 | 22,408 | page | $784.28 |
| December, 2013 | Native file production | $0.080 | 3 | record | $0.24 |
| December, 2013 | OCR | $0.075 | 389 | page | $27.68 |
| December, 2013 | Bates Numbering, Endorsements | $0.01 | 22,408 | page | $224.08 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | (①)Total $1,036.28 |

## Expense

| Date | Item | Price | Total Price |
|---|---|---|---|
| December, 2013 | UPS Tracking # 1ZA5E1390198292111 | $20.12 | $20.12 |
| December, 2013 | UPS Tracking # 1ZA5E1392496697034 | $28.99 | $28.99 |
| December, 2013 | UPS Tracking # 1ZA5E1392494791059 | $28.99 | $28.99 |
| | | | |
| | | ②Total | $78.10 |

| UBIC Services Total | (①+②) |
|---|---|
| Total | $1,114.38 |

# November 2013 eDiscovery Monthly Work Completion Report (Case#: N1311004 SAMSUNG-M-TEL)

| Owner: | Bryant Yates | Date Created: | 11/1/2013 | Start Date: | 11/16/2013 | Completion Date: | 11/16/2013 |
|---|---|---|---|---|---|---|---|

A01:Consult  A02:Preservation/Acquisition  A03:Process  A04:OLR  A05:Production
A06:Translation  A07:Scan/OCR  A08:Review  A09:Others

□Production Summary

<Tiff file Production>
| Tiff file Production | | 20,197 | Page |
| Making Load File | | 20,197 | Page |
| Produced Natively | | 3 | file |
| Bates Numbering, Endorsements | | 20,197 | Page |
| OCR | | 1 | page |
| PDF export | | | page |
| Project Management | | | hour |

<Native Production>
| Native file Production | | 0 | file |
| Bates Numbering | | 0 | file |
| Making Load File | | 0 | file |
| OCR | | 0 | page |
| PDF export | | 0 | page |
| Project Management | | | hour |

□Description
Tiff file Production

| No | Volume Name | Production Target File Count (file) | Tiff File Production | | | Making Load File Count (file) | Produced natively | | | Bates Number | | | OCR | Text Export (Page) | PDF Export (Page) | Date Submitted /Upload date (MM/DD/YY YYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Single Tiff file Count (Page) | Volume (byte) | Volume (GB) | | Native file Count (file) | Volume (byte) | Volume (GB) | Start | End | | Bates Number (Page) | | | | |
| | SAM 001 | 117 | 20,197 | 1,181,116,006 | 1 | 20,197 | 3 | 1,468,006 | 0.00137 | SAM00000001 | SAM00020197 | 0.00137 | 20,197 | | | 11/8/2013 | |
| | Total | | 20,197 | | | 20,197 | | | | | | | 20,197 | | | | |

Native Production

| No | Volume Name | Production Target File Count (file) | Native Production | | | Bates Number | | OCR (Page) | PDF Export (Page) | Date Submitted /Upload date (MM/DD/YY YYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Native File Count (file) | Volume (byte) | Volume (GB) | Start | End | | | | |
| | Total | | | | | | | | | | |

| Operator: | Shanta Ella | Date Created : | 12/31/2013 | Start Date : | 12/14/2013 | Completion Date : | 12/31/2013 |
|---|---|---|---|---|---|---|---|

A01 : Consult    A02 : Preservation/Acquisition    A03 : Process    A04 : OCR    A05 : Production

A06 : Translation    A07 : Scan/OCR    A08 : Review    A09 : Others

**★Production Summary**

**<Tiff file Production>**
- Tiff file Production
- Mailing Load File
- Produced Natively
- Bates Numbering, Endorsements
- OCR
- PDF export
- Project Managment

□ Page
0 file

0 Page
2,311 Page
306 Page
0 Page
0 file

**<Native Production>**
- Native file Production
- Bates Numbering
- Mailing Load File
- OCR
- PDF export
- Project Managment

0 file
0 file
0 file
0 Page
0 Page
0 file

**<Description>**
Tiff file Production

| No | Volume Name | Produced File Count | Tiff File Production | | Produced natively | | | Status Number | | Data Submitted/Upload date (dd.DD/YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|

Native Production

| Total | | | | | | | | | | | |

| No | Volume Name | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Total | | | | | | | | | | | |



**UBIC**

UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7644
www.ubic.co.jp/en/

Client Matter #: 085697.011100

Approved By: _____

Date: 2/19/14

Case No. N1311004-2
Invoice No. INV14-01-017-UNA
Date: 31-Jan-14
Net: 60 days from Invoice Receipt

Kate Hutchins
Greenberg Traurig, LLP
3161 Michelson Drive, Suite 1000, Irvine, CA 92612
tel: (949) 732-6500

| Date | Work Description | Rate (If Any) | Unit | Unit Description | Qty | Total Cost |
|---|---|---|---|---|---|---|
| | INV14-01-017-UNA Completed on January 31, 2014 | | | | | |
| January, 2014 | ESI-Collection | $0.00 | 0 | See ESI-Collection Attached | | $0.00 |
| January, 2014 | Data Processing | $980.40 | 1 | See Data Processing Attached | | $980.40 |
| January, 2014 | LJV Hosting | $0.00 | 0 | See OLR hosting Attached | | $0.00 |
| January, 2014 | Data Production | $388.37 | 1 | See Data Production Attached | | $388.37 |
| January, 2014 | Document Review | $0.00 | 0 | See Data Translation Attached | | $0.00 |
| | | | | | | |
| ※Invoice issued on MONTHLY BASIS. | | | | | ①Total | $1,368.77 |

| UBiC Services Total | |
|---|---|
| Total | $1,368.77 |

Please note we have changed our wire transfer information as below:

Wire Transfer Information:
Bank Name: UNION BANK N.A.
Bank Routing Number: 122000496
SWIFT BIC: BOFCUS33MPK
Bank Address: 400 California Street, San Francisco, CA 94104
Account Number: 1570004758
Account Name: UBIC NORTH AMERICA, INC.
※ Please bear bank transfer charge when wiring the amount.

RECEIVED
FEB 2 4 2014

A/P - DORAL - GT

*If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payment are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co jp)

**Account Balance**

| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
|---|---|---|---|---|---|
| 2,483.11 | 1,368.77 | 1,114.34 | 0.00 | 0.00 | 0.00 |



ENTERED
FEB 2 4 2014
GT-DORAL-A/P

**GT - NEW YORK (21) - A/P**
Vendor #_____ 83454
G/L#_____ DEPT#_____
C/M#_____ 085697.011100

Approval: X_____
Signature
Print Name:_____ TKPR# KHZ

Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

**Document Production**

| Date | Work Description | Rate (per Unit) | Units | Unit (Correlation) | Total Cost |
|---|---|---|---|---|---|
| January, 2014 | Production of documents & TIFF file production | $0.035 | 7,461 | page | $261.14 |
| January, 2014 | Native File Production | $0.080 | 1 | record | $0.080 |
| January, 2014 | OCR | $0.075 | 300 | page | $22.50 |
| January, 2014 | Bates Numbering, Endorsements | $0.01 | 7,461 | page | $74.61 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | (1)Total $358.33 |

**Expense**

| Date | Item | Price | Total Price |
|---|---|---|---|
| January 24, 2014 | UPS Tracking #1ZA9E1392492912530 | $ 30.04 | $30.04 |
| | | | |
| | | | |
| | | (2)Total | $30.04 |

| UBIC Services Total ((1)+(2)) | |
|---|---|
| Total | $388.37 |

□Production Summary
    &lt;Tiff file Production&gt;
        Tiff file Production        7,461 Page
        Making Load File         7,461 Page
        Produced Natively        1 file
        Bates Numbering, Endorsements  7,461 Page
        OCR               300 page
        PDF export           page
        Project Management      hour

    &lt;Native Production&gt;
        Native file Production      file
        Bates Numbering        file
        Making Load File        file
        OCR               page
        PDF export           page
        Project Management      hour

□Description
Tiff file Production

| No | Volume Name | Production on Target Files | Tiff File Production | | | | | Produced natively | | Bates Number | | | | | Date Submitted Upload date (MM/DD/YY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Volume (byte) | Volume (GB) | Making Load File (Page) | Native file Count (file) | Volume (byte) | Volume (GB) | Start | End | | | | | |
| 3 | 3 | 418 | 7,461 | 384,900,000 | 0.329102 | 7,461 | | 162,529,280 | 0.151367 | 3AMD0022409 | 3AMD0029868 | | 7,461 | 300 | | |
| | | | 7,461 | | | 7,461 | | | | | | | 7,461 | 300 | | |

Native Production

| No | Volume Name | Production on Target Files | Native Production | | | | Bates Number | | OCR Text (Page) | PDF Export (file) | Submitted Upload date (MM/DD/YY) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | File Count (file) | Native file Count (file) | Volume (byte) | Volume (GB) | Making Load File (file) | Start | End | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Total | | | | | | | | | | | | |



UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664
www.ubic.co.jp/en/

Case No.   N1311004-6
Invoice No. INV14-05-016-UNA
Date:        31-May-14
Net:         60 days from Invoice Receipt

**Joshua Raskin, Esq.**
**Greenberg Traurig LLP**
**MetLife Building, 200 Park Avenue, New York, NY 10166**
**Tel: (212) 801-9200**

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|------|-----------------|----------------|-------|-----------------|-----------|
| \multicolumn INV14-05-016-UNA Completed on May 31, 2014 | | | | | |
| May, 2014 | ESI-Collection | $0.00 | 0 | See ESI-Collection Attached | $0.00 |
| May, 2014 | Data Processing | $3,839.90 | 1 | See Data Processing Attached | $3,839.90 |
| May, 2014 | LiV Hosting | $3,804.75 | 1 | See OLR hosting Attached | $3,804.75 |
| May, 2014 | Data Production | $16,287.19 | 1 | See Data Production Attached | $16,287.19 |
| May, 2014 | Document Review | $0.00 | 0 | See Data Translation Attached | $0.00 |
| | | | | | |

※Invoice issued on MONTHLY BASIS.

| | Total | $23,931.84 |
|--|-------|-----------|

| UBIC Services Total | |
|---------------------|--|
| Total | $23,931.84 |

Please note we have changed our wire transfer information as below:

**Wire Transfer Information:**

**Bank Name: UNION BANK N.A.**
**Bank Routing Number: 122000496**
**SWIFT BIC: BOFCUS33MPK**
**Bank Address: 400 California Street, San Francisco, CA 94104**
**Account Number: 1570004758**
**Account Name: UBIC NORTH AMERICA, INC.**
**※ Please bear bank transfer charge when wiring the amount.**

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|-----------------|--|--|--|--|--|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 57,326.59 | 23,931.84 | 33,394.75 | 0.00 | 0.00 | 0.00 |

**Document Production**

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|------|------------------|-----------------|-------|------------------|------------|
| May, 2014 | Production of documents & TIFF file | $0.035 | 308,681 | page | $10,803.84 |
| May, 2014 | Native File Production | $0.080 | 6,718 | record | $537.440 |
| May, 2014 | OCR | $0.075 | 24,788 | page | $1,859.10 |
| May, 2014 | Bates Numbering, Endorsements | $0.01 | 308,681 | page | $3,086.81 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | ①Total | $16,287.19 |

**Expense**

| Date | Item | Price | Total Price |
|------|------|-------|-------------|
| | | | $0.00 |
| | | | |
| | | | |
| | | | |
| | | ②Total | $0.00 |

| UBIC Services Total | (①+②) |
|---------------------|-------|
| Total | $16,287.19 |

| Operator: | Bryant Yates | Date Created: | 5/30/2014 | Start Date: | 5/1/2014 | Completion Date: | 5/31/2014 |
|---|---|---|---|---|---|---|---|

A01 : Consult　　A02 : Preservation/Acquisition　　A03 : Process　　A04 : OLR　　A05 : Production　　A06 : Translation　　A07 : Scan/OCR　　A08 : Review　　A09 : Others

□Production Summary

### <Tiff file Production>

| | | |
|---|---|---|
| Tiff file Prodcuton | 308,681 | Page |
| Making Load File | 308,681 | Page |
| Produced Natively | 6,718 | file |
| Bates Numbering, Endorsements | 308,681 | Page |
| OCR | 24,788 | page |
| PDF export | 0 | page |
| Load file creation hour | | hour |

### <Native Production>

| | | |
|---|---|---|
| Native file Prodcuton | 0 | file |
| Bates Numbering | 0 | file |
| Making Load File | 0 | file |
| OCR | 0 | page |
| PDF export | 0 | page |
| Load file creation hour | | hour |

□Description

**Tiff file Production**

| No | Volume Name | Production Target File Count (file) | Tiff File Prodcution Single Tiff file Count (Page) | Volume (byte) | Volume (GB) | Making Load File (Page) | Produced natively Native file Count (file) | Volume (byte) | Volume (GB) | Bates Number Start | End | Bates Numbering (Page) | OCR Text (Page) | PDF Export (Page) | Date Submitted/ Upload date (MM/DD/YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VOL007 | 1,011 | 30,819 | 2,684,354,560 | 2.5GB | 30,819 | 447 | 235,929,600 | 0.2 | SAM00032522 | SAM00063340 | 30,819 | 2 | | 2014/05/06 | |
| 2 | VOL008 | 39,611 | 167,161 | 16,965,120,819 | 15.8GB | 167,161 | 4,858 | 3,221,225,472 | 3GB | SAM00063341 | SAM00230501 | 167,161 | 22,126 | | 05/14/2014 | |
| 3 | VOL009 | 720 | 8,823 | 932,184,064 | 0.86816GB | 8,823 | 53 | 41,943,040 | 0.0 | SAM00230502 | SAM00239324 | 8,823 | 275 | | 05/15/2014 | |
| 4 | VOL010 | 896 | 10,240 | 929,038,336 | 0.86523GB | 10,240 | 176 | 204,472,320 | 0.2 | SAM00239325 | SAM00249564 | 10,240 | 790 | | 05/19/2014 | |
| 5 | VOL011 | 1,124 | 9,845 | 2,308,544,922 | 2.15GB | 9,845 | 526 | 1,073,741,824 | 1GB | SAM00249565 | SAM00259409 | 9,845 | 350 | | 05/21/2014 | |
| 6 | VOL012 | 617 | 5,975 | 1,073,741,824 | 1GB | 5,975 | 256 | 398,458,880 | 0.4 | SAM00259410 | SAM00265384 | 5,975 | 1,181 | | 05/22/2014 | |
| 7 | VOL013 | 511 | 1,415 | 1,299,227,607 | 1.21GB | 1,415 | 390 | 933,232,640 | 0.9 | SAM00265385 | SAM00266799 | 1,415 | 0 | | 05/23/2014 | |
| 8 | VOL014 | 336 | 70,131 | 2,147,483,648 | 2GB | 70,131 | 4 | 37,748,736 | 0.0 | SAM00266800 | SAM00336930 | 70,131 | 48 | | 05/23/2014 | |
| 9 | VOL015 | 305 | 4,256 | 212,676,475 | 0.2 | 4,256 | 8 | 9,977,197 | 0.0 | SAM00336931 | SAM00341186 | 4,256 | 0 | 0 | 05/27/2014 | |
| 10 | VOL016 | 1 | 16 | 819,200 | 0.00076GB | 16 | | | | SAM00341187 | SAM00341202 | 16 | 16 | | 05/29/2014 | |
| | Total | | 308,681 | | | 308,681 | 6,718 | | | | | 308,681 | 24,788 | 0 | | |

**Native Production**

| No | Volume Name | Production Target File Count (file) | Native Prodction Native file Count (file) | Volume (byte) | Volume (GB) | Making Load File (file) | Bates Number Start | End | Bates Numbering (file) | OCR Text (Page) | PDF Export (Page) | Date Submitted/Upload date (MM/DD/YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | Total | | | | 0 | | | | | | 0 | 0 | |

 UBIC NORTH AMERICA, INC.
3 Lagoon Drice, Suite 180
Redwood City, CA94065
Phone: 650-654-7664
www.ubic.co.jp/en/

Joshua Raskin, Esq.
Greenberg Traurig LLP
MetLife Building, 200 Park Avenue,
New York, NY 10166

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost | |
|---|---|---|---|---|---|---|
| INV14-06-016-UNA Completed on June 30, 2014 | | | | | | |
| June, 2014 | Data Collection | $0.00 | 0 | See Data Collection Attached | | $0.00 |
| June, 2014 | Data Processing | $0.00 | 0 | See Data Processing Attached | | $0.00 |
| June, 2014 | LiV Hosting | $4,179.73 | 1 | See LiV Hosting Attached | | $4,179.73 |
| June, 2014 | Data Production | $2,645.93 | 1 | See Data Production Attached | | $2,645.93 |
| June, 2014 | Data Review | $0.00 | 0 | See Data Review Attached | | $0.00 |
| | | | | | Total | $6,825.66 |

※ Invoice is issued on MONTHLY BASIS.

| UBIC Services Invoice Total | |
|---|---|
| Total | $6,825.66 |

Please note we have changed our wire transfer information as below:

Wire Transfer Information:

Bank Name: UNION BANK N.A.
Bank Routing Number: 12 2000496
SWIFT BIC: BOFCUS3 3MPK
Bank Address: 400 California Street, San Francisco, C A 94104
Account Number: 15 70004758
Account Name: UBIC NORTH AMERICA, INC.
※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15 days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For your inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 64,152.25 | 6,825.66 | 23,931.84 | 33,394.75 | 0.00 | 0.00 |

**Data Production**

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost | |
|------|------------------|-----------------|-------|------------------|------------|---|
| June, 2014 | Production of Documents & TIFF File Production | $0.035 | 27,536 | Page | | $963.76 |
| June, 2014 | Native File Production | $0.08 | 784 | Record | | $62.72 |
| June, 2014 | OCR | $0.075 | 964 | Page | | $72.30 |
| June, 2014 | Bates Numbering, Endorsements | $0.01 | 27,636 | Page | | $276.36 |
| | | | | | ① Total | $1,376.14 |

**Expense**

| Date | Item | Tracking No. | Total Price | |
|------|------|--------------|-------------|---|
| 5/27/14 | Shipping Charge for 2 x USB 64GB (Courier: FedEx) | 584763548123 | | $316.73 |
| 6/5/14 | Shipping Charge for 10 x HDD (Courier: FedEx) | 240165963000<br>240166067000 | | $548.05 |
| 6/2/14 | Shipping Charge for Docs and USB 8GB (Courier: UPS) | 1ZA6E1390191178245 | | $25.34 |
| 6/3/14 | Shipping Charge for USB 8GB (Courier: UPS) | 1ZA6E1390195795393 | | $30.50 |
| 6/4/14 | Shipping Charge for 2 x HDD, 2 x CD/DVD (Courier: UPS) | 1ZA6E1390198508803<br>1ZA6E1390195977017<br>1ZA6E1390199544021 | | $125.17 |
| 6/11/14 | Shipping Charge for 2 x HDD (Courier: UPS) | 1ZA6E1390196560449<br>1ZA6E1390195677860 | | $99.83 |
| 6/19/14 | Shipping Charge for 3 x CD (Courier: UPS) | 1ZA6E1390193393526 | | $25.34 |
| 6/20/14 | Shipping Charge for 2 x HDD (Courier: UPS) | 1ZA6E1390195716905<br>1ZA6E1390195453116 | | $99.83 |
| | | | | |
| | ※See attached Expense Summary | | | |
| | | | ② Total | $1,270.79 |

| UBIC Services Invoice Total   (①+②) | |
|-------------------------------------|---|
| Total | $2,645.93 |

| Operator : | Bryant Yates | Date Created : | 6/30/2014 | Start Date : | 6/1/2014 | Completion Date : | 6/30/2014 |
|---|---|---|---|---|---|---|---|

A01 : Consult　　A02 : Preservation/Acquisition　　A03 : Process　　A04 : OLR　　A05 : Production
A06 : Translation　　A07 : Scan/OCR　　A08 : Review　　A09 : Others

☐ Production Summary

**\<Tiff file Production\>**

| | | |
|---|---|---|
| Tiff file Producton | 27,536 | Page |
| Making Load File | 4,735 | Page |
| Produced Natively | 784 | file |
| Bates Numbering, Endorsements | 27,636 | Page |
| OCR | 964 | page |
| PDF export | 9,230 | page |
| Load file creation hour | | hour |

**\<Native Production\>**

| | | |
|---|---|---|
| Native file Producton | 0 | file |
| Bates Numbering | 0 | file |
| Making Load File | 0 | file |
| OCR | 0 | page |
| PDF export | 0 | page |
| Load file creation hour | | hour |

☐ Description

**Tiff file Production**

| No | Volume Name | Production Target File Count (file) | Tiff File Prodcution | | | | Produced natively | | | Bates Number | | | OCR Text (Page) | PDF Export (Page) | Date Submitted/Upload date (MM/DD/YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Single Tiff file Count (Page) | Volume (byte) | Volume (GB) | Making Load File (Page) | Native file Count (file) | Volume (byte) | Volume (GB) | Start | End | Bates Numbering (Pages) | | | | |
| 1 | VOL017 | 3,030 | 25,831 | 1,503,238,554 | 1.4 | 3,030 | 706 | 2,469,606,195 | 2.3 | SAM00341203 | SAM00367032 | 25,931 | 934 | | 6/4/2014 | |
| | 2014-06-12 Financial Topic | 291 | | 208,664,624 | 0.2 | | 38 | 9,437,184 | 0.0 | | | | | 2,441 | 06/12/2014 | |
| | 2014-06-12 PDF Production | 42 | | 7,402,947 | 0.0 | | 7 | 2,967,470 | 0.0 | | | | | 75 | 06/12/2014 | |
| | 20140613_Further Review | 58 | | 62,914,560 | 0.1 | | 12 | 4,928,307 | 0.0 | | | | | 862 | 06/13/2014 | |
| | 20140613_Technical Topic | 196 | | 1,181,116,006 | 1.1 | | 12 | 37,748,736 | 0.0 | | | | | 5,832 | 06/13/2014 | |
| | VOL018 | 10 | 143 | 16,882,074 | 0.0 | 143 | | | | SAM00367033 | SAM00367175 | 143 | 26 | | 06/18/2014 | |
| | VOL021 | 58 | 1,117 | 130,023,424 | 0.1 | 1,117 | | | | SAM00367433 | SAM00368549 | 1,117 | 0 | | 06/20/2014 | |
| | VOL022 | 20 | 187 | 19,922,944 | 0.0 | 187 | 2 | 638,976 | 0.0 | SAM00368550 | SAM00368736 | 187 | | | 06/23/2014 | |
| | VOL023 | 1 | 1 | 225,280 | 0.0 | 1 | 1 | 122,880 | 0.0 | SAM00368737 | SAM00368737 | 1 | | | 06/23/2014 | |
| | VOL019 | 9 | 209 | 47,921,668 | 0.0 | 209 | 6 | 21,884,351 | 0.0 | SAM00367176 | SAM00367384 | 209 | 4 | 0 | 06/18/2014 | |
| | VOL020 | 12 | 48 | 8,191,949 | 0.0 | 48 | 0 | 0 | 0.0 | SAM00367385 | SAM00367432 | 48 | 0 | 0 | 06/20/2014 | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | Total | | 27,536 | | | 4,735 | 784 | | | | | 27,636 | 964 | 9,230 | | |

**Native Production**

| No | Volume Name | Production Target File Count (file) | Native Prodction | | | | Bates Number | | | OCR Text (Page) | PDF Export (Page) | Date Submitted/Upload date (MM/DD/YYYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Native file Count (file) | Volume (byte) | Volume (GB) | Making Load File (file) | Start | End | Bates Numbering (file) | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | Total | | | | 0 | | | | | | 0 | 0 | |



**UBIC NORTH AMERICA, INC.**
3 Lagoon Drive, Suite 180
Redwood City, CA 94065
Phone: 650-654-7664
www.ubic.co.jp/en/

| | |
|---|---|
| Case No. | N1311004-8 |
| Invoice No. | INV14-07-016-UNA |
| Date: | 31-Jul-14 |
| Net: | 60 days from Invoice Receipt |

Joshua Raskin, Esq.
Greenberg Traurig LLP
MetLife Building, 200 Park Avenue,
New York, NY 10166

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| INV14-07-016-UNA Completed on July 31, 2014 | | | | | |
| July, 2014 | Data Collection | $0.00 | 0 | See Data Collection Attached | $0.00 |
| July, 2014 | Data Processing | $0.00 | 0 | See Data Processing Attached | $0.00 |
| July, 2014 | LIV Hosting | $4,194.75 | 1 | See LiV Hosting Attached | $4,194.75 |
| July, 2014 | Data Production | $594.64 | 1 | See Data Production Attached | $594.64 |
| July, 2014 | Data Review | $0.00 | 0 | See Data Review Attached | $0.00 |
| ※ Invoice is issued on MONTHLY BASIS. | | | | Total | $4,789.39 |

| UBIC Services Invoice Total | |
|---|---|
| Total | $4,789.39 |

Please note we have changed our wire transfer information as below:

Wire Transfer Information:

Bank Name: UNION BANK N.A.
Bank Routing Number: 12 2000496
SWIFT BIC: BOFCUS3 3MPK
Bank Address: 400 California Street, San Francisco, C A 94104
Account Number: 15 70004758
Account Name: UBIC NORTH AMERICA, INC.
※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15 days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For your inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 68,941.64 | 4,789.39 | 6,825.66 | 23,931.84 | 33,394.75 | 0.00 |

**Data Production**

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost | |
|------|------------------|-----------------|-------|------------------|------------|---|
| July, 2014 | Production of Documents & TIFF File Production | $0.035 | 9,071 | Page | | $317.49 |
| July, 2014 | Native File Production | $0.08 | 318 | Record | | $25.44 |
| July, 2014 | OCR | $0.075 | 550 | Page | | $41.25 |
| July, 2014 | Bates Numbering, Endorsements (1 day minimum) | $0.01 | 9,071 | Page | | $90.71 |
| | | | | | ① Total | $474.89 |

**Expense**

| Date | Item | Tracking No. | Total Price | |
|------|------|--------------|-------------|---|
| 6/30/14 | Shipping Charge for HDD (Courier: UPS) | 1ZA6E1391631898557 | | $119.76 |
| | ※See attached Expense Summary | | | |
| | | | ② Total | $119.76 |

| UBIC Services Invoice Total  (①+②) | |
|------------------------------------|---|
| Total | $594.64 |

# July. 2014 eDiscovery Monthly Work Completion Report (Case# N1311004-A05: SAMSUNG-MTEL)

| Operator: | Chandra Elia | | Date Created: | 7/31/2014 | Start Date: | 7/1/2014 | Completion Date: | 7/31/2014 |
|---|---|---|---|---|---|---|---|---|

| A01 : Consult | A02 : Preservation/Acquisition | A03 : Process | A04 : OLR | A05 : Production |
|---|---|---|---|---|
| A06 : Translation | A07 : Scan/OCR | A08 : Review | A09 : Others | |

□ Production Summary

**<Tiff file Production>**

| | | |
|---|---|---|
| Tiff file Producton | 9,071 | Page |
| Making Load File | 9,071 | Page |
| Produced Natively | 318 | file |
| Bates Numbering, Endorsements | 9,071 | Page |
| OCR | 550 | page |
| PDF export | 0 | page |
| Project Managemnt | | hour |

**<Native Production>**

| | | |
|---|---|---|
| Native file Prodcuton | 0 | file |
| Bates Numbering | 0 | file |
| Making Load File | 0 | file |
| OCR | 0 | page |
| PDF export | 0 | page |
| Project Managemnt | | hour |

□ Description
**Tiff file Production**

| No | Volume Name | Prod uctio n File Coun t (file) | Single Tiff file Count (Page) | Tiff File Production Volume (byte) | Volume (GB) | Making Load File (Page) | Nativ e file Coun t (file) | Produced natively Volume (byte) | Volume (GB) | Bates Number Start | End | Bates Numberin g (Page) | OCR Text (Pag e) | PDF Export (Page) | Date Submitted/Upl oad date (MM/DD/YYYY ) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | VOL024 | 1074 | 9,071 | 1,288,490,189 | 1.22000 | 9,071 | 318 | 335,544,320 | 0.30000 | SAM00368738 | SAM00377808 | 9,071 | 550 | | 7/30/2014 | |
| | | | | | | 0 | | | | | | 0 | | | | |
| | | | | | | 0 | | | | | | 0 | | | | |
| | | | | | | 0 | | | | | | 0 | | | | |
| | | | | | | 0 | | | | | | 0 | 0 | | | |
| | | | | | | 0 | | | | | | 0 | | | | |
| | | | | | | 0 | | | | | | 0 | | | | |
| | | | | | | 0 | | | | | | 0 | | | | |
| | | | | | | 0 | | | | | | 0 | | | | |
| | Total | | 9,071 | | | 9,071 | 318 | | | | | 9,071 | 550 | 0 | | |

**Native Production**

| No | Volume Name | Prod uctio n File Coun t (file) | Native file Count (file) | Native Prodction Volume (byte) | Volume (GB) | Making Load File (file) | Bates Number Start | End | Bates Numbering (file) | OCR Text (Page) | PDF Export (Page) | Date Submitted date (MM/DD/Y YYY) | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | Total | | | | | 0 | | | | 0 | 0 | | |



## INVOICE

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone: 800-334-5403
Fax: 305-576-0188

**Invoice #: INY225667**
**Client #:** G0353-01
**Date:** 01/31/2014
**Due Date:** 03/02/2014
**Page:** 1 of 1

John Handy, Esq.
Greenberg Traurig LLP
200 Park Avenue
at 45th Street
New York, New York 10166

**Ship To/Remarks:**

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Mobile Telecommunications Technologies, LLC v. Samsung Telecommunications America, LLC, et al. | N17423 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Graphic Development | 68.75 | $195.00 | $13,406.25 |
| Design Consultant | 33.50 | $265.00 | $8,877.50 |

| | | |
|---|---|---|
| Subtotal | $22,283.75 |
| Tax | $1,977.68 |
| Total | $24,261.43 |

Services rendered after 01/31/2014 will appear on your next month's invoice.



_SUBMITTED 8/11/14_

**INVOICE**

Please make check payable to:

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone: 800-334-5403
Fax: 305-576-0188

**Invoice #:** INY225963
**Client #:** G0353-01
**Date:** 03/31/2014
**Due Date:** 04/30/2014
**Page:** 1 of 1

_RECEIVED AUG 11 2014 A/P-ORANGE CO-GT_

John Handy, Esq.
Greenberg Traurig LLP
200 Park Avenue
at 45th Street
New York, New York 10166

**Ship To/Remarks:**

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Mobile Telecommunications Technologies, LLC v. Samsung Telecommunications America, LLC, et al. | N17423 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Design Consultant | 1.50 | $265.00 | $397.50 |
| Graphic Development | 9.00 | $195.00 | $1,755.00 |
| 10% - Special Discount | -1.00 | $215.25 | ($215.25) |

085697. 011100

GT-ORANGE COUNTY (72)-AP
Vendor # ___
G/L # ___ DEPT # ___
C/M # ___

Approval: X ___
Print Name: ___
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A
Signature ___
TKPR # ___

| | |
|---|---|
| **Subtotal** | $1,937.25 |
| **Tax** | $171.94 |
| **Total** | $2,109.19 |

Services rendered after 03/31/2014 will appear on your next month's invoice.

Submitted 8/11/14



**INVOICE**

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone: 800-334-5403
Fax: 305-576-0188

**Invoice #: INY225861**

**Client #:** G0353-01

**Date:** 02/28/2014

**Due Date:** 03/30/2014

**Page:** 1 of 1

RECEIVED
APR 1 1 2014
A/P-ORANGE CO-GT

John Handy, Esq.
Greenberg Traurig LLP
200 Park Avenue
at 45th Street
New York, New York 10166

**Ship To/Remarks:**

**Case Name:**
Mobile Telecommunications Technologies, LLC v. Samsung
Telecommunications America, LLC, et al.

**TG Job Number:** N17423

**Client Matter Number:**

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| On-Site Graphic Artist - Richard Giresi | 8.00 | $215.00 | $1,720.00 |
| Graphic Development | 31.00 | $195.00 | $6,045.00 |
| Design Consultant - Scott Barrett | 13.00 | $265.00 | $3,445.00 |
| 10% - Discount (February 2014) | -1.00 | $1,121.00 | ($1,121.00) |
| 10% - Discount (January 2014) | -1.00 | $2,228.38 | ($2,228.38) |

085697·011100

GT-ORANGE COUNTY (72)-AP
Vendor # 13228
G/L #
C/M # DEPT# 0000    1601
Approval: x
Print Name: P Tacine    Signature RTV    TKPR#
Sales/Use Tax Copy Made:    ☐ YES ☐ N/A
Capital Expense Copy Made:    ☐ YES ☐ N/A

| | |
|---|---|
| **Subtotal** | $7,860.62 |
| **Tax** | $697.62 |
| **Total** | $8,558.24 |

Services rendered after 02/28/2014 will appear on your next month's invoice.